IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAMPTON HEIGHTS FELLOWSHIP, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a Foreign Corporation<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

COMES NOW Defendant Church Mutual Insurance Company, a foreign company ("Church Mutual"), and pursuant to 28 U.S.C. § 1446 gives notice as follows:

1.

Church Mutual is the Defendant in a civil action brought in Superior Court of Gwinnett County, which is within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Defendant Church Mutual is a corporation organized and existing under the

laws of the State of Wisconsin with its principal place of business in the State of Wisconsin, as it was at the commencement of the said Civil Action and as it has been thereafter, and at no time has it been organized and existing under the laws of the State of Georgia, nor at any time has its principal place of business been located in the State of Georgia.

3.

Plaintiff Hampton Heights Fellowship, Inc. ("Hampton Heights") maintains an office at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

4.

This case is a suit for the alleged breach of an insurance contract, seeking alleged damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

5.

Defendant Church Mutual shows that the amount in controversy in this case exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs which is supported by Plaintiff's claim for insurance coverage for damage to their property, which Plaintiff alleges is no less than $146,948.21, and for bad faith penalties pursuant to O.C.G.A. § 33-4-6.  [Complaint, Exhibit B].

This Court thus has original jurisdiction under 28 U.S.C. § 1332 and, accordingly, this case may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

6.

Defendant Church Mutual shows that this case was filed on January 8, 2026 in the Superior Court of Gwinnett County, and that Defendant Church Mutual was served with the Summons and Complaint on January 13, 2026. Defendant Church Mutual shows that this Notice of Removal is filed within thirty (30) days from the date of service on Defendant.

7.

Defendant Church Mutual attaches hereto copies of the entire record in the Superior Court of Gwinnett County, as served upon Defendant.

8.

Defendant Church Mutual has given written notice of the filing of this Notice to the Plaintiff by notifying its attorney of record, J. Remington Huggins. Defendant Church Mutual filed a written notice with the Clerk of Superior Court of Gwinnett County, a copy of which is attached.

9.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

**BURKE MOORE LAW GROUP, LLP**

/s/ *Eric R. Mull*
Eric R. Mull
Georgia Bar No. 556860
Paul W. Burke
Georgia Bar No.095642
Brad W. Poston
Georgia Bar No. 815730

*Counsel for Defendant*

235 Peachtree Street
Suite 1900
Atlanta, Georgia  30303
Tel:   (877) 219-5222
Fax:  (404) 905-1450
emull@burkemoore.com
pburke@burkemoore.com
bposton@burkemoore.com

Counsel for Defendant certifies that this pleading complies with Local Rule 7.1D.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAMPTON HEIGHTS, INC.          )
                               )
        Plaintiff,             )
                               )
v.                             )     Civil Action File No:
                               )
                               )
CHURCH MUTUAL INSURANCE        )
COMPANY, a foreign company

        Defendant.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the within and foregoing **NOTICE OF REMOVAL** was served on all counsel of record using the CM/ECF system, which will send e-mail notification to the attorneys of record:

J. Remington Huggins
Foster L. Peebles, esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia  30075
remington@lawhuggins.com
foster@lawhuggins.com

This 12th day of February, 2026.

BURKE MOORE LAW GOUP, LLP

 */s/Eric R. Mull*_____
Eric R. Mull
Georgia Bar No.  556860

*Counsel for Defendant*

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com