

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 33093415**
**Date Processed: 01/14/2026**

| | |
|---|---|
| **Primary Contact:** | Kevin Borysiak<br>Church Mutual Insurance Company<br>3000 Schuster Ln<br>Merrill, WI 54452-3863 |
| **Electronic copy provided to:** | Heather Renzelmann<br>Christopher Grunenwald |

| | |
|---|---|
| **Entity:** | Church Mutual Insurance Company<br>Entity ID Number  3151001 |
| **Entity Served:** | Church Mutual Insurance Company |
| **Title of Action:** | Hampton Heights Fellowship Inc. vs. Church Mutual Insurance Company |
| **Matter Name/ID:** | Hampton Heights Fellowship Inc. vs. Church Mutual Insurance Company (18466996) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County Superior Court, GA |
| **Case/Reference No:** | 26-A-00224-9 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 01/13/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Huggins Law Firm, LLC<br>770-913-6229 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 26-A-00224-9

|  | Superior Court ☒ | Magistrate Court ☐ |
|---|---|---|
|  | State Court ☐ | Probate Court ☐ |
|  | Juvenile Court ☐ . | |

Date Filed _____

Georgia, _Gwinnett_____ COUNTY

Hampton Heights Fellowship Inc.

Attorney's Address

Huggins Law Firm, LLC
_____
Plaintiff

110 Norcross St.

VS.

Roswell, GA 30075

Church Mutual Insurance Company

Name and Address of Party to Served

Church Mutual Insurance Company
_____
Defendant

RA: Corporation Service Company

2 Sun Court, Suite 400, Peachtree Corners, GA 30092
_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation
☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

_____
DEPUTY

CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
26-A-00224-9
1/8/2026 11:10 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Hampton Heights Fellowship Inc.**
3516 Highway 20 W
Hampton, GA 30228

### PLAINTIFF

**VS**                                     CIVIL ACTION NUMBER: 26-A-00224-9  _____

**Church Mutual Insurance Company**
**RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

### DEFENDANT

---

### SUMMONS

---

### TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**J. Remington Huggins**
**Attorney For the Plaintiff**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**(770) 913-6229**
remington@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 2026.
9th day of January, 2026

Tiana P. Garner,
Clerk of Superior Court

BY: _____
Deputy Clerk

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
26-A-00224-9
1/8/2026 11:10 PM
TIANA P. GARNER, CLERK

### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| HAMPTON HEIGHTS FELLOWSHIP INC., | ) | |
| Plaintiff, | ) ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| v. | ) ) | 26-A-00224-9 |
| CHURCH MUTUAL INSURANCE COMPANY, | ) ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT

**COMES NOW** Plaintiff **Hampton Heights Fellowship Inc.**, by and through the undersigned counsel, and files this Complaint for breach of first party property insurance contract and bad faith denial of insurance coverage against Defendant, **Church Mutual Insurance Company, S.I.**, and in support hereof, states as follows:

### PARTIES

1.

Plaintiff is an adult resident citizen of Henry County, Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the business of insuring risks and properties located throughout the United States, including Georgia. Defendant maintains an office at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 where it may be served with process through its registered agent, Corporation Service Company, as identified by the state of Georgia Secretary of State registry.

## JURISDICTION AND VENUE

### 3.

This Court has subject matter jurisdiction over this action for breach of contract and bad faith denial of an insurance claim because the breached contract was entered into, and concerned property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court has personal jurisdiction over Defendant because Defendant is transacting business and insuring properties in the state of Georgia and has appointed a registered agent for service of process in Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

### 4.

Venue is proper in this Court because Defendant has a registered agent doing business in Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

### 5.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has consented to jurisdiction and venue of this Court.

## THE POLICY

### 6.

Prior to January 12, 2024, and in consideration of the premiums paid to Defendant by the Plaintiff, Defendant issued a policy with Policy No. 0173484 25-455404 (the "Policy"). A true and accurate copy of the Policy is attached hereto as Exhibit "A."

### 7.

The Policy provides numerous coverages for the real and personal property located at 3516 Highway 20 W, Hampton, GA 30228 (the "Insured Property," "Property," or the "home"). The

2

Policy likewise insures against loss due to Wind, subject to a deductible of $1,000.00 per occurrence. (*See* Ex. A).

8.

The Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the dwelling, other structures, and personal property. The Policy covers property repairs and personal property on a full replacement cost basis. (*See* Ex. A).

9.

The Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and additional living expenses. (*See* Ex. A).

**SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY**

10.

On or about January 12, 2024, the above-referenced property suffered damage from a sudden and accidental direct physical loss resulting from Wind (the "Loss"). The Policy was in effect at the time of the Loss.

11.

Plaintiff promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned an adjuster to investigate Plaintiff's claim for sudden and accidental direct physical loss.

12.

The adjuster was authorized as Defendant's representative and agent for purposes of the claim.

3

13.

At all times, Plaintiff made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

14.

Defendant is believed to have performed a site inspection of the Property.

15.

Defendant incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiff's claim when it undertook the handling of the claim.

16.

Defendant grossly underestimated the scope of loss suffered by the Plaintiff as a result of the Wind event and failed to properly indemnify the Plaintiff when it estimated Plaintiff's total loss to be $2,176.14. A true and accurate copy of the Defendant's estimate is attached hereto as Exhibit "B."

17.

Plaintiff's deductible is $1,000.00 per occurrence, and Defendant withheld $121.56 in recoverable depreciation. Thus, after deductions for depreciation and Plaintiff's deductible, Defendant claims Plaintiff was due $1,054.58 as indemnification under the Policy. (*See* Ex. B).

18.

Following Defendant's underestimation, Plaintiff requested multiple times that Defendant reconsider its coverage position and estimate of repair costs.

4

19.

Defendant refused to comply with the Plaintiff's requests, and did not revise their coverage position in any way.

20.

Plaintiff made repeated requests for payment of the claim, including a written demand sent to Defendant on April 4, 2025. A true and accurate copy of the written demand is attached hereto as Exhibit "C."

21.

The Plaintiff's April 4, 2025, correspondence included a letter of representation from Plaintiff's counsel and a formal 60-day demand, which was sent pursuant to the guidelines set forth in O.C.G.A. § 33-4-6. (*See* Ex. C).

22.

Despite Plaintiff's demand for $146,948.21, less previous payments and the applicable deductible, Defendant continued to deny Plaintiff's claim.

23.

Defendant did not act fairly or honestly toward the Plaintiff, or with due regard to the Plaintiff's claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiff for their damages in direct breach of the terms and conditions of the Policy.

24.

Plaintiff has fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

25.

There exists a genuine, justifiable controversy between the Plaintiff and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiff as a result of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiff was constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

26.

Plaintiff has suffered loss under the Policy in an amount to be determined at trial.

## COUNT I: BREACH OF CONTRACT

27.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-26 of this Complaint as if fully set forth herein.

28.

Plaintiff has performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

29.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiff for the damages sustained from the Loss.

30.

Despite Plaintiff's timely written demand, Defendant failed to provide full indemnification to the Plaintiff under the terms of the Policy.

6

31.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiff according to the terms of the Policy.

32.

The Plaintiff suffered damages as a direct result of Defendant's failure to indemnify the Plaintiff for their loss.

33.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiff.

34.

**WHEREFORE,** Plaintiff prays for this Court to enter an award in Plaintiff's favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

### COUNT II: BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

35.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-34 of this Complaint as if fully set forth herein.

36.

By failing to achieve a proper disposition of Plaintiff's claim, Defendant acted frivolously, and without a reasonable basis or justification, in contravention of its duty of good faith and fair dealing.

37.

7

Defendant did not attempt in good faith to settle the Plaintiff's claim when it could have, and should have, done so under all attendant circumstances had it acted fairly and honestly toward the Plaintiff and with due regard for the Plaintiff's interests.

38.

Defendant's failures to adjust Plaintiff's claim in good faith include, but are not limited to:

(1) Knowingly misrepresenting to claimants, and insureds, relevant facts or policy provisions relating to coverages at issue (*see* O.C.G.A. § 33-6-34(1));

(2) Failing to acknowledge with reasonable promptness pertinent communications with respect to claims arising under its policies (*see* O.C.G.A. § 33-6-34(2));

(3) Failing to adopt and implement procedures for the prompt investigation and settlement of claims arising under its policies (*see* O.C.G.A. § 33-6-34(3));

(4) Not attempting in good faith to effectuate prompt, fair, and equitable settlement of claims submitted in which liability has become reasonable clear (*see* O.C.G.A. § 33-6-34(4));

(5) Compelling insureds or beneficiaries to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them (*see* O.C.G.A. § 33-6-34(5));

(6) Refusing to pay claims without conducting a reasonable investigation (*see* O.C.G.A. § 33-6-34(6));

(7) When requested by the insured in writing, failing to affirm or deny coverage of claims within a reasonable time after having completed its investigation related to such claim or claims (*see* O.C.G.A. § 33-6-34(7)); and

(8) When requested by the insured in writing, failing in the case of payments or offers of compromise to provide promptly a reasonable and accurate explanation of the basis for

8

such action (or, in the case of claims denials, providing said denial to the insured in writing) (*see* O.C.G.A. § 33-6-34(10)).

41.

The above and foregoing actions of Defendant constitute bad faith pursuant to O.C.G.A. § 33-4-6, as the Defendant refused to pay Plaintiff's covered loss within sixty (60) days after Plaintiff's timely written demand (Ex. C) for payment without a reasonable basis for doing so.

40.

Defendant frivolously, and without a reasonable basis, denied proper indemnification to the Plaintiff for their covered loss.

41.

Defendant's refusal to indemnify the Plaintiff was done frivolously, without a reasonable basis, and in bad faith.

42.

As a result of Defendant's above-referenced bad faith breach of the Policy issued to the Plaintiff, and pursuant to O.C.G.A. § 33-4-6(a), Defendant is liable for penalties in the amount of "not more than fifty percent (50%) of the liability of the insurer for the loss, or $5,000.00, whichever is greater, and all reasonable attorneys' fees for the prosecution of the action against the Insurer."

43.

**WHEREFORE,** Plaintiff prays for this Court to enter an award, in Plaintiff's favor, of the statutory award in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, along with a statutory allowance for reasonable attorneys' fees in prosecuting this action, pursuant to O.C.G.A. § 33-4-6, for Defendant's unfair claims settlement

9

practices and bad faith refusal to pay Plaintiff's loss claim when it could and should have done so, had it acted fairly and reasonably toward the insured.

## DEMAND FOR JURY TRIAL

44.

Plaintiff requests a trial by Jury on all counts of the Complaint.

## PRAYER FOR RELIEF

45.

**WHEREFORE**, Plaintiff requests that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiff receive any and all damages at law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

a. That this Court grant judgment in favor of the Plaintiff and against Defendant in an amount to be determined at trial for breach of insurance contract.

b. Compensatory damages, including all damages to the Plaintiff by the Defendant and any resulting expenses.

c. Bad faith damages in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, for Defendant's bad faith delay, denial, and its intentional, frivolous failure to conduct a reasonable investigation of the Plaintiff's claim without a reasonable basis;

d. Plaintiff's attorneys' fees and costs of suit in this action;

e. Plaintiff's consultant and expert fees;

f. Pre- and post-judgment interest in the maximum amount allowed by law;

g. All statutory penalties;

h.  Any and all applicable multipliers; and,

i.  Any and all other relief that the Court may deem just and proper, whether such relief sounds

in law or equity.

Respectfully submitted, this 8th day of January, 2026.

THE HUGGINS LAW FIRM, LLC

/s/ J. Remington Huggins
J. Remington Huggins, Esq.
110 Norcross Street                     Georgia Bar No.: 348736
Roswell, GA 30075                       Foster L. Peebles, Esq.
(o) (770) 913-6229                      Georgia Bar No.: 410852
(e) remington@lawhuggins.com
(e) foster@lawhuggins.com               Attorneys for the Plaintiff

11

# EXHIBIT A

POLICY NUMBER: 0173484 25-455404          EFFECTIVE: 12/31/2022

HAMPTON HEIGHTS FELLOWSHIP INC
3516 HIGHWAY 20 W
HAMPTON GA 30228-2417

07-053
YOUR PRODUCER:
JOHN TRICE
CHURCH MUTUAL INS CO
3000 SCHUSTER LANE
MERRILL WI 54452



# POLICY NOTICE
## S.I. Clarification

### ABOUT CHURCH MUTUAL INSURANCE COMPANY, S.I. (a stock insurer)[1]

Effective January 1, 2020, Church Mutual Insurance Company ("Church Mutual") was reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure. As a result of the restructuring, Church Mutual updated its corporate name to Church Mutual Insurance Company, S.I. (a stock insurer) and updated its policies to reflect the impact shifting from a mutual insurer to a stock insurer within a mutual holding company group.

As a policyholder of Church Mutual, your policy will highlight that you are now a member of Church Mutual Holding Company, Inc. (CMHC), and you will be entitled to vote, either in person or by proxy, on each issue that comes before meetings of the members. You will be able to cast only one vote regardless of the number of policies you purchase. Even though Church Mutual will be converted to a stock insurer, there will be no issuance of stock to any individual policyholders. All of Church Mutual's stock will be solely owned by the CMHC.

---

[1] Church Mutual is a stock insurer whose policyholders are members of the parent mutual holding company formed on 1/1/20. S.I. = a stock insurer.

# REJECTION OF TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act established a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from some future terrorist attacks. The Act applies when the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, certifies that an event meets the definition of an act of terrorism as defined in Section 102(1) of the Act. The Act provides that, to be certified, an act of terrorism must cause losses of at least $5 million and must be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Your policy will contain coverage for certain terrorism losses in compliance with the Act. We are required to notify you of the portion of your current premium, if any, attributable to the coverage for terrorist acts certified under the Act. The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States government generally reimburses **80%** of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing this coverage. The premium charged for this coverage does not include any charges for the portion of loss that may be covered by the federal government under the Act.

You should know that the Act, as amended, contains a $100 billion cap that limits United States government reimbursement, as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**The Note below applies for risks in these states:** California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin.

**NOTE:** In these states, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism coverage for such fire losses will be provided in your policy.

If you choose to reject this offer of terrorism coverage, you must sign the statement below and return it to us. Your policy(ies) will then be adjusted to exclude the described coverage.

**Rejection Statement**

I hereby reject the offer of terrorism coverage. I understand that an exclusion of certain terrorism losses will be made part of this policy(ies) and all subsequent policies.

| | |
|---|---|
| Policyholder Signature | Date |

0173484 25-455404

Policyholder Number
HAMPTON HEIGHTS FELLOWSHIP INC

Policyholder Name

3516 HIGHWAY 20 W
HAMPTON, GA 30228-2417
Policyholder Address

# Church Mutual Insurance Company, S.I.
## Privacy Practices Disclosure Notice

### Our Company Policy

We do not disclose any nonpublic personal information about our individual policyholders or claimants to any affiliate or any nonaffiliated third party other than those permitted by law and only for the purpose of transacting the business of your insurance coverage or your claim. **We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.**

Some states have enacted legislation that regulates the use of nonpublic information maintained by financial service institutions and insurance carriers on their customers who are insured with them. In the interest of providing you with an affirmation of our commitment to maintaining the privacy of customer and claimant information, we have prepared the following Privacy Practices Disclosure Notice. Please take time to review the information, as it is relevant to our business partnership with you.

This Privacy Practices Disclosure Notice outlines the privacy practices of Church Mutual Insurance Company, S.I. listed below:

This Privacy Practices Disclosure Notice will notify you of:

1. The categories of nonpublic, personal, identifiable information (not corporate information) that Church Mutual collects from you or from a third party about you or about participants, beneficiaries or claimants under your insurance coverage;

2. How Church Mutual uses the information;

3. The categories of affiliates and nonaffiliate third parties with whom Church Mutual shares the information, as permitted by law; and

4. The kind of security policies and procedures that are in place to protect the confidentiality and security of nonpublic personal information provided to Church Mutual.

If you have questions or concerns regarding this Privacy Practices Disclosure Notice, you should contact Church Mutual by sending an email to ethics@churchmutual.com or by writing to us at:

Sandra M. Woller
Assistant Vice President - Chief Compliance Officer
Church Mutual Insurance Company, S.I.
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

### 1. PERSONALLY IDENTIFIABLE INFORMATION COLLECTED

Church Mutual wants you to conduct business with us knowing that we protect personal information. Church Mutual collects personally identifiable information from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage as a part of the insurance application, underwriting, claims, administration and servicing process.

We collect nonpublic personal information from the following sources:

- Information we receive on applications or other forms and which may include policyholder, participant, beneficiary or claimant name, address, telephone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims and insurance coverage information;

- Information about transactions with us, our affiliates or others, including information about previous claims or accidents, medical information related to claims, information about the circumstances of your accident or injury (if applicable) and the names of witnesses and other contact information; and

- Information we receive from consumer reporting agencies, state motor vehicle departments and inspection services.

## 2. HOW THE INFORMATION IS USED

The information Church Mutual collects is used to provide policy and premium quotes, process underwriting applications, administer claims and answer questions or concerns about our insurance products and services. We also use the information for account administration; reporting, investigating, or preventing fraud or material misrepresentation; processing premium billing payments; processing and defending insurance claims; administering insurance benefits (including utilization review activities); and as otherwise required or permitted by federal or state law.

Church Mutual maintains paper copies or electronic archives of the information provided by you or by a third party for policy quoting for processing and administering your application or claims made under your policy and for improving our products and services. This information is kept internal to Church Mutual, except when needed to verify the information provided, to service your policy or claim as required or permitted by law. The information is not available to the general public. Church Mutual retains the information collected when a claim is filed under your policy for as long as required by law or regulation or as long as the claim is open and thereafter for a period set by the appropriate underwriting or claims records retention policies of Church Mutual.

## 3. SHARING INFORMATION GATHERED

We do not disclose nonpublic personal information about you or about participants, beneficiaries or claimants under your insurance policy to anyone, except as permitted by law. We may share information about you or about participants, beneficiaries or claimants under your policy in the normal business of conducting insurance operations, such as providing you with an insurance quote or processing, servicing and administering your insurance policy and your claims.

Even without your authorization, once you become a Church Mutual customer or claimant, we are permitted by law to share information about you to entities, such as:

- A third party if it is reasonably necessary to enable the party to perform services for us, such as claims investigations, appraisals or the detection of fraud or material misrepresentations;

- Any of our affiliated companies who provide services to you;

- Insurance regulatory authorities, reporting agencies or, if applicable, involuntary market administrators;

- State motor vehicle department to obtain a report of any accidents or convictions;

- Law enforcement agencies or other governmental authorities to protect our interest or to report illegal activities;

- Persons or organizations conducting insurance actuarial or research studies, subject to appropriate confidentiality agreements; and

- As otherwise permitted or required by law.

FM: GR01 (1-2020)

We also are permitted by law to disclose the following information to companies that perform marketing services on our behalf or with whom we have joint marketing agreements, including:

- Information we receive on applications or other forms, such as policyholder or claimant name, address, social security number, insurance coverages, vehicle and driver information and certain claims information;

- Information about transactions with us, our affiliates or others, such as insurance coverages, vehicle and driver information and claims information; and

- Information we receive from third parties, such as a consumer reporting agency, state motor vehicle records or claims history.

We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.

## 4. SECURITY POLICIES AND PROCEDURES

We restrict access to nonpublic personal information about you or about participants, beneficiaries and claimants under your insurance policy to those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

Church Mutual also uses a wide variety of data protection procedures and computer hardware and software tools to guard system and data privacy and integrity. Church Mutual's computer systems also are protected by additional measures, such as encrypted data transmissions, network routers and firewalls intended to prevent unauthorized access.

## 5. ACCESS AND CORRECT YOUR PERSONAL INFORMATION

You may request access to certain information about you that we have in our records. To request access, please send us a written request. Be sure to reasonably describe the information you want. If you believe that your information is incomplete or inaccurate, you may request that we make changes. Please send any of the requests listed above in writing to:

Chief Compliance Officer
Church Mutual Insurance Company, S.I.
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

If you request corrections, additions or deletions, we will either make the changes that you request or notify you why we will not do so. If we decline your request, in some states you may have the right to file a concise statement with us about the dispute.

The rights in this section do not apply in certain cases, such as information related to litigation.

## 6. MODIFICATIONS TO OUR PRIVACY POLICY

We reserve the right to change our privacy practices in the future, which may include sharing nonpublic personal information about you with nonaffiliated third parties. Before we do that, we will provide you with a revised Privacy Practices Disclosure Notice and give you the opportunity to opt out of that type of information sharing.

FM: GR01 (1-2020)



PROTECTING
THE GREATER
GOOD

# Contact Menu

| Customer Service | To access your policy, answer questions, provide certificates of insurance and initiate policy changes. |
|---|---|
| | 800-554-2642 (Option 1) |
| | customerservice@churchmutual.com |
| | Fax: 715-264-2329 |
| | Monday-Friday 7 a.m. to 7 p.m. CST |
| Claims | To report a claim or check the status of a claim. |
| | 800-554-2642 (Option 2) |
| | Report a new claim: |
| | claimsintake@churchmutual.com |
| | Previously reported claims: |
| | claims@churchmutual.com |
| | Fax: 715-539-4651 |
| | Monday-Friday 7 a.m. to 6 p.m. CST |
| | We also remain on call round-the-clock and may be reached through our after-hours answering service. |
| Billing | To make a payment or get your questions answered regarding premium payments or payment plans. |
| | 800-554-2642 (Option 3) |
| | billing@churchmutual.com |
| | Fax: 715-539-4402 |
| | Monday-Friday 7 a.m. to 5:30 p.m. CST |
| Risk Control Central | To get answers on how best to protect your people, your property and the traditions you hold dear. |
| | 800-554-2642 (Option 4 - Ext. 5213) |
| | riskconsulting@churchmutual.com |
| | Monday-Friday 8 a.m. to 5:15 p.m. CST |
| Nurse Hotline | For not life threatening injuries to employees covered by a Church Mutual workers' compensation policy, call our Nurse Hotline at 800-322-4662. |
| | Nurses are available 24/7 to consult with the employee and his or her manager. |

CM0046 (09-2021)

**COMMERCIAL PROPERTY**
**CP P 020 12 20**

# CYBER INCIDENT EXCLUSION ENDORSEMENT
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement which applies to your renewal policy being issued by us:

**CP 10 75 Cyber Incident Exclusion**

When this endorsement is attached to your policy, it generally excludes direct physical loss of or damage to Covered Property resulting from a cyber incident; however, if a cyber incident as described in this exclusion results in fire or explosion, we will pay for the loss or damage to Covered Property caused by that fire or explosion subject to the applicable limits of insurance.

This exclusion does not apply to the extent that coverage is provided in the:

• Additional Coverage – Electronic Data; or

• Additional Coverage – Interruption Of Computer Operations.

This exclusion also does not apply to the Electronic Commerce (E-Commerce) endorsement if such endorsement is attached to your policy.

**CP 04 40 Spoilage Coverage**

If this endorsement is attached to your policy, Paragraph F. of this endorsement expressly states that the Cyber Incident Exclusion applies to such coverage.

**COMMERCIAL INLAND MARINE**
**CM P 005 08 21**

# CYBER INCIDENT EXCLUSION ENDORSEMENT
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement which applies to your renewal policy being issued by us:

**CM 99 08 – Cyber Incident Exclusion**

When this endorsement is attached to your policy, it generally excludes direct physical loss of or damage to Covered Property resulting from a cyber incident; however, if a cyber incident as described in this exclusion results in fire or explosion, we will pay for the loss or damage to Covered Property caused by that fire or explosion subject to the applicable limits of insurance.



# Your Policy Enclosed

CM 0001 (04-2020)

# CHURCH MUTUAL INSURANCE COMPANY, S.I.



3000 Schuster Lane
Merrill, WI 54452

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** 0173484 25-455404          **PREVIOUS POLICY NUMBER:** 0173484 25-282131

| COMPANY NAME 18767 | PRODUCER NAME 07-053 |
|---|---|
| Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>Merrill, WI 54452<br>(800) 554-2642 | JOHN TRICE<br>CHURCH MUTUAL INS CO<br>3000 SCHUSTER LANE<br>MERRILL, WI 54452 |

**NAMED INSURED:** HAMPTON HEIGHTS FELLOWSHIP INC

**MAILING ADDRESS:** 3516 Highway 20 W
                    Hampton, GA 30228-2417

**POLICY PERIOD: FROM** 12/31/2022 **TO** 12/31/2023
             **AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.**

| BUSINESS DESCRIPTION | |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
|---|---|
| | **PREMIUM** |
| COMMERCIAL CRIME COVERAGE PART | $24.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $798.00 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $67.00 |
| COMMERCIAL PROPERTY COVERAGE PART | $5,421.00 |
| TERRORISM – CERTIFIED ACTS (GENERAL LIABILITY) | $4.00 |
| TERRORISM – CERTIFIED ACTS (PROPERTY) | $125.00 |
| **TOTAL:** | $6,439.00 |

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services
Office, Inc. with its permission.

**POLICY NUMBER:** 0173484 25–455404

| FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): |
|---|
| See Schedule of Forms and Endorsements. |

| Countersigned | By: |
|---|---|
| (Date) | (Authorized Representative) |

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services
Office, Inc. with its permission.

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| 0173484 25-455404 | 12/31/2022 |

**NUMBER**                     **TITLE**

### COMMON

| | |
|---|---|
| CMIL TR 01 (12-20) | Rejection Of Terrorism Risk Insurance Act |
| IL DS 00 (09-08) | Common Policy Declarations |
| CMIL 00 02 (01-20) | Mutual Conditions |
| CMIL 99 01 (01-20) | Church Mutual Insurance Company, S.I. Amendatory Endorsement |
| IL 00 17 (11-98) | Common Policy Conditions |
| IL 00 21 (09-08) | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 02 62 (02-15) | Georgia Changes - Cancellation and Nonrenewal |
| IL 09 35 (07-02) | Exclusion Of Certain Computer-Related Losses |
| IL 09 52 (01-15) | Cap on Losses from Certified Acts of Terrorism |
| IL 09 85 (12-20) | Disclosure Pursuant To Terrorism Risk Insurance Act |
| CMIL N 02 (02-20) | Georgia Notice |

### PROPERTY

| | |
|---|---|
| CP DS 00 (10-00) | Commercial Property Coverage Part Declarations |
| CP 00 90 (07-88) | Commercial Property Conditions |
| CP 00 10 (10-12) | Building And Personal Property Coverage Form |
| CP 10 30 (09-17) | Causes Of Loss - Special Form |
| CP 00 30 (10-12) | Business Income (And Extra Expense) Coverage Form |
| CP 01 31 (01-20) | Georgia Changes |
| CP 01 40 (07-06) | Exclusion Of Loss Due To Virus Or Bacteria |
| CP 10 75 (12-20) | Cyber Incident Exclusion |
| CMCP 04 04 (03-19) | Religious Institutions - Core Property Enhancement Endorsement |
| CMCP 04 22 (03-19) | Identity Recovery Coverage Endorsement |
| CMCP 04 26 GA (02-20) | Georgia Equipment Breakdown Coverage Endorsement |

### GENERAL LIABILITY

| | |
|---|---|
| CG DS 01 (10-01) | Commercial General Liability Declarations |
| CG 00 01 (04-13) | Commercial General Liability Coverage Form |
| CMCG 04 01 (02-20) | Catastrophic Violence Response Endorsement |
| CMCG 04 03 (03-19) | Loss of Life Endorsement |
| CMCG 12 03 (12-19) | Religious Institutions - General Liability Enhancement Endorsement |
| CMCG 21 04 (03-19) | Exclusion - Asbestos |
| CMCG 21 05 (03-19) | Exclusion - Lead |
| CMCG 21 14 (03-19) | Exclusion - Religious Institutions - Affiliated Entity Personal And Advertising Injury |
| CMCG 21 18 (03-19) | Exclusion - Abusive Behavior |
| CMCG 21 19 (03-19) | Exclusion - Nonphysical Abusive Behavior |
| CMCG 21 24 (03-19) | Exclusion - Sexual Misconduct |
| CG 21 06 (05-14) | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 32 (05-09) | Communicable Disease Exclusion |
| CG 21 71 (01-15) | Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap on Losses From Certified Acts of Terrorism |
| CMCG 00 03 (04-20) | Cyber Liability and Data Breach Response Coverage Form |
| CMCG 01 36 (04-20) | Georgia Changes |
| CMCG 20 03 (03-19) | Religious Institutions - Additional Insured - Members Of The Clergy |
| CMCG 00 05 (03-19) | Legal Defense Coverage Form - Religious |

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| 0173484 25-455404 | 12/31/2022 |

**NUMBER**                            **TITLE**

**GENERAL LIABILITY**

CMCG 00 08 (12-19)      Sexual Misconduct Coverage Form
CMCG 00 10 (03-20)      Counseling Services Liability Coverage Form
CMCG 00 11 (03-19)      Hired And Nonowned Auto Coverage Form
CMCG 01 22 (02-20)      Georgia Changes
CMCG 99 01 (03-19)      Volunteers As Insureds Endorsement
CMCG N 01 (08-20)       Cyber Liability And Breach Response Information

**INLAND MARINE**

CM DS 02 (09-00)        Commercial Inland Marine Declarations
CM 00 01 (09-04)        Commercial Inland Marine Conditions
CM 01 42 (01-20)        Georgia Changes
CM 99 08 (08-21)        Cyber Incident Exclusion
IH DS 79 (01-18)        Miscellaneous Articles Declarations
IH 00 79 (01-18)        Miscellaneous Articles Coverage Form

**CRIME**

CR DS 01 (08-13)        Crime And Fidelity Coverage Part Declarations (Commercial
                        Entities)
CR 00 21 (11-15)        Commercial Crime Coverage Form (Loss Sustained Form)
CR 01 32 (08-07)        Georgia Changes - Concealment, Misrepresentation Or Fraud
CR 25 47 (09-17)        U.S. Department Of Labor - ERISA Plan Coverage Amendments
CMCR 04 01 (02-20)      Crime Enhancement Endorsement
CMCR 35 01 (03-19)      Theft Of Money And Securities Special Coverage Days Endorsement

# MUTUAL CONDITIONS

You are notified that by virtue of this policy, you are a member of the Church Mutual Holding Company, Inc. (CMHC) of Merrill, Wisconsin. You are entitled to one vote, either in person or by proxy, on each issue that comes before meetings of the members. You can cast only one vote regardless of the number of policies you purchased. If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting. The owner of a group policy will have one vote regardless of the number of persons insured under the policy. Fractional voting is not allowed. If you are a minor, your vote may be cast by your parent or legal guardian.

The Annual Meeting of CMHC will be held at CMHC's home office at 3000 Schuster Lane, Merrill, Wisconsin, on a date and time chosen each year by the Board of Directors of CMHC and provided in a notice to all policyholders.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the Board of Directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor to any liability for assessment.

IN WITNESS THEREOF, this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.

_President and Chief Executive Officer_          _Sr. Vice President, Secretary and General Counsel_

# CHURCH MUTUAL INSURANCE COMPANY, S.I.
## AMENDATORY ENDORSEMENT

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**This endorsement is a part of and should be kept with your policy.**

Effective January 1, 2020, Church Mutual Insurance Company has reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure. As a result of the restructuring, it is amending your insurance policy in the following ways:

1.   **Name Change**

   All references to Church Mutual Insurance Company are changed to Church Mutual Insurance Company, S.I. wherever occurring in your policy(ies).

   All references to "we", "us", or "our" wherever occurring in your policy(ies) shall mean Church Mutual Insurance Company, S.I.

2.   **Membership Meetings and Voting.**  The following language replaces any Membership, Voting, Annual Meeting, and Participation provisions in your policy:

   MEMBERSHIP AND VOTING

   As a member of Church Mutual Holding Company, Inc. (CMHC), you are entitled to one vote, either in person or by proxy, on each issue that comes before meetings of the members.  You can cast only one vote regardless of the number of policies you purchased.  If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting.  The owner of a group policy will have one vote regardless of the number of persons insured under the policy.  Fractional voting is not allowed.  If you are a minor, your vote may be cast by your parent or legal guardian.

   ANNUAL MEETINGS

   The Annual Meetings of CMHC are held at CMHC's Home Office at 3000 Schuster Lane, Merrill, Wisconsin, on a date and time chosen each year by the Board of Directors of CMHC and provided in a notice to all policyholders.

3.   **Dividends.**  If any dividends are declared, you will share in them according to law and under conditions set by the Board of Directors.

4.   **Additional Terms.  Your** purchase of this policy may include noninsurance products or services that **we** make available to **you.**  These products or services may be provided by an outside organization or by **us.  We** do not warrant the merchantability, fitness, value, or condition of the noninsurance products or services that are not provided by **us.**

The effective date of this change is January 1, 2020.  All other terms and conditions of your policy remain unchanged.  Your contract rights under your policy with Church Mutual Insurance Company, S.I. are not affected.

President and Chief Executive Officer                Sr. Vice President, Secretary and General Counsel

CMIL 99 01 01 20                    Copyright, CM Insurance, 2020                    Page 1 of 1

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998       □

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08 □

IL 02 62 02 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES   CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice; or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

**a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

**c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

**d.** If the first Named Insured cancels, the refund may be less than pro rata.

**e.** The cancellation will be effective even if we have not made or offered a refund.

© Insurance Services Office, Inc., 2014

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph **D.** or **E.** below, we will mail or deliver notice at least:

   **a.** 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

   **b.** 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

   **c.** 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.** The following provisions apply to insurance covering residential real property only provided under the:

Capital Assets Program (Output Policy) Coverage Part;

Commercial Property Coverage Part;

Farm Coverage Part;

if the named insured is a natural person.

With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph **E.**:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

   **a.** Nonpayment of premium, whether payable to us or to our agent;

   **b.** Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

   **c.** Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

   **d.** Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **(2)** 45 days before the effective date of cancellation if we cancel for any of the reasons listed in **b., c.** or **d.** above.

**E.** With respect to a policy that is written to permit an audit, the following is added to the **Cancellation** Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

© Insurance Services Office, Inc., 2014

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc.,  2001

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 01 15      © Insurance Services Office, Inc., 2015      **Page 1 of 1**

POLICY NUMBER: 0173484 25-455404

IL 09 85 12 20

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE   PART I |
| --- |
| **Terrorism Premium (Certified Acts)** $129.00 |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| Certified Acts – General Liability                    $4.00<br>Certified Acts – Property                          $125.00 |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE   PART II |
| --- |
| **Federal share of terrorism losses      80  %** |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

© Insurance Services Office, Inc., 2020

## A. Disclosure Of Premium

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

## B. Disclosure Of Federal Participation In Payment Of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

## C. Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

   © Insurance Services Office, Inc., 2020   IL 09 85 12 20

COMMERCIAL PROPERTY
CP DS 00 10 00

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.** 0173484 25-455404          **EFFECTIVE DATE** 12/31/2022

☐ **"X" If Supplemental**
**Declarations Is Attached**

**NAMED INSURED**

HAMPTON HEIGHTS FELLOWSHIP INC

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|

See Description of Premises Schedule

**COVERAGES PROVIDED**          **Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|

See Coverages Provided Schedule

***If Extra Expense Coverage, Limits On Loss Payment**

**OPTIONAL COVERAGES**          **Applicable Only When Entries Are Made In The Schedule Below**

| Prem. No. | Bldg. No. | Agreed Value | | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|---|
| | | Expiration Date | Cov. | | Amount | Building | Pers. Prop. | Including Stock |

See Optional Coverages Schedule

| | | Inflation Guard (%) | | *Monthly Limit Of Indemnity | Maximum Period Of Indemnity | *Extended Period Of Indemnity |
|---|---|---|---|---|---|---|
| Bldg. | | Pers. Prop. | | | | |

***Applies to Business Income Only**

**MORTGAGEHOLDERS**

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|

**DEDUCTIBLE**

$1,000
Exceptions:

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|
| 001 | 001 | CHURCH<br>3516 HIGHWAY 20 W<br>Henry<br>HAMPTON, GA 30228-2417<br>Frame      CHURCH |
| 001 | 002 | GYM/FELLOWSHIP CENTER<br>3516 HIGHWAY 20 W<br>Henry<br>HAMPTON, GA 30228-2417<br>Non-Combustible      GYM/FELLOWSHIP CENTER |

**COVERAGES PROVIDED**   **Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| **Group No.: 001 –** | | | | | |
| | | Blanket Building, Personal Property of Insured | $2,456,070 | | |
| **Group No.: 002 –** | | | | | |
| | | Blanket Business Income Other Than Rental Value | $10,000 | | |
| **Location Level Coverages** | | | | | |
| 001 | 001 | Building | Included in Blanket: 001 | Special Form Including Theft | 100% |
| | | Personal Property of Insured | Included in Blanket: 001 | Special Form Including Theft | 100% |
| | | Business Income Other Than Rental Value | Included in Blanket: 002 | Special Form Including Theft | No Coinsurance |
| 001 | 002 | Building | Included in Blanket: 001 | Special Form Including Theft | 100% |
| | | Personal Property of Insured | Included in Blanket: 001 | Special Form Including Theft | 100% |
| | | Business Income Other Than Rental Value | Included in Blanket: 002 | Special Form Including Theft | No Coinsurance |

**OPTIONAL COVERAGES      Applicable Only When Entries Are Made In The Schedule Below**

| Prem. | Bldg. |
|-------|-------|
| No. | No. |

001    001    Building
     Agreed Value
       Expiration Date: 12/31/2023
       Amount:   $1,420,623
     Replacement Cost
     Inflation Guard (%): 4

     Personal Property of Insured
       Agreed Value
         Expiration Date: 12/31/2023
         Amount:   $213,857
       Replacement Cost
       Inflation Guard (%): 4

001    002    Building
     Agreed Value
       Expiration Date: 12/31/2023
       Amount:   $713,517
     Replacement Cost
     Inflation Guard (%): 4

     Personal Property of Insured
       Agreed Value
         Expiration Date: 12/31/2023
         Amount:   $108,073
       Replacement Cost
       Inflation Guard (%): 4

**FORMS APPLICABLE**

**To All Coverages:**

          CMCP 04 04 (03-19)
          CMCP 04 22 (03-19)
          CMCP 04 26 GA (02-20)

**To Specific Premises/Coverages:**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| 001 | 001 | Building | CP 00 10 (10-12) |
|     |     |          | CP 10 30 (09-17) |
|     |     | Personal Property of Insured | CP 00 10 (10-12) |
|     |     |          | CP 10 30 (09-17) |
|     |     | Business Income Other Than Rental Value | CP 00 30 (10-12) |
|     |     |          | CP 10 30 (09-17) |
|     |     | All Coverages | CP 00 90 (07-88) |
|     |     |          | CP 01 31 (01-20) |
|     |     |          | CP 01 40 (07-06) |
|     |     |          | CP 10 75 (12-20) |
|     |     |          | CP DS 00 (10-00) |
| 001 | 002 | Building | CP 00 10 (10-12) |
|     |     |          | CP 10 30 (09-17) |
|     |     | Personal Property of Insured | CP 00 10 (10-12) |
|     |     |          | CP 10 30 (09-17) |
|     |     | Business Income Other Than Rental Value | CP 00 30 (10-12) |
|     |     |          | CP 10 30 (09-17) |
|     |     | All Coverages | CP 00 90 (07-88) |
|     |     |          | CP 01 31 (01-20) |
|     |     |          | CP 01 40 (07-06) |
|     |     |          | CP 10 75 (12-20) |
|     |     |          | CP DS 00 (10-00) |

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

    Copyright, ISO Commercial Risk Services, Inc., 1983, 1987    **CP 00 90 07 88**    □

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

    This paragraph does not apply to:

        **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

 © Insurance Services Office, Inc., 2011

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

    © Insurance Services Office, Inc., 2011    CP 00 10 10 12

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance -- Building 1: | $ | 60,000 |
| Limit of Insurance -- Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100

−    250

$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building 2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

There can be no abandonment of any property to us.

2. **Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $  40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |

**Step (1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):** $180,000 ÷ $225,000 = .80

**Step (3):** $50,000 x .80 = $40,000

**Step (4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

© Insurance Services Office, Inc., 2011

    **b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    **c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

      **(1)** On or after the effective date of this Optional Coverage; and

      **(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

      **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

      **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

      **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

      **(1)** Personal property of others;

      **(2)** Contents of a residence;

      **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

    Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    **d.** We will not pay on a replacement cost basis for any loss or damage:

      **(1)** Until the lost or damaged property is actually repaired or replaced; and

      **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

    With respect to tenants' improvements and betterments, the following also apply:

      **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

      **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

    **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

      **(1)** The Limit of Insurance applicable to the lost or damaged property;

      **(2)** The cost to replace the lost or damaged property with other property:

        **(a)** Of comparable material and quality; and

        **(b)** Used for the same purpose; or

      **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

    If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**COMMERCIAL PROPERTY**
**CP 10 30 09 17**

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

    © Insurance Services Office, Inc., 2016

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

  **(a)** Foundations, walls, floors or paved surfaces;

  **(b)** Basements, whether paved or not; or

  **(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© Insurance Services Office, Inc., 2016

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

   **(1)** Applies whether or not an act occurs during your normal hours of operation;

   **(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

   **(1)** An abrupt falling down or caving in;

   **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

   **(b)** To collapse caused by one or more of the following:

      **(i)** The "specified causes of loss";

      **(ii)** Breakage of building glass;

      **(iii)** Weight of rain that collects on a roof; or

      **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, siting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance;

© Insurance Services Office, Inc., 2016

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

   **(a)** Damage or destruction of "finished stock"; or

   **(b)** The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

   **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

   **(a)** Your cancelling the lease;

   **(b)** The suspension, lapse or cancellation of any license; or

   **(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

   **(a)** Paragraph **B.1.a.** Ordinance Or Law;

   **(b)** Paragraph **B.1.c.** Governmental Action;

   **(c)** Paragraph **B.1.d.** Nuclear Hazard;

   **(d)** Paragraph **B.1.e.** Utility Services; and

   **(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

   **(a) Contractual Liability**

   We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

   **(i)** Your assumption of liability was executed prior to the accident; and

   **(ii)** The building is Covered Property under this Coverage Form.

   **(b) Nuclear Hazard**

   We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

     However, this limitation does not apply to:

      **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      **(2)** Business Income Coverage or Extra Expense Coverage.

   **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   **f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   **g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

      **(2)** Changes in or extremes of temperature;

      **(3)** Disease;

      **(4)** Frost or hail; or

      **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   **a.** Animals, and then only if they are killed or their destruction is made necessary.

   **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      **(1)** Glass; or

      **(2)** Containers of property held for sale.

   **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

     However, this limitation does not apply:

      **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage -- Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (1) A cause of loss listed in **2.a.** or **2.b.;**

      (2) One or more of the "specified causes of loss";

      (3) Breakage of building glass;

      (4) Weight of people or personal property; or

      (5) Weight of rain that collects on a roof.

3. This **Additional Coverage -- Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

   1. **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

      a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

      b. Loss or damage must be caused by or result from one of the following causes of loss:

         (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

         (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

         (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

      c. The most we will pay for loss or damage under this Extension is $5,000.

      This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

      If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        **(1)** The cost of filling sinkholes; or

        **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

        **(1)** Personal property in the open; or

        **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means:

        **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

        **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

   © Insurance Services Office, Inc., 2011

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

a. **Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation — Interruption Of Computer Operations.

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

 **a.** The amount of Business Income loss will be determined based on:

  **(1)** The Net Income of the business before the direct physical loss or damage occurred;

  **(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

  **(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

  **(4)** Other relevant sources of information, including:

   **(a)** Your financial records and accounting procedures;

   **(b)** Bills, invoices and other vouchers; and

   **(c)** Deeds, liens or contracts.

 **b.** The amount of Extra Expense will be determined based on:

  **(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

   **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

   **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

  **(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

 We will reduce the amount of your:

  **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

  **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

 **d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

 We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

 **a.** We have reached agreement with you on the amount of loss; or

 **b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

 **a.** The Net Income (Net Profit or Loss before income taxes), and

 **b.** Operating expenses, including payroll expenses,

 that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© Insurance Services Office, Inc., 2011
CP 00 30 10 12

Instead, we will determine the most we will pay using the following steps:

Step (1): Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step (2): Divide the Limit of Insurance for the described premises by the figure determined in Step (1); and

Step (3): Multiply the total amount of loss by the figure determined in Step (2).

We will pay the amount determined in Step (3) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $400,000 x 50% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $150,000 ÷ $200,000 = .75

Step (3): $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

   (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

   (2) The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

   (1) The Limit of Insurance, multiplied by

   (2) The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 120,000 |
| The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |
| ($120,000 x 1/4 = $30,000) | | |
| If, in this example, the actual amount of loss is: | | |
| Days 1–30: | $ | 40,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 90,000 |
| We will pay: | | |
| Days 1–30: | $ | 30,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

a. To activate this Optional Coverage:

   (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

      (a) During the 12 months prior to the date of the Work Sheet; and

      (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

   (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

      (a) The Coinsurance percentage shown in the Declarations; multiplied by

      (b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

   (1) 12 months after the effective date of this Optional Coverage; or

   (2) The expiration date of this policy;

   whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

   (1) Within 12 months of the effective date of this Optional Coverage; or

   (2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

   (1) The Business Income Limit of Insurance; divided by

   (2) The Agreed Value.

**Example**

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 100,000 |
| The Agreed Value is: | $ | 200,000 |
| The amount of loss is: | $ | 80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

© Insurance Services Office, Inc., 2011

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

COMMERCIAL PROPERTY
CP 01 31 01 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

**a.** Is otherwise covered under this Coverage Part; and

**b.** Arose out of an act of family violence or sexual assault by an insured against whom a family violence or sexual assault complaint is brought for such act.

**3.** If we pay a claim pursuant to Paragraph **B.2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**C.** The following explanation is added with respect to application of the Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungus", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusion and Limited Coverage shall continue to apply to:

**1.** The cost to treat, contain, remove or dispose of "fungus", wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

**2.** The cost of testing as described in the Limited Coverage; and

**3.** Any increase in loss under Business Income and/or Extra Expense Forms resulting from Paragraph **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased. The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain, remove, dispose of or test for "fungus", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

    © Insurance Services Office, Inc., 2019

**D.** This Paragraph, **D.,** applies to the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

CONDOMINIUM ASSOCIATION COVERAGE FORM

CONDOMINIUM COMMERCIAL UNIT OWNERS COVERAGE FORM

BUILDERS RISK COVERAGE FORM

STANDARD PROPERTY POLICY

Paragraph **a.** of the **Loss Payment** Condition is replaced by the following:

**a.** In the event of loss or damage covered by this Coverage Form, at our option we will either:

**(1)** Repair, rebuild or replace the property with other property of like kind and quality, or pay the cost of such repair, rebuilding or replacement, as limited by Paragraph **b.** of this Loss Payment Condition and any other applicable policy provisions, such as the Limit of Insurance provision, the Valuation Condition or any provision which amends or supersedes the Valuation Condition; or

**(2)** Take all or any part of the property at an agreed or appraised value.

With respect to Paragraph **a.(1),** this policy covers only the cost of repair, rebuilding or replacement. Such cost does not include recovery of, and therefore this policy does not pay any compensation for, an actual or perceived reduction in the market value of any property. But if the property that has sustained loss or damage is subject to an endorsement which explicitly addresses market value, then that endorsement will apply to such property in accordance with its terms.

© Insurance Services Office, Inc., 2019

**CP 01 31 01 20**

COMMERCIAL PROPERTY
CP 01 40 07 06

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

                    © ISO Properties, Inc., 2006                       □

**COMMERCIAL PROPERTY**
CP 10 75 12 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage -- Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

© Insurance Services Office, Inc., 2020

**COMMERCIAL PROPERTY**
**CMCP 04 04 03 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS INSTITUTIONS - CORE PROPERTY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

This endorsement is subject to the provisions of your policy which means that it is subject to all terms, conditions, limitations and exclusions applicable to the coverage parts attached to and forming a part of this policy, unless specifically deleted, replaced or modified by this endorsement.  This endorsement applies only to the extent the forms named above are included in this policy.

## SCHEDULE

The following Schedule is a general description of the amended coverages and Limits of Insurance provided by this endorsement.  Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties and what is and is not covered.

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| **BUILDING AND PERSONAL PROPERTY COVERAGE FORM (CP 00 10)** | |
| **Covered Property** | |
| • Premise - Expanded Area For Building Or Structures | 1,000 feet |
| • Premise - Expanded Area For Business Personal Property | 1,000 feet |
| • Premise - Expanded Area For Personal Property Of Others | 1,000 feet |
| • Antennas Attached To Building | Included |
| **Additional Coverages** | |
| • Debris Removal - Increased Limit<br>  o  Percent of Deductible Plus Loss<br>  o  Each Location | <br>25%<br>$25,000 |
| • Preservation Of Property - Increased Days | 90 days |
| • Fire Department Service Charge - Increased Limit | $25,000 |
| • Pollutant Clean-up And Removal - Increased Limit | $25,000 |
| • Ordinance Or Law<br>  o  Coverage A:  Undamaged Portion<br>  o  Coverage B and Coverage C:  Combined Limit Per Occurrence | <br>Building Limit<br>$100,000 |
| • Electronic Data | $10,000 |
| • Preservation Of Property Expense | $10,000 |
| • Lost Key / Security Card Expense | $25,000 |
| • Proof Of Loss Expense | $25,000 |
| • Contract Penalty Expense | $25,000 |
| • Recharge Of Fire Extinguisher Equipment | Actual Expenses |

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Rewards Payments<br>   o In Any One Occurrence | $10,000 |
| • Expediting Cost Coverage | $1,000 |
| • Unintentional Property Errors | $100,000 |
| • Emergency Vacating Expense<br>   o Deductible | $5,000<br>$1,000 |
| • Temporary Meeting Space | $5,000 |
| • Professional Extermination Fees And Expenses<br>   o In Any One Occurrence<br>   o Aggregate Per Policy Period<br>   o Deductible | <br>$2,500<br>$10,000<br>$500 |
| **Coverage Extensions** | |
| • Premises - Expanded Area | 1,000 feet |
| • Newly Acquired Or Constructed Property<br>   o Building<br>   o Your Business Personal Property<br>   o Period Of Coverage | <br>$1,000,000<br>$1,000,000<br>180 days |
| • Personal Effects And Property Of Others | $5,000 |
| • Business Personal Property Off-premises | $25,000 |
| • Outdoor Property<br>   o Any One Tree, Shrub, Lawn Or Plant<br>   o In Any One Occurrence | <br>$500<br>$5,000 |
| • Nonowned Detached Trailers | $7,500 |
| • Business Personal Property Temporarily In Portable Storage Units - Expanded Area<br>   o Premises - Expanded Area<br>   o In Any One Occurrence | <br><br>1,000 feet<br>$15,000 |
| • Undamaged Leasehold Improvements | $10,000 |
| • Tenant Building Glass Coverage<br>   o Per Pane, Unit Or Panel<br>   o In Any One Occurrence | <br>$1,000<br>$5,000 |
| • Unscheduled Buildings or Structures | $10,000 |
| • Off Premise Utility Failure | $10,000 |
| • Underground Pipes, Flues Or Drains | $10,000 |
| • Business Personal Property of Your Clergy | $10,000 |
| • Personal Tools And Equipment of Others<br>   o Per Item<br>   o Per Occurrence | <br>$1,000<br>$5,000 |
| • Retaining Walls | $5,000 |
| • Outdoor Signs<br>   o In Any One Occurrence | <br>$5,000 |
| **CAUSE OF LOSS - SPECIAL FORM (CP 10 30)** | |
| • Asbestos Presence, Release, Discharge Or Dispersal | $10,000 |
| • Premise - Expanded Area | 1,000 feet |
| • Furs | $5,000 |

Copyright, CM Insurance, 2019<br>Includes copyrighted material of Insurance Services Office with its permission.<br>© Insurance Services Office, Inc., 2011
CMCP 04 04 03 19

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Jewelry and Precious Metals | $10,000 |
| • Limited Coverage For Fungus, Wet Rot, Dry Rot And Bacteria | $50,000 |
| • Property In Transit - Expanded Area | 1,000 feet |
| • Spoilage | $5,000 |
| • Interior Water Damage | $5,000 |
| • Back-up Of Sewers Or Drains | $10,000 |
| • Clergy Temporary Living Expenses | $2,500 |
| **BUSINESS INCOME (AND EXTRA EXPENSE) (CP 00 30)** | |
| • Interruption Of Computer Operations | $3,000 |
| • Civil Authority (Including Ingress And Egress) | Included |
| • Newly Acquired Locations | $150,000 |
| • Communicable Disease  o  Deductible | $5,000  $500 |
| • Off Premises Utility Failure | $10,000 |

## SECTION I - ENDORSEMENT CONDITIONS

**1. Applicable Causes Of Loss**

**SECTION II - Building and Personal Property Coverage Form** applies to all locations on your policy.

**SECTION III - Causes Of Loss - Special Form** only applies to the premises where the Causes Of Loss - Special Form is applicable as described and indicated in the Declarations.

**SECTION IV - Business Income (And Extra Expense) Coverage Form** only applies to the premises where Business Income (And Extra Expense) is applicable as described and indicated in the Declarations.

**2. Limits Of Insurance**

When this endorsement is attached to the Building and Personal Property Coverage Form CP 00 10 with or without the Causes Of Loss - Special Form CP 10 30, any Limit Of Insurance or Term shown in the Schedule of this endorsement replaces the Limit Of Insurance or Term accordingly for the indicated Coverage.

This Limit Of Insurance or Term is in addition to any other insurance provided by the coverage form and is the most we will apply for loss or damage for the indicated Coverage.

**3. Two or More Coverages or Limits of Insurance Apply**

If coverage for loss or damage is covered under this endorsement and covered elsewhere in this policy, the amount payable under this endorsement will apply in excess over that amount payable elsewhere in this policy. We will not pay more than the actual amount of the covered loss or damage.

**4. Deductible**

The applicable property deductible for the premises, as described in the Declarations, will apply to the coverages provided by this endorsement unless a different deductible amount is stated within this endorsement.

**Examples**

No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Lost Key / Security Card Expense;

**c.** Recharge Of Fire Extinguisher Equipment; or

**d.** Expediting Cost Coverage.

**e.** Temporary Meeting Space

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**5. Premises or Locations**

This endorsement only applies to the premises or locations described in the Declarations unless specifically stated in this endorsement.  If the premises are not described in the Declarations, refer to the Statement of Values.

## SECTION II - BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The **Building And Personal Property Coverage Form** is amended as follows:

**A. Coverage**

**1. Building**

The following is added to Paragraph **1.a. Building** of Subsection **1. Covered Property** in Section **A. Coverage:**

**(6)** Signs on or away from the described premises;

**(7)** Stained glass windows including protective covering;

**(8)** Electric sound amplification equipment and accessories;

**(9)** Permanently installed seats, desks and tables; and

**(10)**Steeples, pews, baptistries, pulpits, railings, altars, lecterns, clocks, bells and organs.

**2. Premises - Expanded Area**

**a.** Subparagraph **(5)(b)** of Paragraph **a. Building** of Subsection **1. Covered Property** in Section **A. Coverage** is deleted and replaced with the following:

**(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b.** The first paragraph of Subsection **b. Your Business Personal Property** is deleted and replaced with the following;

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater:

**c.** Subparagraph **(2)** of Paragraph **c. Personal Property Of Others** of Subsection **1. Coverage Property** in Section **A. Coverage** is deleted and replaced with the following:

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

**3. Antennas**

The following is added to Subparagraph **(5)** of Paragraph **a. Building** of Subsection **1. Covered Property** in Section **A. Coverage:**

Antennas (including dish-shaped antennas) and their lead-in wiring, masts or towers on the building.

**4. Property Not Covered**

Paragraphs l., m. and q.(2) of Subsection **2. Property Not Covered** in Section **A. Coverage** are deleted and replaced with the following;

**l.** Retaining walls that are not part of a building, except as provided in the Coverage Extension for Retaining Walls within this Endorsement.

**m.** Underground pipes, flues or drains, except as provided in the Coverage Extension for Underground Pipes, Flues Or Drains within this Endorsement.

**q. (2)** Fences, antennas (including dish-shaped antennas) and their lead-in wiring, masts or towers not on the building, trees, shrubs, lawns or plants (other than trees, shrubs, lawns or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**5. Debris Removal**

**a.** Subparagraph **(2)(e)** of Paragraph **a. Debris Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(e)** Remove deposits of mud or earth from the grounds, outside of buildings, of the described premises;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**b.** Subparagraph **(3)(b)** of Paragraph **a. Debris Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $25,000 at each location.

**6.  Preservation Of Property - Increased Days**

Subparagraph **(2)** of Paragraph **b. Preservation Of Property** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**7.  Fire Department Service Charge - Increased Limit**

Paragraph **c. Fire Department Service Charge** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**c.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**8.  Pollutant Clean-Up And Removal - Increased Limit**

Paragraph **d. Pollutant Clean-up And Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**d.  Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**9.  Ordinance Or Law**

Paragraph **e. Increased Cost Of Construction** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**e.  Ordinance Or Law**

The terms of this additional coverage, as described in Paragraphs **(1)**, **(2)**, **(3)** and **(4)** below, is the most we will pay for all losses in any one occurrence.

**(1) Application Of Coverage(s)**

The Coverage(s) provided by this additional coverage only applies to buildings to which the Replacement Cost Optional Coverage applies.

The Coverage(s) provided by this additional coverage applies with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

**(a) Ordinance Or Law Requirements**

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

   **(i)** The requirements of the ordinance or law are:

     **aa.** In force at the time of loss; or

     **bb.** Is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

   **(ii)** Coverage under this additional coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this additional coverage.

**(b) Direct Physical Damage Of Building**

Coverage under this additional coverage applies only if:

   **(i)** The building sustains only direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

   **(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

However, there is no coverage under this additional coverage if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, even if the building has also sustained covered direct physical damage.

**(c) Amount Of Loss**

   **(i)** If coverage applies under this additional coverage based on the terms described under Paragraph **(b) Direct Physical Damage Of Building**, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this additional coverage. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this additional coverage.

   **(ii)** We will not pay under this additional coverage for:

     **aa.** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria;

     **bb.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria; or

     **cc.** Any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

   **(iii)** Example of proportionate loss payment for Ordinance Or Law coverage losses as set forth in Paragraph **(c)(i)** above.

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss.
- The building has a value of $200,000.
- Total direct physical damage to building: $100,000
- The ordinance of law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value.
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage **C** of this additional coverage: $60,000

**Step 1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.
$30,000 divided by $100,000 = .30

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**Step 2:** Apply that proportion to the Ordinance or Law loss.
$60,000 X .30 = $18,000

In this example, the most we will pay under this additional coverage for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverage **A** and Coverage **B** of this additional coverage.

**(2) Coverage(s)**

**(a) Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. Coverage **A** does not increase the Limit of Insurance. Refer to Paragraph **(3) Loss Payment** for additional loss payment provisions.

**(b) Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**(c) Coverage C - Increased Cost Of Construction**

**(i)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**aa.** Repair or reconstruct damaged portions of that building; and/or

**bb.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required; when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**aa.** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**bb.** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**cc.** The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(ii)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with Paragraph **(2)(c)(i)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **(2)(c)(i)** above:

**aa.** The cost of excavations, grading, backfilling and filling;

**bb.** Foundation of the building;

**cc.** Pilings; and

**dd.** Underground pipes, flues and drains.

The items listed in Paragraphs **(ii)aa.** through **(ii)dd.** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **(2)(c)(ii).**

**(d) Combined Limit Of Insurance - Coverage B and Coverage C**

The most we will pay for all covered losses in any one occurrence for **Coverage B - Demolition Cost** and **Coverage C - Increased Cost Of Construction** is $100,000.

Refer to Section **(3) Loss Payment** for additional loss payment provisions.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**(3) Loss Payment**

The following loss payment provisions are subject to the apportionment procedures set forth in Paragraph (1)(c) Amount Of Loss.

**(a)** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged or undamaged portions, will be determined as follows:

**(i)** If the Replacement Cost Coverage Option applies and such building is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**aa.** The amount you would actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**bb.** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**(ii)** If the Replacement Cost Coverage Option applies and such building is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**aa.** The actual cash value of such building at the time of loss; or

**bb.** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**(b)** If a Combined Limit Of Insurance is shown for Coverages **B** and **C**, the following loss payment provisions apply:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit Of Insurance shown for Coverages **B** and **C** in Paragraph **e.(2)(d) Combined Limit Of Insurance - Coverage B and Coverage C**. Subject to this **Combined Limit of Insurance**, the following loss payment provisions apply:

**(i)** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(ii)** With respect to the Increased Cost of Construction:

**aa.** We will not pay for the increased cost of construction:

**i.** Until the building is actually repaired or replaced, at the same or another premises; and

**ii.** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**bb.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**cc.** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(c)** With respect to **Coverage B - Demolition Cost Coverage**, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(d)** With respect to **Coverage C - Increased Cost Of Construction**:

**(i)** We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 04 03 19

(ii) The repair or replacement must be made as soon as reasonably possible after the loss or damage, not to exceed two years. However, we may extend this period in writing during the two years.

(iii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(iv) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(4) Exclusions**

(a) We will not pay under this additional coverage for:

(i) Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria;

(ii) The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria; or

(iii) Any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**10. Electronic Data**

Subparagraph **(4)** of Paragraph f. **Electronic Data** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

(4) The most we will pay under this Additional Coverage, Electronic Data, is $10,000 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**11. Additional Coverages**

The following are added to Subsection **4. Additional Coverage** in Section **A. Coverage**:

**a. Preservation Of Property Expense**

We will pay the necessary expenses incurred to move or store Covered Property to preserve it from loss or damage by a Covered Cause of Loss. The most we will pay under this Additional Coverage is $10,000 per occurrence. This Additional Coverage shall not exceed 90 days from the time the Covered Property is first moved.

**b. Lost Key / Security Card Expense**

We will pay the expense you incur following the direct physical loss of or damage to keys or security cards from theft, mysterious disappearance or any other Covered Cause of Loss if such loss places the security of a building at a premise described in the Declarations at risk. This coverage includes payment for:

(1) The cost of replacement keys or security cards, and

(2) The cost of lock rekeying, adjustment or replacement including installation and removal made necessary by the loss of keys, or

(3) The cost of reprogramming a security system that utilizes security cards.

The most we will pay under this Additional Coverage is $25,000 on an annual aggregate basis for the sum of all covered expenses. The amount payable under this Additional Coverage is additional insurance.

No Deductible applies to this Additional Coverage.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**c. Proof Of Loss Expense**

In the event of loss or damage, upon our request for a sworn proof of loss, we will pay for the actual and necessary expenses you incur in support of your claim.

We will pay for:

**(1)** Preparing the actual proof of loss with required attachments;

**(2)** Filing or obtaining a necessary report from police, fire or other public departments having authority;

**(3)** Recordkeeping of the damage or loss;

**(4)** Completion of an inventory;

**(5)** Making copies of books and records;

**(6)** Completing professional appraisals; however, if we and you enter into the appraisal process as provided for in Section **E. Loss Conditions**, the provisions of that condition will apply;

**(7)** A forensic accountant or auditor to determine any income loss or extra expense paid; or

**(8)** Services of an accredited Architect or Engineer.

We will not pay for:

**(1)** Attorney services;

**(2)** Insurance agent or broker services; or

**(3)** Public adjuster services.

You will provide to us Proof Of Loss Expenses to be paid under this coverage within 30 days from invoice to you. If payment is made to you under this coverage, we will still retain our right to deny the claim. You may use this coverage for the preparation of a proof of loss for business income or extra expense if provided.

The most we will pay under this Additional Coverage is $25,000 for the sum of all expenses arising from each occurrence. The amount payable under this Additional Coverage is additional insurance.

**d. Contract Penalty Expense**

We will pay the monetary penalties that you are legally obligated to compensate customers or clients due to your failure to provide products or services on a timely basis or other breach of a written contract if:

**(1)** Breach of a written contract is due to your direct physical loss of or damage to Covered Property by a Covered Cause of Loss at premises described in the Declarations; and

**(2)** The contract must have been executed prior to your direct physical loss of or damage to Covered Property; and

**(3)** The breach of contract is the cause of the failure to provide your products or services on a timely basis or other breach.

The most we will pay under this Additional Coverage, irrespective of the number of contracts in force at the time of loss, is $25,000 in any one occurrence. The amount payable under this Additional Coverage is additional insurance.

**e. Recharge Of Fire Extinguisher Equipment**

We will pay the reasonable and necessary expenses you incur to recharge your fire protection equipment:

**(1)** If you use your equipment, or the equipment automatically discharges, to protect your Covered Property as a result of a Covered Cause of Loss; or

**(2)** Due to accidental discharge.

However, we will not pay for:

**(1)** Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device, or firefighting suppressing or controlling substance;

**(2)** Halon;

**(3)** Recharge of any device used for demonstration or testing purposes; or

**(4)** Recharge due to maintenance of any device or system.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011
CMCP 04 04 03 19

No Deductible applies to this Additional Coverage.

We will pay under this Additional Coverage the actual expenses you incur to recharge your fire protection equipment.

**f.  Rewards Payments**

    **(1)** We will reimburse you for rewards paid as follows:

        **(a)** Up to $10,000 per occurrence to an eligible person for information leading to the arrest and conviction of any person(s) committing a crime resulting in loss to Covered Property from a Covered Cause of Loss.  However, we will pay no more than the lesser of the following amounts:

            **(i)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

            **(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property.

        **(b)** Up to $10,000 per occurrence to an eligible person for the return of stolen Covered Property when loss by theft. However, we will pay no more than the lesser of the following amounts:

            **(i)** Replacement Cost based on the condition of the Covered Property at the time it is returned but not more than the amount required to repair or replace it; or

            **(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

    **(2)** This Additional Coverage applies subject to the following conditions:

        **(a)** An eligible person means that person designated by a law enforcement agency as being first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

            **(i)** You or any family member;

            **(ii)** Your employee or any of his or her family members;

            **(iii)** An employee of a law enforcement agency;

            **(iv)** An employee of a business engaged in property protection;

            **(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

            **(vi)** Any person involved in the crime.

        **(b)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime are convicted or the Covered Property is returned.

        **(c)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

        **(d)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

**g.  Expediting Cost Coverage**

With respect to loss or damage to Covered Property from a Covered Cause of Loss, we will pay for the extra cost you necessarily incur to:

    **(1)** Make temporary repairs; and

    **(2)** Expedite the permanent repairs or replacement of the damaged property.

The most we will pay under this Additional Coverage is $1,000 per occurrence.

No Deductible applies to this Additional Coverage.

**h.  Unintentional Property Errors**

    **(1)** If you unintentionally failed to report or describe a location to us, coverage provided by this policy will not be invalid. However, you must report such errors or omission to us in writing as soon as you discover them.  You also agree to pay the additional premium that would have been earned by us if the location was correctly reported to us.

    **(2)** This additional coverage only applies to direct loss or damage caused by a Covered Cause of Loss at the omitted location and does not include coverage for the perils of flood or earthquake.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

(3) You must provide reasonable documentation and clear and convincing evidence explaining the cause of the oversight.

(4) For any location you have failed to report to us, the coverage will end when any of the following first occurs:

(a) This policy expires; or

(b) You report values to us.

(5) The most we will pay for any loss or damage under this Additional Coverage in any one policy period regardless of the number of occurrences or reporting errors or omissions is $100,000.

(6) This Additional Coverage does not apply to a loss that is covered by Newly Acquired or Constructed Property coverage.

i.  **Emergency Vacating Expenses**

We will pay for the reasonable expenses that you incur in the vacating of the described premises if vacating:

(1) Is in response to an imminent danger of injury or loss of life to persons; or

(2) Is required by civil authority.

This Additional Coverage only applies if there is actual or threatened loss to Covered Property caused by or resulting from a Covered Cause of Loss.

We will not pay for expenses caused by or resulting from the following:

(1) A strike, bomb threat or false fire alarm, unless vacating is ordered by a civil authority;

(2) A planned vacating drill;

(3) The vacating of one or more guests, residents or clients that is due and confined to their individual medical condition; or

(4) Expense you incur when a local, state or federal Board of Health having jurisdiction over your operations orders that a described premise be evacuated, decontaminated or disinfected due directly to an outbreak of a communicable disease at the described premises.

The most we will pay under this Additional Coverage is $5,000.

A $1,000 per occurrence deductible applies to this Additional Coverage.

j.  **Temporary Meeting Space**

We will reimburse you for rental of meeting space which is necessitated by the temporary unavailability of your primary office space due to the failure of a climate control system or leakage of a hot water heater during the policy period. Coverage will exist only for the renting of temporary meeting space required for meeting with parties who are not insured under this policy.

The most we will pay in total in any 12-month policy period under this Additional Coverage is $5,000.

No Deductible applies to this Additional Coverage.

k.  **Professional Extermination Fees And Expenses**

If Covered Property at a premise described in the Declarations is infested by Culicidae (Bed Bugs), Pediculus Humanus Capitis (Lice) or Ctenocephalides (Fleas),

(1) We will pay costs incurred by you to hire a licensed professional exterminator to:

(a) Treat the infested Covered Property;

(b) Seal off and treat immediately adjacent Covered Property to prevent further infestation during treatment; and

(c) Properly dispose of infested Covered Property, as necessary.

(2) We will pay to replace your infested Business Personal Property, as described in Subparagraph **b. Your Business Personal Property** of Paragraph **1. Covered Property** under Section **A. Coverage,** that must necessarily be disposed of after all infestation at the premises has been eradicated by a licensed professional exterminator.

(3) We will not pay:

(a) Costs to exterminate your premises as part of any routine or ongoing maintenance of such premises; or

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011
CMCP 04 04 03 19

(b) To replace Personal Property Of Others as described in Subparagraph **c. Personal Property Of Others** of Paragraph **1. Covered Property** under Section **A. Coverage.**

(4) The most we will pay in any one occurrence is $2,500.

(5) The most we will pay in total in any 12-month policy period under this Additional Coverage is $10,000.

(6) A $500 per occurrence deductible applies to this Additional Coverage.

## 12. Coverage Extensions

The first paragraph of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced with the following:

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

## 13. Newly Acquired Or Constructed Property

Paragraph a. Newly Acquired Or Constructed Property **of Subsection** 5. Coverage Extensions **in Section** A. Coverage **is deleted and replaced by the following:**

### a. Newly Acquired Or Constructed Property

**(1) Buildings**

If this policy covers buildings, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers your Business Personal Property, you may extend that insurance to apply to:

(i) Business Personal Property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business Personal Property that you newly acquire located at the described premises in the Declarations.

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**14. Personal Effects And Property Of Others**

Paragraph **b. Personal Effects And Property Of Others** of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss by theft.

**(2)** Personal property of others in your care, custody or control.

This Extension does not apply to business personal property of clergy employed by you or personal tools and equipment of others.

The most we will pay for loss or damage under this Extension is $5,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**15. Property Off-premises**

Paragraph **d. Property Off-premises** of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**d. Business Personal Property Off-premises**

**(1)** The Coverage Territory, and this insurance, is extended for Business Personal Property temporarily located 1,000 feet or more away from your premises, to anywhere in the world you do not own, lease or operate. However, this coverage extension does not apply to:

**(a)** Property in transit; or

**(b)** Property located in any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

This Additional Coverage applies only to the extent permitted by the country or jurisdiction in which the property is located.

**(2)** The most we will pay under this coverage extension is $25,000 U.S. currency, at the prevailing exchange rate at the time of loss or damage, per each occurrence,

**(3)** Any disputes between you and us as to whether there is coverage under this Coverage Form must be filed in the courts of the United States of America (including its territories or possessions), Puerto Rico or Canada.

**16. Outdoor Property**

Paragraph **e. Outdoor Property** of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**e. Outdoor Property**

You may extend the insurance that is provided by this Coverage Form to the items listed in Paragraphs **(1)** and **(2)** below.

**(1)** We will pay for direct physical loss or damage by a Covered Cause of Loss to your property in the open within 1,000 feet of the premises described in the Declarations for:

**(a)** Outdoor fences;

**(b)** Antennas (including dish-shaped antennas) and their lead-in wiring, masts or towers not on the building; or

**(c)** Passive solar panels and their lead-in wiring, connections, masts or towers not on the building;

including debris removal.

**(2)** We will pay for direct physical loss or damage to your trees, shrubs, lawns and plants (other than trees, shrubs, lawns or plants which are "stock" or are part of a vegetated roof) caused by or resulting from the following causes of loss if they are Covered Causes of Loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 04 03 19

(d) Riot or Civil Commotion;

(e) Aircraft;

(f) Vehicle Damage; or

(g) Vandalism and Malicious Mischief;

including debris removal.

The most we will pay for loss or damage under this Extension is $5,000, but not more than $500 for any one tree, shrub, lawn or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs, lawns and plants which are the property of others, except in the situation in which you are the tenant and such property is owned by the landlord of the described premises.

**17. Nonowned Detached Trailers**

Subparagraph **(3)** of Paragraph **f. Nonowned Detached Trailers** of subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**(3)** The most we will pay for loss or damage under this Extension is $7,500, unless a higher limit is shown in the Declarations.

**18. Business Personal Property Temporarily In Portable Storage Units**

Subparagraphs **(1)** and **(4)** of Paragraph **g. Business Personal Property Temporarily In Portable Storage Units** of Subsection **5. Coverage Extensions** in Section **A. Coverage** are deleted and replaced by the following:

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 1,000 feet of the building or structure described in the Declarations or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $15,000 (unless a higher limit is shown in the Declarations for such extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**19. Additional Coverage Extensions**

The following are added to Subsection **5. Coverage Extensions** in Section **A. Coverage**:

**a. Undamaged Leasehold Improvements**

If your lease is cancelled in accordance with a valid lease provision as the result of direct physical loss or damage, by a Covered Cause of Loss, to property at the location in which you are a tenant, and you cannot legally remove your "tenants improvements and betterments", we will extend Your Business Personal Property coverage to apply to the unamortized value of such "tenants improvements and betterments".

The most we will pay for loss or damage under this Extension is $10,000.

**b. Tenant Building Glass Coverage**

**(1)** You may extend Your Business Personal Property coverage to apply to loss or damage resulting from or caused by a Covered Cause of Loss to build glass.

**(2)** This Coverage Extension applies when you are a tenant and have a contractual obligation to insure building glass. However, we will not pay for loss or damage under this Coverage Extension when such a contract requires you to insure the building.

**(3)** Building glass is considered the glass that is part of the building, including solar panels, glass building blocks, skylights, glass doors and windows and their encasement frames, alarm tape, lettering and ornamentation. It does not include art glass, half tone screens, lenses, memorial windows, mosaic art, rotogravure screens or any stained glass.

The most we will pay for loss or damage in any one occurrence under this Extension is $5,000, but not more than $1,000 per pane, unit or panel. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

The Tenant Building Glass Coverage Extension is subject to the applicable personal property deductible at the described premises.

**c.  Unscheduled Building or Structures**

You may extend the insurance that applies to Building to apply to direct physical loss or damage by a Covered Cause Of Loss to unscheduled buildings or structures that are incidental to the described premises shown in the Declarations but not specifically described in the Declarations.

Unscheduled buildings or structures include, but are not limited to:

**(1)** Garages;

**(2)** Pavilions;

**(3)** Carports;

**(4)** Maintenance, service or storage buildings;

**(5)** Crosses, statuary, and similar religious structures; and

**(6)** Other free-standing buildings or structures owned by you.

The most we will pay for loss or damage in any one occurrence under this Extension is $10,000.  This limit applies to any one occurrence, regardless of the types or number of buildings or structures lost or damaged in that occurrence.

**d.  Off Premises Utility Failure**

We will extend the insurance provided by this Coverage Form to apply to loss of or damage to your Covered Property caused by the interruption of service to the premises described in the Declarations. The interruption in utility services, described in Subparagraphs **(1)**, **(2)** and **(3)** below, must result from direct physical loss or damage by a Covered Cause of Loss.

Coverage for loss or damage to Covered Property does not apply to loss of or damage to electronic data, including destruction or corruption of electronic data. Under this Additional Coverage Extension, electronic data has the meaning described in Paragraph **n.** of Subsection **2. Property Not Covered** under Section **A. Coverage**.

Utility services include:

**(1)** Water supply services, meaning the following types of property supplying water to the described premises:

    **(a)** Pumping stations; and

    **(b)** Water mains.

**(2)** Communication supply services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave or television services to the described premises, such as:

    **(a)** Communication transmission lines;

    **(b)** Coaxial cables; and

    **(c)** Microwave radio relays, except satellites.

    Coverage for loss or damage to above ground transmission lines is included.

**(3)** Power supply services, meaning the following types of property supplying electricity, steam or gas to the described premises:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers; and

    **(e)** Transmission lines.

    Coverage for loss or damage to above ground transmission lines is included.

As used in this Extension, the term transmission lines include all lines which serve to transmit communication service or power, including all lines which may be identified as distribution lines.

The most we will pay for loss or damage under this Extension is $10,000. This Extension limit does not increase the applicable Limit of Insurance at the described premises.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

  **e.** **Underground Pipes, Flues Or Drains**

   We will extend the insurance that applies to buildings for direct physical loss or damage to underground pipes, flues and drains from a Covered Cause of Loss located on the premises described in the Declarations.

   The most we will pay for loss or damage under this Extension is $10,000 per occurrence.

  **f.** **Business Personal Property of Your Clergy**

   You may extend Your Business Personal Property coverage to apply to loss or damage resulting from or caused by a Covered Cause of Loss to business personal property of clergy employed by you.

   The most we will pay for all loss or damage under this Extension is $10,000 at or away from the described premises. Our payment for loss or damage will only be for the account of the owner of the property.

   This Extension is excess over any other insurance provided for such property.

  **g.** **Personal Tools and Equipment of Others**

   **(1)** You may extend Your Business Personal Property to apply to loss or damage resulting from or caused by a Covered Cause of Loss to personal tools and equipment of your volunteers, officers, trustees, employees, members and guests.

   **(2)** This Extension applies only when the personal tools and equipment are used for the construction, renovation or repair at the described premises to which this Coverage Form applies, as shown in the Declarations.

   **(3)** The most we will pay under this Extension is $5,000 per occurrence, but not more than $1,000 per item.

   **(4)** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from the other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

   **(5)** Our payment for loss of or damage to construction tools and equipment:

    **(a)** Will only be for the owner of the property; and

    **(b)** Will not exceed the actual cash value of the property.

  **h.** **Retaining Walls**

   We will extend the insurance that applies to buildings for direct physical loss or damage to retaining walls from a Covered Cause of Loss located on the premises described in the Declarations.

   The most we will pay for loss or damage under this Extension is $5,000 per occurrence.

**C.** **Limits Of Insurance**

 Section **C. Limits Of Insurance** is deleted and replaced by the following:

 **C.** **Limits Of Insurance**

  The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

  The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to the building, is $5,000 per sign in any one occurrence.

  The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

  **1.** Fire Department Service Charge;

  **2.** Pollutant Clean-up And Removal;

  **3.** Ordinance Or Law;

  **4.** Electronic Data;

  **5.** Lost Key / Security Card Expense;

  **6.** Proof Of Loss Expense;

  **7.** Contract Penalty Expense;

  **8.** Recharge Of Fire Extinguisher Equipment;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

9. Rewards Payments;

10. Expediting Cost Coverage; and

11. Unintentional Property Errors.

Payments under the Preservation of Property Additional Coverage or the Preservation Of Property Expense Additional Coverage will not increase the applicable Limit of Insurance.

**H. Definitions**

The following definition is added to Section **H. Definitions**:

"Tenants improvements and betterments" means fixtures, alterations, installations or additions:

1. Made a part of a building you occupy, but do not own; and

2. You acquired or made at your expense but cannot legally remove.

**SECTION III - CAUSES OF LOSS - SPECIAL FORM**

The **Causes Of Loss - Special Form** is amended as follows:

**B. Exclusions**

1. Subparagraph **(5)** of Paragraph **d.** of Subsection **2.** in Section **B. Exclusions** is deleted and replaced by the following:

   **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects other than Culicidae (Bed Bugs), Pediculus Humanus Capitis (Lice) or Ctenocephalides (Fleas), birds, rodents or other animals.

2. Paragraph **l.** of Subsection **2.** in Section **B. Exclusions** is deleted and replaced by the following:

   Paragraph **l.**, regarding asbestos presence, release, discharge or dispersal, of Subsection **2.** in Section **B. Exclusions** is deleted and replaced by the following:

   **l.** **(1)** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   **(2)** This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

   **(3)** Subject to Paragraph **(1)** above, the most we will pay for all premises for asbestos expense is $10,000.

   Asbestos expense means the sum of all covered expenses arising out of discharge, dispersal, seepage, migration, release or escape of "pollutants" caused by any of the "specified cause of loss" occurring during each separate 12-month period of this policy.

   The covered expenses will be paid only if they are reported to us within 180 days of the date of the direct physical loss or the expiration date of this policy, whichever comes first.

**C. Limitations**

1. Subparagraph **(1)** of Paragraph **c.** of Subsection **2.** in Section **C. Limitations** is deleted and replaced with the following:

   **(1)** If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders' Risk Coverage Form; or

2. Paragraph **a.** of Subsection **3.** in Section **C. Limitations** is deleted and replaced with the following:

   **a.** $5,000 for furs, fur garments and garments trimmed with fur.

3. Paragraph **b.** of Subsection **3.** in Section **C. Limitations** is deleted and replaced with the following:

   **b.** $10,000 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

Subsection **3.** in Section **E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria** is deleted and replaced with the following:

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 04 03 19

3. The coverage described under **E.2.** of this Limited Coverage is limited to $50,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

## F. Additional Coverage Extensions

1. Paragraph **a.** in Subsection **1. Property In Transit** in Section **F. Additional Coverage Extensions** in deleted and replaced with the following:

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

2. The following are added to Section **F. Additional Coverage Extensions:**

   a. **Spoilage**

   We will pay for loss of or damage to your "perishable goods", caused by a power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

   (1) Only the following Exclusions in Paragraph **B.1.** of the Causes of Loss Form Special Form are applicable to this Additional Coverage Extension:

   (a) Earth Movement;

   (b) Governmental Action;

   (c) Nuclear Hazard;

   (d) War And Military Action; and

   (e) Water.

   (2) In addition, the following Exclusions apply to this Additional Coverage Extension:

   We will not pay for loss or damage caused by or resulting from:

   (a) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

   (b) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

   (c) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

   (i) Lack of fuel; or

   (ii) Governmental order.

   (d) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

   (e) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

   The most we will pay for loss or damage under this Additional Coverage Extension is $5,000 at the premises described in the Declarations.

   b. **Interior Water Damage**

   We will pay for direct loss or damage to:

   (1) The interior of any building or structure; or

   (2) To personal property in the building or structure caused by or resulting from rain, snow, sleet, or ice, all whether wind driven or not, at premises as described in the Declarations.

   The most we will for loss or damage under this Additional Coverage Extension is $5,000 in any one occurrence.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

    **c.  Back-up Of Sewers Or Drains**

We will pay for direct physical loss or damage to Covered Property solely caused by water or other materials that back up from a sewer or drain.

We will not pay for any loss or damage caused by water or other materials that back up from a sewer or drain when such back up is caused by any flood.  Flood means accumulation of surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether wind driven or not.

The most we will pay for loss or damage in any one occurrence under this Additional Coverage Extension is $10,000.

    **d.  Clergy Temporary Living Expenses.**

We will pay temporary living expenses should the premises of your clergy become uninhabitable due to a Covered Cause of Loss.

The most we will pay in any one occurrence under this Additional Coverage Extension is $2,500.

## G.  Definitions

The following definition is added to Section **G. Definitions:**

"Perishable goods" means **Your Business Personal Property** or **Personal Property Of Others** that is in your care, custody or control:

    **a.**  Maintained under controlled conditions for its preservation; and

    **b.**  Susceptible to loss or damage if the controlled conditions change.

## SECTION IV - BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

The **Business Income (And Extra Expense) Coverage Form** is amended as follows:

**A.**  Subparagraph **(4)** of Paragraph **d. Interruption Of Computer Operations** of Subsection **5. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

    **(4)**  The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $3,000 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**B.**  Paragraph **a. Civil Authority** of Subsection **5. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

    **a.  Civil Authority (Including Ingress And Egress)**

In this Additional Coverage, Civil Authority (Including Ingress And Egress), the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur, caused by either of the following situations:

    **(1)**  Access to the described premises is prohibited by action of civil authority due to damage causes by a Covered Cause of Loss to property other than property at the described premises, resulting in the necessary "suspension" of your "operations" at the described premises provided that both of the following apply:

        **(a)**  Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are not more than one mile from the damaged property; and

        **(b)**  The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property, or

    **(2)**  Access to the described premises is prevented due to a Covered Cause of Loss, resulting in the necessary "suspension" of your "operations" at the described premises, even in the absence of physical loss of or damage to property at the described premises.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011
CMCP 04 04 03 19

Coverage for Business Income will begin 72 hours after the time when access is first prevented or prohibited and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Coverage for Extra Expense will begin immediately after the time when access first prevented or prohibited and will apply for a period of up to four consecutive weeks from that date or until the related Business Income coverage ends, whichever date is later.

**C.** Paragraph **b.** of Subsection **6. Coverage Extension (Newly Acquired Locations)** in Section **A. Coverage** is deleted and replaced with the following:

    **b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred is $150,000 at each location, unless a higher limit is shown in the Declarations.

**D.** The following are added to Subsection **5. Additional Coverages** in Section **A. Coverage:**

    **1. Communicable Disease Extra Expense**

        We will pay the extra expense you incur when a local, state or federal Board of Health having jurisdiction over your "operations" orders that a described premise be evacuated, decontaminated or disinfected due directly to an outbreak of a communicable disease at that described premises. Extra Expense coverage under this Additional Coverage includes but is not limited to the necessary costs to:

        **a.** Evacuate the described premises;

        **b.** Provide required medical tests, blood tests, doctor's care, inoculations, vaccinations, antibiotics and/or hospitalization for infected persons other than your employees;

        **c.** Clean your equipment and disinfect the described premises in accordance with the jurisdictional Board of Health requirements;

        **d.** Replace consumable goods declared contaminated by the jurisdictional Board of Health;

        **e.** Test the described premises to confirm the elimination of the communicable disease; or

        **f.** Obtain extra advertising to restore your business reputation.

        However, we will not pay for:

        **a.** Fines or penalties of any kind;

        **b.** Any resulting loss of Business Income;

        **c.** Any Extra Expense caused by or resulting from the suspension, lapse or cancellation of any license, lease or contract; or

        **d.** Any expense that is covered elsewhere under this Endorsement, policy or any other policy issued to you by us or any of our affiliates.

        The most we will pay under this Additional Coverage for any one outbreak of a communicable disease is $5,000.

        A $500 per occurrence deductible applies to this Additional Coverage.

    **2. Off Premises Utility Failure**

        **a.** Your coverage for Business Income and/or Extra Expense is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on your premises but used to supply you with utility services:

            **(1)** Water Supply Property, meaning the following types of property supplying water to the described premises:

                **(a)** Pumping stations; and

                **(b)** Water mains.

            **(2)** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities. Coverage under this Coverage Extension does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

            **(3)** Communication Supply Property, meaning property supplying communications services, including telephone, radio, microwave or television services, to the described premises, such as:

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

    **(a)** Communication transmission lines, including optic fiber transmission lines;

    **(b)** Coaxial cables; and

    **(c)** Microwave radio relays, except satellites.

    Above-ground transmission lines are included.

**(4)** Power Supply Property, meaning the following types of property supplying electricity, steam, or gas to the described premises:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers; and

    **(e)** Transmission lines.

    Above-ground transmission lines are included.

**b.** As used in this Coverage Extension, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**c.** Coverage under this Coverage Extension does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to "electronic data", including destruction or corruption of "electronic data".

**d.** The most we will pay is $10,000 for loss you incur after the number of hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility services described above.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 04 03 19

COMMERCIAL PROPERTY
CMCP 04 22 03 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ THIS CAREFULLY.**

# IDENTITY RECOVERY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

This endorsement is subject to the provisions of your policy which means that it is subject to all terms, conditions, limitations and exclusions applicable to the coverage parts attached to and forming a part of this policy, unless specifically deleted, replaced or modified by this endorsement.  This endorsement applies only to the extent the forms named above are included in this policy.

**SCHEDULE**

| Coverage | Limit Of Insurance |
|---|---|
| Identity Recovery Limit - Aggregate Per Insured | $25,000 |
| **Identity Recovery Sublimit** | |
| Lost Wages and Child or Elder Care Costs | $5,000 |
| Mental Health Counseling | $1,000 |
| Miscellaneous Expense | $1,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Identity Recovery Coverage**

The following is added to Paragraph **A. Coverage**:

We will provide "Case Management Services" and "Expense Reimbursement" to the "identity recovery insured" if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

**B. Exclusions And Limitations**

The following additional exclusions apply to this Additional Coverage.  These exclusions apply to both "Case Management Service" and "Expense Reimbursement".

We do not cover loss or expense arising from any of the following:

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others.  However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

Copyright CM Insurance, 2019
© 2019, The Hartford Steam Boiler Inspection and Insurance Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

**C. Limits Of Insurance**

The coverage provided under this endorsement will not increase any amount or Limit Of Insurance that is otherwise provided in this Policy.

1. "Case Management Service" is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide "Case Management Service" do not reduce the limit of insurance available for "Expense Reimbursement".

2. "Expense Reimbursement" is subject to an Identity Recovery Limit per "identity recovery insured" as shown in the Schedule of this endorsement.

3. The Identity Recovery Limit shown in the Schedule of this endorsement is the most we will pay regardless of the number of:

   a. "Identity recovery insureds";

   b. Claims made; or

   c. "Identity thefts".

4. If an "identity theft" is first discovered during the policy period and continues into the following policy period, all loss and expense arising from such "identity theft" will be subject to the Identity Recovery Limit applicable to the policy period when the "identity theft" was first discovered.

5. The following sublimits are part of, and not in addition to, the Identity Recovery Limit. These sublimits are shown in the Schedule of this endorsement.

   a. Lost Wages and Child or Elder Care Costs

   b. Mental Health Counseling

   c. Miscellaneous Expense

   These coverages are limited to costs and services incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**D. Deductible**

No deductible applies to the Identity Recovery Coverage.

**E. Additional Conditions**

The following Additional Conditions are added to Paragraph **F. Additional Conditions**:

1. **Assistance and Claims**

   For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-844-863-4646.**

   The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

   a. Information and advice for how to respond to a possible "identity theft"; and

   b. Instructions for how to submit a service request for "Case Management Service" and/or a claim form for "Expense Reimbursement".

   In some cases, we may provide "Case Management Services" at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

   As respects "Expense Reimbursement", the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

2. **Services**

   The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

   a. Our ability to provide services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured".

Copyright CM Insurance, 2019
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.
CMCP 04 22 03 19

**b.** All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts".

## F. Definitions

The following definitions apply in addition to the definitions provided in the Coverage Form to which this Endorsement applies:

**1.** "Case Management Service" means services of an "identity recovery case manager" as needed to respond to the "identity theft".

**2.** "Expense Reimbursement" means reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**3.** "Identity recovery case manager" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**4.** "Identity recovery expenses" means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

  **a.** Costs for refiling applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

  **b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft".

  **c.** Costs for credit reports from established credit bureaus.

  **d.** Legal costs include fees and expenses for an attorney approved by us for the following:

  **(1)** The defense of any civil suit brought against an "identity recovery insured";

  **(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured";

  **(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency;

  **(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report; or

  **(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

  **e.** Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages do not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during nonworking hours.

  **f.** Actual costs for Child or Elder Care Expenses, including supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

  **g.** Actual costs for Mental Health Counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

  **h.** Any other Miscellaneous Expense including reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

  Such costs include:

  **(1)** Costs by the "identity recovery insured" to recover control over his or her personal identity; or

CMCP 04 22 03 19
Copyright CM Insurance, 2019
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011
Page 3 of 4

    **(2)** Deductibles or service fees from financial institutions.

    **(3)** Such costs do not include:

        **(a)** Costs to avoid, prevent or detect "identity theft" or other loss;

        **(b)** Money lost or stolen; or

        **(c)** Costs that are restricted or excluded elsewhere in this endorsement or policy.

**5.** "Identity recovery insured" means the following

  **a.** When the entity insured under this policy is a religious institution, school or college, camp or senior living facility the "identity recovery insureds" are:

    **(1)** All clergy employed by such entity; and

    **(2)** The religious institution business administrator, the head school or college administrator, camp director, non-profit or senior living administrator of such entity.

  **b.** "Identity recovery insured" also includes residents of the household of anyone qualifying as an "identity recovery insured" under Section **a.** above, provided such individuals are:

    **(1)** Relatives of the person qualifying as an "identity recovery insured" under Section **a.** above; or

    **(2)** Under the age of 21 and in the care of the person qualifying as an "identity recovery insured" under Section **a.** above.

  **c.** When the entity insured under this policy is not a religious institution, school or college, camp, non-profit or senior living facility, then the definition of "identity recovery insured" depends on the ownership structure of the entity as follows:

    **(1)** When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

    **(2)** When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

    **(3)** When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be the executive director of the insured entity.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured".

**6.** "Identity theft" means the fraudulent use of the social security number or other method of identifying an insured. This includes the fraudulent use of the personal identity of an insured to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

Copyright CM Insurance, 2019
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.

CMCP 04 22 03 19

**COMMERCIAL PROPERTY**
**CMCP 04 26 GA 02 20**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

>BUILDING AND PERSONAL PROPERTY COVERAGE FORM
>CAUSES OF LOSS - BASIC FORM
>CAUSES OF LOSS - BROAD FORM
>CAUSES OF LOSS - SPECIAL FORM
>COMMERCIAL PROPERTY CONDITIONS
>COMMON POLICY CONDITIONS

## SCHEDULE

| Additional Coverages | Limit Of Insurance |
|---|---|
| Equipment Breakdown | Follows Property |
| Business Income And Extra Expense | Follows Business Income and Extra Expense |
| **Coverage Extensions** | |
| Data Restoration | $25,000 |
| Equipment Mounted On A Vehicle | $25,000 |
| Expediting Expenses | $25,000 |
| Future Loss Avoidance | 10% of Eligible Equipment Breakdown Payment with $10,000 Maximum |
| "Fungus", Wet Rot, Dry Rot And Bacteria | $15,000 |
| Hazardous Substances | $25,000 |
| Off Premises Equipment Breakdown | $25,000 |
| Public Relations | 50% of Business Income with $25,000 Maximum |
| Resultant Damage to Animals | $25,000 |
| Service Interruption | |
| Spoilage And Consequential Damage    Refrigerant Contamination | $25,000 |
| **Deductible Options** | |
| ☐ **Combined Deductible For All Coverages** | |
| ☐ **Direct Coverages Deductible** | |
| **Indirect Coverages Deductible** | |
| ☐ | |
| ☐            **Hours** | |
| ☐            **x Average Daily Value** | |
| ☐ **Spoilage Deductible**            **or** | **% of Loss** |

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

| ADDITIONAL CONDITIONS |
|---|
| **Description of Additional Conditions:** |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Additional Coverages**

The following is added as an Additional Coverage to the **CAUSES OF LOSS - BASIC FORM**, **CAUSES OF LOSS - BROAD FORM** or **CAUSES OF LOSS - SPECIAL FORM.**

The term Covered Cause of Loss includes the Additional Coverage - Equipment Breakdown as described and limited below.

**1. Equipment Breakdown**

We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

Without an "accident" or "electronic circuitry impairment", there is no Additional Coverage - Equipment Breakdown.

**2. Business Income And Extra Expense**

  **a.** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in the Schedule of this endorsement, then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and the deductible shown in the Schedule of this endorsement will apply.

  **b.** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in the Schedule of this endorsement.

**B. Coverage Extensions**

The following is added to Paragraph **A.5. Coverage Extensions:**

The following Coverage Extensions also apply to the direct result of an "accident" or "electronic circuitry impairment". These Coverage Extensions do not provide additional amounts of insurance.

**1. Data Restoration**

  **a.** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

  **b.** The most we will pay for loss or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in the Schedule of this endorsement.

**2. Equipment Mounted On A Vehicle**

  **a.** We will pay for physical damage to "equipment mounted on a vehicle" whether or not such equipment is at a covered location.

  **b.** We will also pay for your loss and expense as defined under Business Income coverage and Extra Expense coverage that is the result of Paragraph **a.** above, if such coverage is otherwise applicable under this policy. This coverage is included within and subject to your Equipment Mounted On A Vehicle Limit.

  **c.** We will also pay for your loss and expense as defined under Data Restoration coverage that is a result of Paragraph **a.** above, if such coverage is otherwise applicable under this endorsement. This Coverage Extension is included within and subject to your Equipment Mounted On A Vehicle Limit.

  **d.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in the Schedule of this endorsement.

**3. Expediting Expenses**

  **a.** With respect to your damaged Covered Property, we will pay the reasonable and necessary extra cost to:

  **(1)** Make temporary repairs; and

  **(2)** Expedite permanent repairs or replacement.

  **b.** The most we will pay for loss or expense under this Coverage Extension is $25,000 unless otherwise shown in the Schedule of this endorsement.

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

4. **Future Loss Avoidance**
   a. This Coverage Extension only applies if you have received a loss payment under this endorsement.
   b. We will pay your costs to purchase and install protective equipment at the location of the loss as follows:
      (1) Electrical surge protection or single-phase protection equipment.
      (2) Other protective equipment if we agree that such equipment would reasonably reduce the likelihood of a future "accident" or "electronic circuitry impairment" similar to the one for which you have received payment from us. We will not unreasonably withhold such agreement.
      (3) As used in this Coverage Extension, protective equipment means a permanently-installed physical device with the principal function of safeguarding one or more pieces of "covered equipment" from physical damage or loss.
   c. We must receive your invoices for any purchase and installation costs no later than 180 days after the date you receive payment for the loss from us.
   d. With respect to any "one equipment breakdown" the most we will pay is the lesser of the following:
      (1) 10% of our eligible equipment breakdown payment to you prior to any payment under this Future Loss Avoidance Coverage Extension, or
      (2) $10,000.
   e. As used in this Coverage Extension, eligible equipment breakdown payment means our total equipment breakdown payment to you not including any of the following:
      (1) Any deductible or coinsurance amount;
      (2) Any payment made under Off Premises Equipment Breakdown or Service Interruption; or
      (3) Any payment made after this policy has been cancelled or nonrenewed.

5. **"Fungus", Wet Rot, Dry Rot And Bacteria**
   a. We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus", wet rot, dry rot or bacteria. This includes the additional costs to clean up or dispose of such property. This does not include "spoilage and consequential damage" of personal property that is "perishable goods" to the extent that such "spoilage and consequential damage" is covered under the Spoilage And Consequential Damage Coverage Extension.
   b. As used in this coverage, additional costs mean those beyond what would have been payable under this Additional Coverage - Equipment Breakdown had no "fungus", wet rot, dry rot or bacteria been involved.
   c. We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus", wet rot, dry rot or bacteria.
   d. This Coverage Extension does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.
   e. The most we will pay in any "one equipment breakdown" for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 unless otherwise shown in the Schedule of this endorsement even if the "fungus", wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

6. **Hazardous Substances**
   a. We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.
   b. This Coverage Extension does not apply to testing, clean up or disposal of land, water or any other property that is not Covered Property.
   c. This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in Paragraph **12.b. Refrigerant Contamination** below. As used in this Coverage Extension, additional costs mean those beyond what would have been payable under this Additional Coverage - Equipment Breakdown had no "hazardous substance" been involved.
   d. The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in the Schedule of this endorsement.

7. **Off Premises Equipment Breakdown**
   a. We will pay for physical damage to portable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. This Coverage Extension does not apply to "equipment mounted on a vehicle". With respect to this Off Premises Additional Coverage - Equipment Breakdown Extension only, the "accident" or "electronic circuitry impairment"

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**b.** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within portable "covered equipment" as described under Paragraph **a.** above. This amount may not exceed the limit applicable to the Data Restoration Coverage Extension.

**c.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in Paragraph **b.** above is $25,000 unless otherwise shown in the Schedule of this endorsement. Our payment under this Coverage Extension includes:

    **(1)** The actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered; and

    **(2)** Data Restoration as described in Paragraph **b.** above.

**8. Public Relations**

    **a.** This Coverage Extension only applies if you have sustained an actual loss of Business Income covered under this endorsement.

    **b.** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

        **(1)** The media;

        **(2)** The public; or

        **(3)** Your customers, clients or members.

    **c.** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

    As respects any "one equipment breakdown", the most we will pay is the lesser of the following:

        **(1)** 50% of our Business Income payment to you; or

        **(2)** $25,000.

**9. Resultant Damage To Animals**

    **a.** Any insurance provided under the coverage part for "animals" is extended to the coverage provided by this endorsement.

    **b.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

**10. Resultant Loss From A Cyber Event**

All coverages under this Additional Coverage - Equipment Breakdown are extended to an "accident" or "electronic circuitry impairment" caused by or resulting from a "cyber event".

**11. Service Interruption**

    **a.** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage And Consequential Damage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" or "electronic circuitry impairment" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud or outsourced computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

    **b.** "Cloud or outsourced computing services" must be provided by a professional provider with whom you have a contract.

    **c.** With respect to the Data Restoration portion of this Service Interruption Coverage Extension, coverage will also apply to "data" stored in the equipment of a provider of "cloud or outsourced computing services".

    **d.** Unless otherwise shown in the Schedule of this endorsement, the Service Interruption Coverage Extension will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident" or "electronic circuitry impairment". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

    **e.** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this Coverage Extension is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage And Consequential Damage, unless a limit is shown in the Schedule of this endorsement for

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 26 GA 02 20

Service Interruption, then that limit will apply to Business Income and Extra Expense loss under this Coverage Extension.

**12. Spoilage And Consequential Damage**

   **a.** We will pay for physical damage to "perishable goods" due to "spoilage and consequential damage".

   **b.** Refrigerant Contamination

   We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia. If a separate limit is indicated for Refrigeration Contamination, this amount is part of, and not in addition to, your Spoilage And Consequential Damage Limit.

   **c.** We will also pay any necessary expenses you incur during the "period of restoration" to reduce the amount of loss under this Spoilage And Consequential Damage Coverage Extension. However, we will not pay more than the amount that would otherwise have been payable under this Spoilage And Consequential Damage Coverage Extension.

   **d.** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation Condition.

   **e.** The most we will pay for loss, damage or expense under this Coverage Extension is $25,000 unless otherwise shown in the Schedule of this endorsement.

**C. Exclusions**

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

   **1.** The following exclusions are modified:

   **a.** If the Causes Of Loss - Basic Form or Causes Of Loss - Broad Form applies, the following is added to Exclusion **B.2.**:

   Depletion, deterioration, corrosion (including pinhole leaks), erosion, settling, wear and tear or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

   **b.** If the Causes Of Loss - Special Form applies, with respect to this endorsement only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with the following:

   But if an excluded cause of loss that is listed in Exclusions **B.2.d.(1)** through **B.2.d.(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

   **2.** The following exclusions are added:

   **a.** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

   **(1)** Fire, including smoke from a fire.

   **(2)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere.

   **(3)** Any other explosion, except as specifically covered under this endorsement.

   **(4)** Earthquake, earth sinking, landslide, sinkhole collapse, subsidence, tsunami, volcanic action, or any other earth movement, all whether natural or caused by human activity;

   **(5)** Flood; mudslide or mudflow; overflow of any body of water; storm surge; tidal waves; tides; surface water; water that discharges, overflows or backs up from a drain, sump or sewer; waves or spray associated with any of the foregoing without regard to whether or not such event is caused or exacerbated by wind, whether natural or caused by human activity.

   However, if electrical "covered equipment" requires drying out because of the above, we will pay for the amount you actually expend to dry out such equipment, subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies. We will not pay more than the "actual cash value" of the affected electrical "covered equipment". We will not pay to replace such equipment or for any other damage, loss or expense.

   **(6)** Vandalism, meaning a malicious act that causes damage or destruction. However, this exclusion does not apply to acts committed through electronic systems such as hacking or the deployment of malware.

   **(7)** Any "cyber event", except as specifically provided in **B.10. Resultant Loss From A Cyber Event.**

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

**(8)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident" or "electronic circuitry impairment".

**(9)** Freeze caused by cold weather.

**(10)** Discharge of molten material from equipment, including the heat from such discharged material.

**b.** None of the following is an "accident" or "electronic circuitry impairment", however caused and without regard to whether such condition or event is normal and expected or unusual and unexpected. However, this exclusion does not apply to an "accident" or "electronic circuitry impairment", that results from any condition or event listed in **(1)** through **(3)** below.

    **(1)** Any defect, error or shortcoming in design or installation;

    **(2)** Any defect, programming error, programming limitation, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind;

    **(3)** Contamination by a "hazardous substance";

    **(4)** Misalignment, miscalibration, tripping off-line or any condition which can be corrected by:

        **(a)** Resetting, tightening, adjusting or cleaning;

        **(b)** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

        **(c)** Rebooting, reloading or updating software or firmware; or

        **(d)** Providing necessary power or supply.

**c.** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

    **(1)** Lightning;

    **(2)** Windstorm or hail. However, this exclusion does not apply when:

        **(a)** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

        **(b)** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

    **(3)** Collision or any physical contact caused by a "vehicle". However, this exclusion does not apply to any unlicensed "vehicles" owned by you or operated in the normal course of your business.

    **(4)** Smoke; aircraft or vehicles, riot or civil commotion; sprinkler leakage or elevator collision.

    **(5)** Weight of snow, ice or sleet.

    **(6)** Collapse.

    **(7)** Falling objects. However, this exclusion does not apply to:

        **(a)** Personal property located outside the walls of a structure or building; or

        **(b)** Damage or loss to property located within a structure or building, unless a falling object first damages the roof or exterior wall of the structure or building.

    **(8)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

    **(9)** Any means, whether or not successful, intended to extinguish a fire. This includes, but is not limited to, the spraying of water.

**d.** With respect to Business Income, Extra Expense and Service Interruption Coverage Extensions, we will also not pay for any increase in loss resulting from an agreement between you and your customer, supplier or contractor.

**e.** Except as specifically provided under **B.5. "Fungus", Wet Rot, Dry Rot And Bacteria**, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":  Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria.  This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria.  However, this exclusion does not apply to "spoilage and consequential damage" of personal property that is "perishable goods", to the extent that such "spoilage and consequential damage" is covered under the Spoilage And Consequential Damage Coverage Extension.

With respect to the portion of Covered Property that would still have required repair or replacement had there been no  fungus , wet rot, dry rot or bacteria, this Exclusion will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusion shall continue to apply to:

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 26 GA 02 20

1. Costs arising from clean up, removal, or abatement of such fungus , wet rot, dry rot or bacteria, including any spores or toxins produced by or emanating from such fungus , wet rot, dry rot or bacteria; and

2. Any increase in loss under Business Income and/or Extra Expense coverages resulting from **1.** above.

Regardless of whether the Exclusion applies to a loss, the Limit of Insurance on Covered Property is not increased. The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to clean up, remove, or abate such fungus , wet rot, dry rot or bacteria, including any spores or toxins produced by or emanating from such fungus , wet rot, dry rot or bacteria, is the applicable Limit of Insurance for the affected Covered Property.

   **f.** Except as specifically provided under **B.1. Data Restoration**, or **B.9. Resultant Damage To Animals**, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

     **(1)** Physical loss or damage to "animals";

     **(2)** Loss, interruption or compromise of any research, test or study involving "animals"; or

     **(3)** Loss of income or extra expense resulting from **(1)** or **(2)** above.

   **g.** We will not pay for damage or loss to any catalyst or molecular sieve, whether or not caused by an "accident" or "electronic circuitry impairment".

   **h.** We will not pay for damage or loss to any artifacts, fossils, relics, or any rare items of cultural, historical or scientific interest, whether or not caused by an "accident" or "electronic circuitry impairment".

**3.** Exclusions **2.c.(1)** through **2.c.(7)** above shall not apply if:

   **a.** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

   **b.** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

   **c.** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**4.** Any cause of loss set forth in Exclusions **2.c.(5)** through **2.c.(7)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects the Service Interruption Coverage Extension.

**D. Limits Of Insurance**

**1.** Any payment made under this Additional Coverage - Equipment Breakdown will not be increased if multiple insureds are shown in the Declarations or if you are comprised of more than one legal entity.

**2.** The most we will pay for loss, damage or expense arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Schedule of this endorsement.

**3.** Coverage provided under this endorsement is part of, not in addition to, the Limits of Insurance shown in the Declarations.

**4.** Loss arising from any "one equipment breakdown" may continue to be present or recur in a later policy period. This includes, but is not limited to, loss arising from mold, fungus, mildew or yeast as covered under the "Fungus", Wet Rot, Dry Rot And Bacteria Coverage Extension. In such a case, the most we will pay for all damage, loss or expense arising out of any "one equipment breakdown" is the coverage limit at the time of the "accident" or "electronic circuitry impairment".

**5.** If two or more coverage limits apply to the same loss or portion of a loss, we will pay only the smallest of the applicable limits for that loss or portion of that loss.

**E. Deductible**

The applicable deductible for this endorsement is the Deductible shown in the Declarations unless otherwise shown in the Schedule of this endorsement. If a Deductible is shown in the Schedule of this endorsement, the following applies.

The Building And Personal Property Coverage Form is modified as follows:

Only with regard to the Additional Coverage - Equipment Breakdown, provision **D. Deductible** is deleted and replaced with the following:

**1.** Deductibles For Each Coverage

   **a.** Unless the Schedule of this endorsement indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

   **b.** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the Deductible amount indicated for that coverage in the Schedule of this

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

   c. If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

2. **Direct And Indirect Coverages**

   a. Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule of this endorsement.

   b. Unless more specifically indicated in the Schedule of this endorsement:

      (1) Direct Coverages Deductibles apply to all loss, damage or expense covered by this endorsement with the exception of Business Income and Extra Expense loss, regardless of where such Business Income and Extra Expense coverage is provided in this endorsement.

      (2) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss, regardless of where such coverage is provided in this endorsement; and

      (3) Business Income Deductibles apply to Business Income loss only, regardless of where such coverage is provided in this endorsement.

3. **Application Of Deductibles**

   a. **Dollar Deductibles**

      We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the Schedule of this endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

   b. **Time Deductible**

      If a time deductible is shown in the Schedule of this endorsement, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

   c. **Multiple Of Average Daily Value (ADV)**

      If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

      The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the Schedule of this endorsement will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

   d. **Percentage Of Loss Deductibles**

      If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

F. **Additional Conditions**

1. The following conditions are in addition to the Conditions in the Building And Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

   a. **Suspension**

      Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

      (1) Your last known address; or

      (2) The address where the "covered equipment" is located.

      Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

CMCP 04 26 GA 02 20

equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

2. With respect to this endorsement only, the Valuation Condition in the Building And Personal Property Coverage Form is deleted and replaced with the following:

**Valuation**

We will determine the value of Covered Property as follows:

**a.** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

(1) The cost to repair the damaged property;

(2) The cost to replace the damaged property on the same site; or

(3) The amount you spend that is necessary to repair or replace the damaged property.

**b.** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property. This will not include costs to research or correct defects, errors or shortcomings in the design or installation of the Covered Property.

**c.** Except as described in Paragraph **d.** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**d. Environmental, Safety And Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which "actual cash value" applies and does not increase any of the applicable limits.

**e. Consequential Loss to Undamaged Stock**

Our payment for damaged Covered Property will include compensation for undamaged stock that loses market value or requires additional expense because of the damage to the Covered Property.

**f.** The following property will be valued on an "actual cash value" basis:

(1) Any property that does not currently serve a useful or necessary function for you;

(2) Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

(3) Any Covered Property for which "actual cash value" coverage is specified in the Schedule of this endorsement.

"Actual cash value" includes deductions for depreciation.

**g.** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

(1) The property was manufactured by you;

(2) The sales price of the property is less than the replacement cost of the property; or

(3) You are unable to replace the property before its anticipated sale.

**h.** Except as specifically provided for under the Data Restoration Coverage Extension, "data" and "media" will be valued on the following basis:

(1) For mass-produced and commercially available software, at the replacement cost.

(2) For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

**G. Definitions**

With regard to the coverage provided by this Endorsement, the following definitions apply in addition to the definitions provided in the Coverage Form to which this Endorsement applies:

1. "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including physical damage caused by centrifugal force.

**b.** Artificially generated electrical current, including electrical arcing, that damages electrical devices, appliances or wires.

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

    **c.** Explosion, other than combustion explosion, of steam boilers, steam engines, steam pipes or steam turbines.

    **d.** Sudden physical damage not otherwise excluded occurring inside steam boilers, steam engines, steam pipes or steam turbines.

    **e.** Sudden physical damage not otherwise excluded occurring inside hot water boilers or other equipment used to heat water.

    **f.** Bursting, cracking or splitting, but not including any bursting, cracking or splitting associated with an explosion.

**2.** "Actual cash value" means the replacement cost for parts, equipment or other property less depreciation. However, the "actual cash value" will not be less than 25% of the actual replacement cost.

As used above, depreciation means the ratio of the age of the property at the time of loss to its expected useful life.

Depreciation will not be applied to labor or other costs necessary to complete the repair or replacement.

**3.** "Animal"

    **a.** "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

    **b.** "Animal" does not mean or include any human being.

**4.** "Boilers and vessels" means:

    **a.** Boilers;

    **b.** Piping, valves or fittings that:

        **(1)** Convey steam; or

        **(2)** Are part of a closed loop system connected to a boiler.

    **c.** Condensate tanks; and

    **d.** Fired or unfired vessels which during normal usage, operate under vacuum or pressure, other than the weight of contents.

This term does not appear elsewhere in this endorsement but may appear in the Schedule of this endorsement.

**5.** "Buried vessels or piping":

    **a.** "Buried vessels or piping" means any piping, valve, fitting, or vessel that is buried or encased in the earth, concrete or other material, whether above or below grade, or in an enclosure which does not allow access for inspection and repair. Such equipment will be considered "buried vessels or piping" if any substantial portion is buried or encased, whether or not the entire piece of equipment is buried or encased and whether or not the equipment is connected to other equipment that is not buried or encased.

    **b.** None of the following are "buried vessels or piping":

        **(1)** Any piping, valve, fitting, or vessel within a building. However, such equipment will not be considered within a building if it is partly or entirely beneath the building's foundation.

        **(2)** Any piping, valve, fitting, or vessel within a tunnel through which people can pass and that connects two or more buildings.

        **(3)** A pressure vessel used as the cylinder of a hydraulic elevator.

**6.** "Cloud or outsourced computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud or outsourced computing services" include private clouds if such services are owned and operated by a third party.

**7.** "Covered equipment"

    **a.** "Covered equipment" means, unless otherwise specified in the Schedule of this endorsement, Covered Property:

        **(1)** That generates, transmits or utilizes energy; or

        **(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    "Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

    **b.** None of the following is "covered equipment":

        **(1)** Structure, including but not limited to the structural portions of buildings, towers or scaffolding;

        **(2)** Foundation;

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

    **(3)** Cabinet, compartment, conduit or ductwork;
    **(4)** Insulating material, refractory material or glass lining;
    **(5)** Die, pattern or form;
    **(6)** "Buried vessels or piping";
    **(7)** Waste drainage or sewer piping;
    **(8)** Piping, valves or fittings forming a part of a sprinkler or fire suppression system;
    **(9)** Piping, valves or fittings used to convey water, unless such piping, valves or fittings are part of a closed loop used to conduct heat or cooling from a boiler or an air conditioning or refrigeration system or unless such piping, valves or fittings are used solely to convey water to or from a boiler or air conditioning or refrigeration system;
    **(10)** "Vehicle";
    **(11)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;
    **(12)** Dragline, excavation or construction equipment;
    **(13)** Equipment manufactured by you for sale;
    **(14)** Equipment of others that you modify, maintain or test as a professional service; or
    **(15)** "Data".

**8.** "Cyber Event" means a hostile, illegal or transgressive act committed through electronic systems. This includes, but is not limited to, hacking, a denial of service attack or the deployment of malware. However, this does not include any such act committed as an act of war, whether or not officially declared.

**9.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**10.** "Electrical generating equipment"
    **a.** "Electrical generating equipment" means equipment which converts any other form of energy into electricity. This includes, but is not limited to, the following:
        **(1)** Boilers used primarily to provide steam for one or more turbine-generator units;
        **(2)** Turbine-generators (including steam, gas, water or wind turbines);
        **(3)** Engine-generators;
        **(4)** Fuel cells or other alternative electrical generating equipment;
        **(5)** Electrical transformers, switchgear and power lines used to convey the generated electricity; and
        **(6)** Associated equipment necessary for the operation of any of the equipment listed in **(1)** through **(5)** above.
    **b.** "Electrical generating equipment" does not mean:
        **(1)** Elevator or hoist motors that generate electricity when releasing cable; or
        **(2)** Equipment intended to generate electricity solely on an emergency, back-up basis.
    This term does not appear elsewhere in this coverage form, but may appear in the Schedule of this endorsement.

**11.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**12.** "Electronic circuitry impairment":
    **a.** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in Paragraphs **b.** and **c.** below.
    **b.** We will determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".
    **c.** None of the following is an "electronic circuitry impairment":
        **(1)** Any condition caused by or related to:
            **(a)** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or
            **(b)** Insufficient size, capability or capacity of the "covered equipment".
        **(2)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty will not be considered an observable loss of functionality.

**13.** "Equipment mounted on a vehicle"
    **a.** "Equipment mounted on a vehicle" means "covered equipment" that has been installed in or attached to a "vehicle" when such equipment serves a function independent of the "vehicle". Examples of "equipment mounted on a vehicle" include, but are not limited to, "covered equipment" used for

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

shredding paper in a shredding truck, used for cooking in a food truck, and used for medical procedures in a medical trailer.

    **b.** "Equipment mounted on a vehicle" does not mean any equipment that is part of an inherent system of the "vehicle". Inherent systems include, but are not limited to, drivetrain, hydraulic or other drives of movable components, seating, lighting, security, heating and air conditioning, entertainment and guidance.

**14.** "Excavation costs"

    **a.** "Excavation costs" means the additional cost to repair or replace Covered Property because of the need to dig a hole, trench or tunnel. This includes the costs to dig and refill the hole, trench or tunnel. This also includes the costs to repair damage to roads, walkways, landscaping or other property caused by such excavation.

    **b.** "Excavation costs" include your additional loss and expense as defined under Business Income coverage and Extra Expense coverage that is the result of **(a)** above, if such coverage is otherwise applicable under this coverage part.

    This term does not appear elsewhere in this coverage form, but may appear in the Schedule of this endorsement.

**15.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**16.** "Media" means material on which "data" is recorded, such as solid-state drives, hard disks, optical disks, flash drives or magnetic tapes.

**17.** "Medical equipment" means imaging, laboratory or therapeutic equipment or any other equipment used to cure, diagnose, mitigate, monitor, prevent or treat disease or other conditions, or to affect the structure or appearance of the body. This includes such equipment used for all medical specialties, including veterinary services.

    This term does not appear elsewhere in this endorsement, but may appear in the Schedule of this endorsement.

**18.** "Medical imaging equipment" means scanning or imaging equipment used to diagnose or monitor disease or other conditions. This includes, but is not limited to, CT, MRI, PET, ultrasound and x-ray devices. This includes such equipment used for all medical specialties, including veterinary services.

    This term does not appear elsewhere in this coverage form, but may appear in the Schedule of this endorsement.

**19.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**20.** "Period of restoration" means the period of time that:

    **a.** Begins:

        **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

        **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage; caused by or resulting from any Covered Cause of Loss at the described premises; and

    **b.** Ends on the earlier of:

        **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(2)** The date when business is resumed at a new permanent location.

    **c.** "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

        **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

        **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

**21.** "Perishable goods" means any Covered Property subject to deterioration or impairment as a result of a change in conditions, including but not limited to, temperature, humidity or pressure.

**22.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

This term does not appear elsewhere in this endorsement, but may appear in the Schedule of this endorsement.

**23.** "Spoilage and consequential damage" means any detrimental change in physical state. This includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, freezing of fresh goods, solidification of liquid or molten material and chemical reactions to material in process.

**24.** "Vehicle"

  **a.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, any car, truck, bus, trailer, automated guided vehicle, train, aircraft, drone, watercraft, forklift, bulldozer, tractor or harvester.

  **b.** None of the following is a "vehicle":

    **(1)** Any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source. However, this exception shall not apply to an electrically-powered machine or apparatus that is being recharged.

    **(2)** Any robot that might otherwise meet this definition of "vehicle" if it is directly used for manufacturing or assembly and solely used within a structure or building.

    **(3)** Any "equipment mounted on a vehicle".

Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

POLICY NUMBER: 0173484 25-455404      **COMMERCIAL GENERAL LIABILITY**
**CG DS 01 10 01**

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| COMPANY NAME | PRODUCER NAME |
|---|---|
| Church Mutual Insurance Company, S.I. | JOHN TRICE<br>CHURCH MUTUAL INS CO<br>3000 SCHUSTER LANE<br>MERRILL, WI 54452 |

NAMED INSURED HAMPTON HEIGHTS FELLOWSHIP INC

MAILING ADDRESS 3516 HIGHWAY 20 W
                 HAMPTON, GA 30228-2417

POLICY PERIOD: FROM    12/31/2022    TO    12/31/2023    AT 12:01 A.M. TIME AT
YOUR MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $10,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $3,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $1,000,000 |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.<br>RETROACTIVE DATE: _____<br>(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS: |

☐ INDIVIDUAL      ☐ PARTNERSHIP      ☐ JOINT VENTURE      ☐ TRUST

☐ LIMITED LIABILITY COMPANY    ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT IN-
                                         CLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY
                                         COMPANY)

BUSINESS DESCRIPTION: _____

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOC NO. | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| 001–001 | CHURCH<br>3516 HIGHWAY 20 W<br>Henry<br>HAMPTON, GA 30228-2417 |
| 001–002 | GYM/FELLOWSHIP CENTER<br>3516 HIGHWAY 20 W<br>Henry<br>HAMPTON, GA 30228-2417 |

© ISO Properties, Inc., 2000
Original

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| 001– 001 | Churches or Other Houses of Worship Products-completed operations are subject to the General Aggregate Limit TERRITORY: 503 | 41650 | 10,436 Area | 31.021 | Incl. | $324 | Incl. |
| 001– 002 | Churches or Other Houses of Worship Products-completed operations are subject to the General Aggregate Limit TERRITORY: 503 | 41650 | 4,490 Area | 31.021 | Incl. | $139 | Incl. |

| | CLASSIFICATION AND PREMIUM | | | | | | |
|---|---|---|---|---|---|---|---|
| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| | Counseling Services | | | | | $22 | |
| | Legal Defense | | | | | $13 | |
| | Loss of Life | | | | | $8 | |
| | Terrorism – Certified Acts | | | | | $4 | |
| | Catastrophic Violence | | | | | $3 | |
| | Enhancement Endorsement | | | | | $45 | |
| | Hired and Nonowned Auto | | | | | $111 | |
| | Sexual Misconduct | | | | | $68 | |
| | Cyber Liability and Data Breach Response Services | | | | | $65 | |

| | STATE TAX OR OTHER (if applicable) | _____ |
|---|---|---|
| | TOTAL PREMIUM (SUBJECT TO AUDIT) | _____ $802 |
| PREMIUM SHOWN IS PAYABLE: | AT INCEPTION | _____ |
| | AT EACH ANNIVERSARY | _____ |
| | (IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS) | |

| AUDIT PERIOD (IF APPLICABLE) | ☐ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |
|---|---|---|---|---|

| **ENDORSEMENTS** |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |
| See Schedule of Forms and Endorsements |
| |
| |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: | By: |
|---|---|
| (Date) | (Authorized Representative) |

© ISO Properties, Inc., 2000
Original    CG DS 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

committed by an "employee", sole proprietor, partner or "member" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such Policy Period or both.

© Insurance Services Office, Inc., 2017
CR 25 47 09 17

**CRIME AND FIDELITY**
**CMCR 04 01 02 20**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CRIME ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

**A.** The following is added to **A. Insuring Agreements**:

**Rewards Payments**

**a.** We will reimburse you for rewards paid as follows:

**(1)** Up to $25,000 per occurrence to an eligible person for information leading to the arrest and conviction of any person(s) committing a crime resulting in loss to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(a)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

**(b)** The amount determined by the loss settlement procedure applicable to the Covered Property.

**(2)** Up to $25,000 per occurrence to an eligible person for the return of stolen Covered Property when loss by theft. However, we will pay no more than the lesser of the following amounts:

**(a)** Replacement Cost based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

**(b)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

**b.** This Additional Coverage applies subject to the following conditions:

**(1)** An eligible person means that person designated by a law enforcement agency as being first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

**(a)** You or any family member;

**(b)** Your employee or any of his or her family members;

**(c)** An employee of a law enforcement agency;

**(d)** An employee of a business engaged in property protection;

**(e)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(f)** Any person involved in the crime.

**(2)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime are convicted or the Covered Property is returned.

**(3)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

**(4)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2015

    **c.** Deductible

      No deductible applies to the Rewards Payments.

    **d.** Aggregate Limit

      The most we will pay under this Additional Coverage is 10% of the amount of the loss up to $25,000 in any one occurrence, not to exceed $100,000 per policy period.

**B.** The following is added to the **Conditions** section, **Other Insurance:**

**Two or More Coverages or Limits of Insurance Apply**

If coverage for loss or damage is covered under this endorsement and covered elsewhere in this policy, the amount payable under this endorsement will apply in excess over that amount payable elsewhere in this policy. We will not pay more than the actual amount of the covered loss or damage.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2015

**CMCR 04 01 02 20**

CRIME AND FIDELITY
CMCR 35 01 03 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# THEFT OF MONEY AND SECURITIES
# SPECIAL COVERAGE DAYS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY

### SCHEDULE

| |
|---|
| **Special Coverage Day(s):** Christmas, Easter and Thanksgiving |
| **Address of Premises:** 3516 Highway 20 W, Hampton, GA 30228 |

The following is added to Section **B. Limit Of Insurance**:

**Special Coverage Days**

For each Special Coverage Day shown in the Schedule of this Endorsement:

1.  The Inside the Premises - Theft Of Money And Securities and Outside the Premise limits shown in the Declarations are doubled beginning 12:01 a.m. seven days before the Special Coverage Day until 12:00 p.m. seven days after the Special Coverage Day.

2.  However, the amount by which the Limit is increased applies only to loss "discovered" by you before the end of the period of time provided in the Extended Period to Discover Loss Condition, after the seventh day following the Special Coverage Day shown in the Schedule of this Endorsement.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2015

POLICY NUMBER: 0173484 25-455404

**COMMERCIAL INLAND MARINE**
CM DS 02 09 00

# COMMERCIAL INLAND MARINE DECLARATIONS

**EFFECTIVE DATE** 12/31/2022

| COMPANY NAME | PRODUCER NAME |
|---|---|
| Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>Merrill, WI 54452 | JOHN TRICE<br>CHURCH MUTUAL INS CO<br>3000 SCHUSTER LANE<br>MERRILL, WI 54452 |

**NAMED INSURED** HAMPTON HEIGHTS FELLOWSHIP INC

**MAILING ADDRESS** 3516 HIGHWAY 20 W
HAMPTON, GA 30228-2417

**POLICY PERIOD:   From** 12/31/2022 **to** 12/31/2023 **at**
**12:01 A.M. Standard Time at your mailing address shown above.**

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**Business Description:** _____

**Premium for this Coverage Part** $67 **Payable** _____

**Forms applicable to the Commercial Inland Marine Coverage Part** _____
**(Show numbers)**

See Schedule of Forms and Endorsements _____

**COUNTERSIGNED** _____ **BY** _____
**(Date)**                                          **(Authorized Representative)**

CM DS 02 09 00          Copyright, Insurance Services Office, Inc., 2000          Page 1 of 1

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.
6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.
8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.
10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.
4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc., 2003

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

    **1. Pair Or Set**

    In case of loss or damage to any part of a pair or set we may:

        **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

        **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

    **2. Parts**

    In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

© ISO Properties, Inc., 2003

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 01 42 01 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The following exclusion is added:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

**a.** Is otherwise covered under this Coverage Part; and

**b.** Arose out of an act of family violence or sexual assault by an insured, against whom a family violence or sexual assault complaint is brought for such act.

**3.** If we pay a claim pursuant to Paragraph **2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The following provision:

The cost of repair, restoration or replacement of Covered Property does not include recovery of, and therefore this Policy does not pay any compensation for, an actual or perceived reduction in the market value of any property.

is added to:

**1.** General Condition **F. Valuation** of the Commercial Inland Marine Conditions for:

**a.** The Commercial Articles Coverage Form;

**b.** The Signs Coverage Form;

**c.** The Theatrical Property Coverage Form; and

**d.** Items of property that are not specifically declared and described in the Declarations for the Valuable Papers And Records Coverage Form.

**2.** Paragraphs **E.1.a.** and **E.1.c.(2)** of the:

**a.** Camera And Musical Instrument Dealers Coverage Form; and

**b.** Equipment Dealers Coverage Form.

**3.** Paragraph **E.1. Valuation** of the:

**a.** Physicians And Surgeons Equipment Coverage Form; and

**b.** Jewelers Block Coverage Form.

**4.** Paragraph **E.1.a.** of the Floor Plan Coverage Form.

© Insurance Services Office, Inc., 2019

COMMERCIAL INLAND MARINE
CM 99 08 08 21

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Fire Or Explosion Exception**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**C. Vandalism**

The following is added to vandalism:

Vandalism does not include a cyber incident as described in Paragraph **A.**

© Insurance Services Office, Inc., 2021

POLICY NUMBER: 0173484 25-455404

**COMMERCIAL INLAND MARINE**
**IH DS 79 01 18**

# MISCELLANEOUS ARTICLES DECLARATIONS

| Company Name Area | Producer Name Area |
|---|---|
| Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>Merrill, WI 54452 | JOHN TRICE<br>CHURCH MUTUAL INS CO<br>3000 SCHUSTER LANE<br>MERRILL, WI 54452 |

| Limits Of Insurance | |
|---|---|
| **A.    Schedule Of Covered Property**<br>Per Schedule | $ |
| | |
| | |
| | |
| | |
| | |
| **B.    All Covered Property Included In A. In Any One Occurrence** | $12,000 |
| Additional Coverages | |
| **Debris Removal Additional Limit** | $10,000 |
| **False Pretense** | $25,000 |
| **Rewards:** | |
| **Arrest And Conviction** (Section A.4.c.(1)(a)) | $10,000 |
| **Return Of Stolen Property** (Section A.4.c.(1)(b)) | $10,000 |
| **Additional Acquired Property** | $25,000 |
| | 60   **Days** |
| **Inventory And Appraisal** | $25,000 |

If This Box Is Checked ☐ , The Theft From Any Unattended Vehicle Exclusion Does Not Apply.

**Deductible** $500

| Rates And Premiums | | | |
|---|---|---|---|
| Nonreporting | | | |
| **Rate:** | Included per $100 | **Premium:** | Included |
| **Reporting** | | | |
| **Deposit Premium:** | | | |
| **Minimum Premium:** | | | |
| **Reporting Period:** | | | |
| **Premium Adjustment Period:** | | | |
| **Premium Base:** | | | |
| **Rates:** | | | per $100 |

**Special Provisions (if any):**

© Insurance Services Office, Inc., 2017    **IH DS 79 01 18**

**SCHEDULE**

**Schedule of Covered Property**

"Per schedule on file with the company providing this insurance"    $12,000

© Insurance Services Office, Inc., 2017

**Page 3 of 3**

COMMERCIAL INLAND MARINE
IH 00 79 01 18

# MISCELLANEOUS ARTICLES COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. Definitions.

## A. Coverage

We will pay for loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the property described in the Declarations that:

a. You own; or

b. Is in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

a. Real Property;

b. Aircraft or Watercraft;

c. Vehicles or self-propelled machines that are licensed for use on public roads;

d. Property after it is sold and delivered or otherwise disposed of, including property sold under a deferred payment sales agreement; or

e. Contraband, or property in the course of illegal transportation or trade.

### 3. Covered Causes Of Loss

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

The Limits of Insurance shown in Paragraph A.4. Additional Coverages are provided within, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the Covered Property, except with respect to Debris Removal Additional Coverage in Paragraph A.4.a.(3).

a. Debris Removal

(1) We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss or damage to Covered Property; plus

(b) The deductible in this Policy applicable to that loss or damage.

(3) Payment under this Additional Coverage will not increase the Limit Of Insurance stated in the Declarations as applicable to the Covered Property, but if:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $10,000 in any one occurrence, unless a different Limit Of Insurance is shown for this Additional Coverage in the Declarations.

(4) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

b. False Pretense

We will pay for loss or damage to Covered Property when you, your agents, consignees or customers voluntarily part with the covered property due to:

(1) Having accepted false bills of lading or shipping receipts; or

**(2)** Someone causing you to voluntarily part with the covered property by trick, scheme, device or under false pretense.

Coverage is excluded, for loss or damage to property which is otherwise covered, when the person committing the wrongful act is an employee.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit Of Insurance is shown for this Additional Coverage in the Declarations.

**c. Rewards**

**(1)** We will reimburse you for rewards paid as follows:

**(a)** Up to $10,000 per occurrence, unless a different Limit Of Insurance is shown for this Additional Coverage in the Declarations, to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss or damage to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(i)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property.

**(b)** Up to $10,000 per occurrence, unless a different Limit Of Insurance is shown for this Additional Coverage in the Declarations, to an eligible person for the return of stolen Covered Property, when loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

**(i)** Replacement Cost based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

**(2)** This Additional Coverage applies subject to the following conditions:

**(a)** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

**(i)** You or any family member;

**(ii)** Your employee or any of his or her family members;

**(iii)** An employee of a law enforcement agency;

**(iv)** An employee of a business engaged in property protection;

**(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(vi)** Any person involved in the crime.

**(b)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

**(c)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

**(d)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

**5. Additional Coverages**

The Limits of Insurance shown in Paragraph **A.5.** Additional Coverages are separate from, and will not reduce, the Limit Of Insurance shown in the Declarations as applicable to the Covered Property.

© Insurance Services Office, Inc., 2017

### a. Additional Acquired Property

If during the policy period you acquire additional property of a type already covered by this Coverage Form, we will cover such property for up to 60 days, but not beyond the end of the policy period. The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit Of Insurance shown in the Declarations for all individually listed and described items; or

**(2)** $25,000 for any one item, unless a different Limit Of Insurance is shown for this Additional Coverage in the Declarations.

You will report values of such property to us within 60 days, unless a greater number of days is shown in the Declarations, from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days, unless a greater number of days is shown in the Declarations, after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

### b. Inventory And Appraisal Expense

We will pay for reasonable inventory and appraisal expenses made at our request and not due to a disagreement.

We will not pay for any expenses incurred, directed or billed by or payable to any public adjuster or public accountants or any costs as provided in the Loss Conditions – Appraisal under the Commercial Inland Marine Conditions form.

The most we will pay under this Additional Coverage is $25,000 per occurrence, unless a different Limit Of Insurance is shown for this Additional Coverage in the Declarations.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

### a. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

### b. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

### c. War And Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Denting, chipping, marring, scratching.

**b.** Delay, loss of use, loss of market or any other consequential loss.

**c.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

d. Processing or work upon the property.

But if processing or work upon the property results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

e. Theft from any unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry. But this exclusion does not apply to property in the custody of a carrier for hire.

This Theft From Any Unattended Vehicle Exclusion applies unless otherwise indicated in the Declarations.

f. Unexplained disappearance.

g. Shortage found upon taking inventory.

h. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

i. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense, except as provided in Section **A.4.b.,** the False Pretense Additional Coverage.

j. Unauthorized instructions to transfer property to any person or to any place.

k. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

l. Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Wear and tear, depreciation.

b. Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

c. Mechanical breakdown (including rupture or bursting caused by centrifugal force), malfunction or failure to operate.

d. Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

e. Dampness or dryness of atmosphere.

f. Changes in or extremes of temperature.

However, with respect to Paragraphs **3.c., 3.e.** and **3.f.,** we will pay for such loss or damage caused directly by fire, lightning, explosion, windstorm or hail, vandalism, aircraft, rioters, strikers, theft or attempted theft, or by "accident" of the vehicle carrying the property if these causes of loss would be covered under this Coverage Form.

    © Insurance Services Office, Inc., 2017    IH 00 79 01 18

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

In the event that more than one Deductible applies to loss or damage as a result of one occurrence, we will apply only the largest Deductible.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

a. We cover property wherever located within:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

b. We also cover property being shipped by air within and between points in Paragraph a.

**2. Coinsurance**

All items must be covered for their total value as of the time of loss or damage or you will incur a penalty.

The penalty is that we will pay only the proportion of any loss or damage to these items that the Limit Of Insurance shown in the Declarations for them bears to their value as of the time of loss or damage. We will use the following steps:

a. Divide the Limit of Insurance of the lost or damaged item of Covered Property by the value of the item at the time of loss or damage;

b. Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step a.; and

c. Subtract the deductible from the figure determined in Step b.

We will pay the amount determined in Step c. or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**F. Definitions**

**1.** "Accident" means:

a. Upset or overturn of the transporting vehicle; or

b. Accidental contact of the transporting vehicle with another vehicle or object, but not including:

(1) The roadbed or curbing;

(2) Rails or ties of street, steam or electric railroad; or

(3) Any stationary object while backing for loading or unloading purposes.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

# GEORGIA NOTICE

The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

Copyright, CM Insurance, 2020

# Cyber Liability And Data Breach Response Information Packet

A valuable feature of the cyber liability policy you have through Church Mutual is access to www.breachsolutions.com, a proprietary risk management website containing sample privacy policies and procedures, breach response and preparedness materials, and state and federal regulatory updates. You can also check the website for trending cyber topics and timely data security news and updates.

To register for the site, please go to www.breachsolutions.com and use your Church Mutual policy number and the following activation code, **6jE2ar**.

Once registered, you will have unlimited access to the following resources on data security, privacy, and data breaches:

**Federal and State Compliance**
- Summaries of federal & state laws
- Updates to statutes & regulations
- Sample forms, agreements, policies and procedures

**Training**
- Industry specific courses
- Awareness bulletins and posters for supervisors and staff
- Webinars for compliance staff

**Risk Reduction**
- Risk assessments
- Incident response preparation and test plans
- Data security best practices

**News & Updates**
- Data security news
- Breach trends

Church Mutual partners with Beazley Group, the leading provider of cyber liability coverage, to provide this policy. This partnership also provides online learning modules to help educate your employees and volunteers about privacy and data security risks. Beazley's online learning site, elearning.beazleybreachsolutions.com, includes the following interactive training modules:

- Social engineering prevention
- Ransomware prevention
- Phishing prevention
- Malware protection
- Mobile device security

- Wi-Fi practices
- Identity theft prevention
- Smarter, better passwords
- Smarter, better email
- Spam prevention

Using the e-learning site, you can upload lists of employees and volunteers, create training assignments for them, and track individual completion of training.

To access the site, visit elearning.beazleybreachsolutions.com and register *using* the following activation code, **6jE2ar**. It is recommended that you use your email address as your username. You'll find additional information about enrolling employees, creating training assignments for them, and reporting on individual completion of training in the Site Administrator's Guide.

# Cyber Liability And Data Breach Response Information Packet

## Cyber Liability and Data Breach Response Coverage

### Church Mutual's partnership with Beazley

Church Mutual now provides cyber liability coverage under the general liability section of your multi-peril policy. We've partnered with Beazley[1] to provide affordable, extensive coverage when the personal and private information your organization stores on computers is compromised or stolen.

Both Church Mutual and Beazley are rated A (Excellent) by A.M. Best, the industry's leading analyst. Church Mutual is the leading insurer of religious institutions, insuring nearly twice as many as its closest competitor. Beazley is a leader in its industry of privacy and security coverage. We are confident that this partnership will continue bringing you the excellent service from Church Mutual that you have come to expect.

## Beazley Breach Response (BBR) Services

### A data breach isn't always a disaster. Mishandling it is.

When your organization suffers a data breach, our first concern is to handle the breach in a way that upholds your confidence. Beazley pioneered the concept of data breach insurance that focuses first and foremost on response and has a dedicated in-house breach response unit that focuses exclusively on helping you manage data breaches effectively.

The BBR Services team focuses on coordination of the expert forensic, legal, notification and credit monitoring services that you need to satisfy all legal requirements and reassure your organization. In addition, the team indemnifies your losses from lawsuits or regulatory actions, the risk of which may be reduced by a well-coordinated breach response but can never be completely eliminated. Besides coordinating data breach response, BBR Services is responsible for maintaining and developing Beazley's suite of risk management services, designed to minimize the risk of a data breach occurring.

Beazley invented this comprehensive approach and has handled over 6,000 breaches to date.

### Services for your organization

### LEGAL SERVICES

If an incident occurs that might require notification under relevant breach notice laws or regulations, specific Legal Services to assist you in investigating and responding to the incident are included.

### COMPUTER EXPERT SERVICES

In the event that external forensics assistance is needed to assess the impact of a data incident on your computer system, Computer Expert Services will be provided to (1) help to determine whether, and the extent to which, notification must be provided to comply with Breach Notice Laws, and (2) if applicable, give advice and oversight in connection with the investigation conducted by a PCI Forensic Investigator.

The computer security expert that provides Computer Expert Services will require access to information, files and systems and it is important for you to comply with the expert's requests and cooperate with the investigation. Reports or findings of the expert will be made available to you, us, the BBR Services team and any attorney that you retain to provide advice with regard to the incident.

[1] Claims handling and breach response services are provided by Beazley USA Services, a member of Beazley Group. Beazley USA Services does not underwrite insurance for Church Mutual. Policies purchased through Church Mutual are subject to Church Mutual's underwriting processes.

# Cyber Liability And Data Breach Response Information Packet

## NOTIFICATION SERVICES AND CALL CENTER SERVICES

BBR Services will assist you with the notification process, including arranging for notification and/or call center service. BBR Services will walk you through notification details such as how to work with privacy counsel to develop notification letters and how to timely provide notification letters, relevant addresses and other required deliverables to the notification vendor.

Notification letters will be black and white and two-sided; returned mail will be provided to you at your request. Mailing may be staggered to accommodate the number of notifications and anticipated call center volume. For notifications by U.S. mail, the notification vendor will update and mail notifications according to the U.S. Postal Service data base of address changes. Notification services do not include further tracing of individuals whose notifications are returned.

BBR Services will also walk you through developing a set of frequently asked questions (FAQs) for use by the call center and how to anticipate and prepare for call escalations.

## BREACH RESOLUTION AND MITIGATION SERVICES

Beazley Breach Response includes a number of products that provide Resolution and Mitigation Services, including one and three bureau monitoring and identity monitoring solutions. All the solutions include fraud resolution services.[2] Based on Beazley's experience, three bureau credit monitoring is generally appropriate for breaches involving data such as names combined with social security numbers. For breaches involving less sensitive data, one bureau credit monitoring or identity monitoring solutions may be appropriate. The BBR Services team has handled over 1,000 data breaches and will advise you on which products or solutions may be applicable for a particular breach event.

A product or solution may be offered where reasonably practicable and only to the extent available in a particular jurisdiction. Notified Individuals will have up to ninety (90) days from mailing of the notification to subscribe to an offered product or solution and they must qualify for enrollment, complete the enrollment process and agree to the applicable terms and conditions set by the provider. Enrollees of an offered product or solution will have access to the services provided under such product or solution for 12 months from the date of their enrollment.

## Reporting a Claim

If you think you have been exposed to a data breach or have a claim to report, contact the Church Mutual Claims Center immediately at **(800) 554-2642.** Church Mutual will gather details regarding your claim and assist you in working with Beazley to investigate and respond to the incident you have reported.

It is important that you contact us first before retaining any service providers as the BBR Services team will take you through the process and work with you to secure services from providers that best match your needs.

---

[2] Fraud resolution and fraud support services require that subscribers are eligible to enroll in ProtectMyID® or Family Secure® and complete such enrollment.

# EXHIBIT B



## Ryze Claim Solutions

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

| | | | |
|---|---|---|---|
| Insured: | HAMPTON HEIGHTS FELLOWSHIP INC | Business: | (404) 317-1874 |
| Property: | 3516 HIGHWAY 20 W | | |
| | HAMPTON, GA 30228-2417 | | |
| Home: | 3516 HIGHWAY 20 W | | |
| | HAMPTON, GA 30228-2417 | | |

Claim Rep.: Stephen Weber

| | | | |
|---|---|---|---|
| Estimator: | James Phillips | Business: | (334) 796-6996 |
| Position: | Independant Adjuster | E-mail: | james.phillips@ryzeclaims.com |

**Claim Number:** 000-01-284233    **Policy Number:** 0173484-25-645256    **Type of Loss:** Wind Damage

**Insurance Company:** Church Mutual Insurance Company, S.I.

| | | | |
|---|---|---|---|
| Date Contacted: | 7/22/2024 12:25 PM | | |
| Date of Loss: | 1/12/2024 12:00 AM | Date Received: | 6/24/2024 12:00 AM |
| Date Inspected: | 7/26/2024 12:25 PM | Date Entered: | 6/24/2024 4:29 PM |
| Date Est. Completed: | 8/6/2024 7:12 PM | | |

| | |
|---|---|
| Price List: | GAAT8X_JUN24 |
| | Restoration/Service/Remodel |
| Estimate: | HAMPTON_HEIGHTS_FEL3 |



**Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

**HAMPTON_HEIGHTS_FEL3**

**SKETCH1**

**Main Level**



**Sancutary**

| | |
|---|---|
| 7353.18 Surface Area | 73.53 Number of Squares |
| 438.81 Total Perimeter Length | 138.92 Total Ridge Length |
| 107.79 Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Remove Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 8.44 | 0.00 | 75.96 | (0.00) | 75.96 |
| 2. Laminated - comp. shingle rfg (per SHINGLE) | 9.00 EA | 19.58 | 2.02 | 178.24 | (13.61) | 164.63 |
| 3. Roofer - per hour | 1.00 HR | 153.86 | 0.00 | 153.86 | (0.00) | 153.86 |
| For steep roof repair. | | | | | | |
| **Totals: Sancutary** | | | **2.02** | **408.06** | **13.61** | **394.45** |



**Sunday School**

| | |
|---|---|
| 6566.01 Surface Area | 65.66 Number of Squares |
| 345.46 Total Perimeter Length | 116.25 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 4. Remove Laminated - comp. shingle rfg (per SHINGLE) | 2.00 EA | 8.44 | 0.00 | 16.88 | (0.00) | 16.88 |
| 5. Laminated - comp. shingle rfg (per SHINGLE) | 2.00 EA | 19.58 | 0.45 | 39.61 | (3.03) | 36.58 |
| **Totals: Sunday School** | | | **0.45** | **56.49** | **3.03** | **53.46** |
| **Total: Main Level** | | | **2.47** | **464.55** | **16.64** | **447.91** |
| **Total: SKETCH1** | | | **2.47** | **464.55** | **16.64** | **447.91** |

**SKETCH2**



**Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

**Main Level**



**Front Entrance**                                                                    Height: 24'

3980.00 SF Walls                                933.56 SF Ceiling
4913.56 SF Walls & Ceiling                      933.56 SF Floor
103.73 SY Flooring                              165.83 LF Floor Perimeter
165.83 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 6. Mask and prep for paint - plastic, paper, tape (per LF) | 165.83 LF | 1.99 | 3.58 | 333.58 | (24.18) | 309.40 |
| 7. Seal the surface area w/latex based stain blocker - one coat | 2.00 SF | 0.89 | 0.01 | 1.79 | (0.09) | 1.70 |
| 8. Paint the ceiling - one coat | 933.56 SF | 0.97 | 11.95 | 917.50 | (80.65) | 836.85 |
| 9. Additional cost for high wall or ceiling - Over 14' | 933.56 SF | 0.14 | 0.00 | 130.70 | (0.00) | 130.70 |
| 10. Final cleaning - construction - Commercial | 933.56 SF | 0.26 | 0.00 | 242.73 | (0.00) | 242.73 |

| **Totals: Front Entrance** | | | **15.54** | **1,626.30** | **104.92** | **1,521.38** |



**Side Entrance**                                                                    Height: 8'

596.00 SF Walls                                 325.50 SF Ceiling
921.50 SF Walls & Ceiling                       325.50 SF Floor
36.17 SY Flooring                               74.50 LF Floor Perimeter
74.50 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. Mask and prep for paint - plastic, paper, tape (per LF) | 74.50 LF | 1.99 | 1.61 | 149.87 | (10.87) | 139.00 |
| 12. Seal the surface area w/latex based stain blocker - one coat | 2.00 SF | 0.89 | 0.01 | 1.79 | (0.09) | 1.70 |
| 13. Paint the ceiling - one coat | 325.50 SF | 0.97 | 4.17 | 319.91 | (28.13) | 291.78 |
| 14. Final cleaning - construction - Commercial | 325.50 SF | 0.26 | 0.00 | 84.63 | (0.00) | 84.63 |

| **Totals: Side Entrance** | | | **5.79** | **556.20** | **39.09** | **517.11** |



**Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151



**Bathroom**                                                                 Height: 8'

| | | |
|---|---|---|
| 264.00 SF Walls | | 63.00 SF Ceiling |
| 327.00 SF Walls & Ceiling | | 63.00 SF Floor |
| 7.00 SY Flooring | | 33.00 LF Floor Perimeter |
| 33.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. Material Only Suspended ceiling tile - 2' x 2' | 2.00 SF | 1.59 | 0.25 | 3.43 | (0.41) | 3.02 |
| 16. Acoustic Ceiling - Labor Minimum | 1.00 EA | 337.51 | 0.00 | 337.51 | (0.00) | 337.51 |
| 17. Final cleaning - construction - Commercial | 63.00 SF | 0.26 | 0.00 | 16.38 | (0.00) | 16.38 |
| **Totals: Bathroom** | | | **0.25** | **357.32** | **0.41** | **356.91** |
| **Total: Main Level** | | | **21.58** | **2,539.82** | **144.42** | **2,395.40** |
| **Total: SKETCH2** | | | **21.58** | **2,539.82** | **144.42** | **2,395.40** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. Haul debris - per pickup truck load - including dump fees | 0.50 EA | 170.58 | 0.00 | 85.29 | (0.00) | 85.29 |
| **Totals: Debris Removal** | | | **0.00** | **85.29** | **0.00** | **85.29** |
| **Line Item Totals: HAMPTON_HEIGHTS_FEL3** | | | **24.05** | **3,089.66** | **161.06** | **2,928.60** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,877.00 SF Walls | | 4,562.12 SF Ceiling | | 13,439.12 SF Walls and Ceiling |
| 4,094.06 SF Floor | | 454.90 SY Flooring | | 487.33 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 SF Short Wall | | 502.19 LF Ceil. Perimeter |
| 4,094.06 Floor Area | | 4,239.11 Total Area | | 8,877.00 Interior Wall Area |
| 9,935.87 Exterior Wall Area | | 380.27 Exterior Perimeter of Walls | | |
| 13,919.19 Surface Area | | 139.19 Number of Squares | | 784.28 Total Perimeter Length |
| 255.17 Total Ridge Length | | 107.79 Total Hip Length | | |

HAMPTON_HEIGHTS_FEL3                                        8/6/2024          Page: 4

 **Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| P1/B1 | 2,176.14 | 70.43% | 2,054.58 | 70.16% |
| Enhancement Interior Water - LOI | 913.52 | 29.57% | 874.02 | 29.84% |
| Total | 3,089.66 | 100.00% | 2,928.60 | 100.00% |



**Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

## Summary for P1/B1

| | |
|---|---:|
| Line Item Total | 2,158.13 |
| Material Sales Tax | 18.01 |
| **Replacement Cost Value** | **$2,176.14** |
| Less Depreciation | (121.56) |
| **Actual Cash Value** | **$2,054.58** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$1,054.58** |
| Total Recoverable Depreciation | 121.56 |
| **Net Claim if Depreciation is Recovered** | **$1,176.14** |

--

James Phillips
Independant Adjuster

 **Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

### Summary for Enhancement Interior Water - LOI

| | |
|---|---:|
| Line Item Total | 907.48 |
| Material Sales Tax | 6.04 |
| **Replacement Cost Value** | **$913.52** |
| Less Depreciation | (39.50) |
| **Actual Cash Value** | **$874.02** |
| **Net Claim** | **$874.02** |
| Total Recoverable Depreciation | 39.50 |
| **Net Claim if Depreciation is Recovered** | **$913.52** |

James Phillips
Independant Adjuster



**Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

## Recap of Taxes

|  | Material Sales Tax (8%) | Storage Rental Tax (8%) | Local Food Tax (4%) |
|---|---|---|---|
| **Line Items** | 24.05 | 0.00 | 0.00 |
| **Total** | 24.05 | 0.00 | 0.00 |

 **Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

## Recap by Room

**Estimate: HAMPTON_HEIGHTS_FEL3**

**Area: SKETCH1**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| Sanctuary | | **406.04** | **13.24%** |
| Coverage: P1/B1 | 100.00% = | 406.04 | |
| **Sunday School** | | **56.04** | **1.83%** |
| Coverage: P1/B1 | 100.00% = | 56.04 | |
| **Area Subtotal: Main Level** | | **462.08** | **15.07%** |
| Coverage: P1/B1 | 100.00% = | 462.08 | |
| **Area Subtotal: SKETCH1** | | **462.08** | **15.07%** |
| Coverage: P1/B1 | 100.00% = | 462.08 | |

**Area: SKETCH2**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| Front Entrance | | **1,610.76** | **52.54%** |
| Coverage: P1/B1 | 100.00% = | 1,610.76 | |
| **Side Entrance** | | **550.41** | **17.95%** |
| Coverage: Enhancement Interior Water - LOI | 100.00% = | 550.41 | |
| **Bathroom** | | **357.07** | **11.65%** |
| Coverage: Enhancement Interior Water - LOI | 100.00% = | 357.07 | |
| **Area Subtotal: Main Level** | | **2,518.24** | **82.14%** |
| Coverage: P1/B1 | 63.96% = | 1,610.76 | |
| Coverage: Enhancement Interior Water - LOI | 36.04% = | 907.48 | |
| **Area Subtotal: SKETCH2** | | **2,518.24** | **82.14%** |
| Coverage: P1/B1 | 63.96% = | 1,610.76 | |
| Coverage: Enhancement Interior Water - LOI | 36.04% = | 907.48 | |
| **Debris Removal** | | **85.29** | **2.78%** |
| Coverage: P1/B1 | 100.00% = | 85.29 | |
| **Subtotal of Areas** | | **3,065.61** | **100.00%** |
| Coverage: P1/B1 | 70.40% = | 2,158.13 | |
| Coverage: Enhancement Interior Water - LOI | 29.60% = | 907.48 | |
| **Total** | | **3,065.61** | **100.00%** |

 **Ryze Claim Solutions**

Ryze Claim Solutions
PO Box 1140
Noblesville, IN 46061
Phone: 888-898 7993
Fax: 877-839-8151

## Recap by Category with Depreciation

| Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **ACOUSTICAL TREATMENTS** | | | 340.69 | 0.38 | 340.31 |
| Coverage: Enhancement Interior Water - LOI | @ | 100.00% = | 340.69 | | |
| **CLEANING** | | | 343.74 | | 343.74 |
| Coverage: P1/B1 | @ | 70.61% = | 242.73 | | |
| Coverage: Enhancement Interior Water - LOI | @ | 29.39% = | 101.01 | | |
| **GENERAL DEMOLITION** | | | 178.13 | | 178.13 |
| Coverage: P1/B1 | @ | 100.00% = | 178.13 | | |
| **PAINTING** | | | 1,833.81 | 133.33 | 1,700.48 |
| Coverage: P1/B1 | @ | 74.60% = | 1,368.03 | | |
| Coverage: Enhancement Interior Water - LOI | @ | 25.40% = | 465.78 | | |
| **ROOFING** | | | 369.24 | 15.40 | 353.84 |
| Coverage: P1/B1 | @ | 100.00% = | 369.24 | | |
| **Subtotal** | | | 3,065.61 | 149.11 | 2,916.50 |
| **Material Sales Tax** | | | 24.05 | 11.95 | 12.10 |
| Coverage: P1/B1 | @ | 74.89% = | 18.01 | | |
| Coverage: Enhancement Interior Water - LOI | @ | 25.11% = | 6.04 | | |
| **Total** | | | 3,089.66 | 161.06 | 2,928.60 |

HAMPTON_HEIGHTS_FEL3

# EXHIBIT C



**HUGGINS** LAW FIRM

**J. Remington Huggins, Esq.**
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
(770) 913-6229

April 3, 2025

Church Mutual Insurance Company, S.I.
PO Box 357
Merrill, WI 54452

**Sent Via email:**
claims@churchmutual.com
mpcarroll@churchmutual.com

| Re: | Named Insured(s): | Hampton Heights Fellowship Inc. |
|---|---|---|
| | Policy Number: | 0173484 25-455404 |
| | Claim Number: | 000-01-284233 |
| | Date of Loss: | January 12, 2024 |

To Whom it May Concern:

I have been retained by Hampton Heights Fellowship Inc. ("Your Insured") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

Please also accept this letter as a formal request for the following documents:

1) Certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements;
2) Any written or verbal statements taken from Insured(s) as well as any of their representatives or contractors;
3) A copy of all repair estimates drafted for this Claim;
4) A copy of any and all engineer's reports, weather reports, or any other reports concerning this Claim; and
5) A record of all prior payments made on this Claim.

My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why Church Mutual Insurance Company, S.I. ("Church Mutual") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Your Insured to retain my legal services in order to fairly settle their claim. It is our belief that Church Mutual has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

Therefore, per the enclosed spreadsheets of damages to Your Insured's property, we are hereby making formal demand that you settle the above claim for the sum of **$146,948.21, less**

To: Church Mutual Insurance Company, S.I.
Client: Hampton Heights Fellowship Inc.
April 3, 2025
Page **2** of **2**

**previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such an allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

The purpose of this correspondence is to encourage Church Mutual to resolve Your Insured's claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Your Insured, we will have no alternative other than recommending to Your Insured that a lawsuit be filed against you.

Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at remington@lawhuggins.com or by phone at (770) 913-6229.

Sincerely,

J. Remington Huggins, Esq.
Attorney at Law

JRH/aak
Encl.

 **VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

| | |
|---|---|
| Insured: | Hampton Heights Fellowship Inc |
| Property: | 3516 Highway 20W, Hampton, GA 30228 |
| | Hampton, GA 30228 |

Estimator:   Hanz Flechas

Business:   (720) 924-7566
E-mail:   contact@hfestimates.com

**Claim Number:** 000-01-284233      **Policy Number:** 0173484-25-645256      **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 1/12/2023 5:38 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 12/9/2024 9:08 AM |

| | |
|---|---|
| Price List: | GAAT8X_DEC24 |
| | Restoration/Service/Remodel |
| Estimate: | HAMPTON_HEIGHTS_ |
| | FELL |



**VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

## HAMPTON_HEIGHTS_FELL

### Roof level

#### Main Roof

13931.90 Surface Area        139.32 Number of Squares
814.76 Total Perimeter Length      256.40 Total Ridge Length
190.65 Total Hip Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 139.32 SQ | 76.44 | 0.00 | 2,129.92 | 12,779.54 | (0.00) | 12,779.54 |
| 2. Roofing felt - 30 lb. | 117.32 SQ | 45.63 | 134.87 | 1,097.64 | 6,585.82 | (0.00) | 6,585.82 |
| 3. Laminated - comp. shingle rfg. - w/out felt | 160.33 SQ | 272.87 | 1,590.60 | 9,067.98 | 54,407.83 | (0.00) | 54,407.83 |
| *15% material waste added for cut* | | | | | | | |
| 4. Asphalt starter - universal starter course | 855.50 LF | 2.30 | 39.70 | 401.48 | 2,408.83 | (0.00) | 2,408.83 |
| *5% of material waste added to the quantity* | | | | | | | |
| 5. Ice & water barrier | 2,206.10 SF | 1.91 | 91.77 | 861.10 | 5,166.52 | (0.00) | 5,166.52 |
| 6. R&R Drip edge | 896.24 LF | 3.62 | 87.47 | 666.38 | 3,998.24 | (0.00) | 3,998.24 |
| **1507.2.9.3 Drip edge.** | | | | | | | |
| *"Provide drip edge at eaves and gables of shingle roofs. Overlap is to be a minimum of 3 inches (76 mm). Eave drip edges shall extend 1/2 inch (13 mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm)."* | | | | | | | |
| *10% added to comply with overlapping code specifications* | | | | | | | |
| 7. R&R Valley metal | 148.96 LF | 7.67 | 30.15 | 234.54 | 1,407.21 | (0.00) | 1,407.21 |
| 8. Hip / Ridge cap - Standard profile - composition shingles | 447.05 LF | 6.26 | 94.42 | 578.58 | 3,471.53 | (0.00) | 3,471.53 |
| 9. R&R Chimney flashing - large (32" x 60") | 2.00 EA | 694.24 | 26.19 | 282.94 | 1,697.61 | (0.00) | 1,697.61 |
| 10. Step flashing | 101.04 LF | 12.19 | 18.11 | 249.96 | 1,499.75 | (0.00) | 1,499.75 |
| 11. R&R Flashing - pipe jack | 5.00 EA | 66.44 | 7.10 | 67.88 | 407.18 | (0.00) | 407.18 |
| 12. R&R Exhaust cap - through roof - up to 4" | 3.00 EA | 114.67 | 9.55 | 70.72 | 424.28 | (0.00) | 424.28 |
| 13. R&R Furnace vent - rain cap and storm collar, 6" | 1.00 EA | 107.25 | 3.41 | 22.12 | 132.78 | (0.00) | 132.78 |
| 14. R&R Roof mount power attic vent | 3.00 EA | 638.15 | 42.43 | 391.38 | 2,348.26 | (0.00) | 2,348.26 |
| **General Items** | | | | | | | |
| 15. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 65.91 SQ | 18.57 | 0.00 | 244.80 | 1,468.75 | (0.00) | 1,468.75 |
| 16. Additional charge for steep roof - 7/12 to 9/12 slope | 75.80 SQ | 55.05 | 0.00 | 834.56 | 5,007.35 | (0.00) | 5,007.35 |
| 17. Remove Additional charge for steep roof greater than 12/12 slope | 5.61 SQ | 36.22 | 0.00 | 40.64 | 243.83 | (0.00) | 243.83 |
| 18. Additional charge for steep roof greater than 12/12 slope | 6.45 SQ | 109.41 | 0.00 | 141.14 | 846.83 | (0.00) | 846.83 |

**VPA** **VPA Public Claims Adjusting**

PH 480.855.8783 I FAX 4810.885.8784 I TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

**CONTINUED - Main Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 19. Meter mast for overhead power - Detach & reset | 1.00 EA | 787.49 | 0.00 | 157.50 | 944.99 | (0.00) | 944.99 |
| **Totals: Main Roof** | | | **2,175.77** | **17,541.26** | **105,247.13** | **0.00** | **105,247.13** |

**Shed**



321.23  Surface Area
74.99  Total Perimeter Length

3.21  Number of Squares
13.25  Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. Tear off, haul and dispose of comp. shingles - Laminated | 3.21 SQ | 76.44 | 0.00 | 49.08 | 294.45 | (0.00) | 294.45 |
| 21. Roofing felt - 30 lb. | 3.21 SQ | 45.63 | 3.69 | 30.04 | 180.20 | (0.00) | 180.20 |
| 22. Laminated - comp. shingle rfg. - w/out felt | 3.67 SQ | 272.87 | 36.41 | 207.56 | 1,245.40 | (0.00) | 1,245.40 |
| *10% material waste added for cut* | | | | | | | |
| 23. Asphalt starter - universal starter course | 78.74 LF | 2.30 | 3.65 | 36.96 | 221.71 | (0.00) | 221.71 |
| *5% of material waste added to the quantity* | | | | | | | |
| 24. Ice & water barrier | 79.50 SF | 1.91 | 3.31 | 31.04 | 186.20 | (0.00) | 186.20 |
| 25. R&R Drip edge | 82.49 LF | 3.62 | 8.05 | 61.34 | 368.00 | (0.00) | 368.00 |
| 1507.2.9.3 Drip edge. "Provide drip edge at eaves and gables of shingle roofs. Overlap is to be a minimum of 3 inches (76 mm). Eave drip edges shall extend 1/2 inch (13 mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm)." *10% added to comply with overlapping code specifications* | | | | | | | |
| **Totals: Shed** | | | **55.11** | **416.02** | **2,495.96** | **0.00** | **2,495.96** |
| **Total: Roof level** | | | **2,230.88** | **17,957.28** | **107,743.09** | **0.00** | **107,743.09** |

**1st Floor**



**VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507



| Womens Bathroom | | | | | | Height: 12' 6" | |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 794.43 SF Walls | | | 249.26 SF Ceiling | | | |
| 1043.69 SF Walls & Ceiling | | | 249.26 SF Floor | | | |
| 27.70 SY Flooring | | | 62.50 LF Floor Perimeter | | | |
| 65.67 LF Ceil. Perimeter | | | | | | |

| Window | 4' 2" X 1' 4" | Opens into Exterior |
|---|---|---|
| Door | 3' 2" X 6' 7" | Opens into FRONT_ENTRY |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| _Ceiling_ | | | | | | | |
| _Finishes & Painting_ | | | | | | | |
| 26. Mask and prep for paint - plastic, paper, tape (per LF) | 65.67 LF | 2.02 | 1.42 | 26.82 | 160.89 | (0.00) | 160.89 |
| 27. Floor protection - heavy paper and tape | 249.26 SF | 0.66 | 1.40 | 33.18 | 199.09 | (0.00) | 199.09 |
| 28. Mask and cover large light fixture | 1.00 EA | 30.13 | 0.06 | 6.04 | 36.23 | (0.00) | 36.23 |
| 29. Spot seal w/oil based/hybrid stain blocker | 3.00 EA | 38.87 | 0.68 | 23.46 | 140.75 | (0.00) | 140.75 |
| 30. Paint the ceiling - two coats | 249.26 SF | 1.43 | 5.98 | 72.48 | 434.90 | (0.00) | 434.90 |
| 31. Additional cost for high wall or ceiling - 11' to 14' | 249.26 SF | 0.08 | 0.00 | 3.98 | 23.92 | (0.00) | 23.92 |
| 32. Final cleaning - construction - Commercial | 249.26 SF | 0.31 | 0.00 | 15.46 | 92.73 | (0.00) | 92.73 |
| **Totals: Womens Bathroom** | | | 9.54 | 181.42 | 1,088.51 | 0.00 | 1,088.51 |



**VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

| **Front Entry** | | **Height: 16'** |
|---|---|---|
| | 1801.48 SF Walls | 830.30 SF Ceiling |
| | 2631.78 SF Walls & Ceiling | 830.30 SF Floor |
| | 92.26 SY Flooring | 101.42 LF Floor Perimeter |
| | 126.42 LF Ceil. Perimeter | |

| Door | 3' X 7' | Opens into Exterior |
|---|---|---|
| Door | 3' 4" X 7' | Opens into Exterior |
| Missing Wall | 10' 1" X 16' | Opens into Exterior |
| Door | 6' 2" X 7' | Opens into Exterior |
| Missing Wall | 9' 4" X 16' | Opens into Exterior |
| Door | 3' 1" X 7' | Opens into Exterior |
| Door | 3' 2" X 6' 7" | Opens into WOMENS_BATHR |
| Window | 3' 2" X 7' 6" | Opens into Exterior |
| Door | 6' 3" X 7' 2" | Opens into Exterior |
| Window | 3' 2" X 7' 6" | Opens into Exterior |

| **Subroom:  Front Entry (1)** | | **Height: 16'** |
|---|---|---|
| | 42.67 SF Walls | 0.19 SF Ceiling |
| | 42.86 SF Walls & Ceiling | 0.19 SF Floor |
| | 0.02 SY Flooring | 2.67 LF Floor Perimeter |
| | 2.67 LF Ceil. Perimeter | |

| Missing Wall | 2" X 16' | Opens into FRONT_ENTRY |
|---|---|---|
| Missing Wall | 2" X 16' | Opens into FRONT_ENTRY |

| **Subroom:  Front Entry (2)** | | **Height: 16'** |
|---|---|---|
| | 42.67 SF Walls | 0.19 SF Ceiling |
| | 42.86 SF Walls & Ceiling | 0.19 SF Floor |
| | 0.02 SY Flooring | 2.67 LF Floor Perimeter |
| | 2.67 LF Ceil. Perimeter | |

| Missing Wall | 2" X 16' | Opens into FRONT_ENTRY |
|---|---|---|
| Missing Wall | 2" X 16' | Opens into FRONT_ENTRY |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Prep** | | | | | | | |
| 33. Content Manipulation charge - per hour | 1.00 HR | 59.12 | 0.00 | 11.82 | 70.94 | (0.00) | 70.94 |

HAMPTON_HEIGHTS_FELL

12/12/2024                    Page: 5



**VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

## CONTINUED - Front Entry

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 34. R&R Crown molding - 4 1/4" | 131.75 LF | 7.72 | 28.46 | 209.14 | 1,254.71 | (0.00) | 1,254.71 |
| 35. Drywall tape joint / repair - per LF | 30.00 LF | 10.57 | 1.03 | 63.62 | 381.75 | (0.00) | 381.75 |

Includes: Joint compound (mud), joint tape, texture compound, and installation labor.
Note: For lineal repairs of joints, cracks, or similar damage. Time needed to match texture is not included. Texturing of entire wall may be required. This item is intended to be used when repairing an existing tape joint.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Finishes & Painting** | | | | | | | |
| 36. Mask and prep for paint - plastic, paper, tape (per LF) | 131.75 LF | 2.02 | 2.85 | 53.80 | 322.79 | (0.00) | 322.79 |
| 37. Floor protection - heavy paper and tape | 830.69 SF | 0.66 | 4.65 | 110.60 | 663.51 | (0.00) | 663.51 |
| 38. Mask and cover large light fixture | 1.00 EA | 30.13 | 0.06 | 6.04 | 36.23 | (0.00) | 36.23 |
| 39. Texture drywall - heavy hand texture | 20.00 SF | 1.65 | 0.30 | 6.66 | 39.96 | (0.00) | 39.96 |
| 40. Drywall Installer / Finisher - per hour | 4.00 HR | 115.32 | 0.00 | 92.26 | 553.54 | (0.00) | 553.54 |
| *Additional labor time to matching the texture* | | | | | | | |
| 41. Spot seal w/oil based/hybrid stain blocker | 3.00 EA | 38.87 | 0.68 | 23.46 | 140.75 | (0.00) | 140.75 |
| 42. Paint the ceiling - two coats | 830.69 SF | 1.43 | 19.94 | 241.56 | 1,449.39 | (0.00) | 1,449.39 |
| 43. Paint crown molding, oversized - two coats | 131.75 LF | 2.41 | 2.32 | 63.96 | 383.80 | (0.00) | 383.80 |
| 44. Additional cost for high wall or ceiling - Over 14' | 830.69 SF | 0.14 | 0.00 | 23.26 | 139.56 | (0.00) | 139.56 |
| 45. Final cleaning - construction - Commercial | 830.69 SF | 0.31 | 0.00 | 51.50 | 309.01 | (0.00) | 309.01 |
| **Totals: Front Entry** | | | 60.29 | 957.68 | 5,745.94 | 0.00 | 5,745.94 |

 **VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

| Side Entry | | Height: 8' 4" |
|---|---|---|
| 489.72 SF Walls | 356.46 SF Ceiling | |
| 846.18 SF Walls & Ceiling | 356.46 SF Floor | |
| 39.61 SY Flooring | 65.67 LF Floor Perimeter | |
| 78.17 LF Ceil. Perimeter | | |

| Door | 3' 4" X 6' 10" | Opens into Exterior |
|---|---|---|
| Window | 2' X 6' 2" | Opens into Exterior |
| Door | 3' 1" X 6' 10" | Opens into Exterior |
| Window | 2' X 6' 2" | Opens into Exterior |
| Window | 6' 4" X 4' 3" | Opens into Exterior |
| Door | 3' 2" X 6' 10" | Opens into Exterior |
| Window | 2' X 6' 2" | Opens into Exterior |
| Door | 2' 11" X 6' 10" | Opens into Exterior |
| Window | 2' X 6' 2" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Prep** | | | | | | | |
| 46. Content Manipulation charge - per hour | 1.00 HR | 59.12 | 0.00 | 11.82 | 70.94 | (0.00) | 70.94 |
| **Ceiling** | | | | | | | |
| 47. Drywall patch / small repair, ready for paint | 2.00 EA | 103.41 | 0.73 | 41.50 | 249.05 | (0.00) | 249.05 |

Includes: Drywall, metal corner bead, joint compound, joint tape, nails, screws, texture, and installation labor.
Quality: Up to 4 square feet of drywall, patched, textured, ready for paint.
Note: Time needed to match texture is not included. Texturing of entire wall may be required. Item is intended for small repair(s) performed by a tradesperson already on the job performing additional work.

| | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Finishes & Painting** | | | | | | | |
| 48. Mask and prep for paint - plastic, paper, tape (per LF) | 78.17 LF | 2.02 | 1.69 | 31.92 | 191.51 | (0.00) | 191.51 |
| 49. Floor protection - heavy paper and tape | 356.46 SF | 0.66 | 2.00 | 47.46 | 284.72 | (0.00) | 284.72 |
| 50. Mask and cover large light fixture | 1.00 EA | 30.13 | 0.06 | 6.04 | 36.23 | (0.00) | 36.23 |
| 51. Texture drywall - heavy hand texture | 20.00 SF | 1.65 | 0.30 | 6.66 | 39.96 | (0.00) | 39.96 |
| *More than the patched quantity for blending* | | | | | | | |
| 52. Drywall Installer / Finisher - per hour | 8.00 HR | 115.32 | 0.00 | 184.52 | 1,107.08 | (0.00) | 1,107.08 |
| *Additional labor time to matching the texture* | | | | | | | |
| 53. Spot seal w/oil based/hybrid stain blocker | 4.00 EA | 38.87 | 0.91 | 31.28 | 187.67 | (0.00) | 187.67 |
| 54. Paint the ceiling - two coats | 356.46 SF | 1.43 | 8.56 | 103.66 | 621.96 | (0.00) | 621.96 |
| 55. Final cleaning - construction - Commercial | 356.46 SF | 0.31 | 0.00 | 22.10 | 132.60 | (0.00) | 132.60 |
| **Totals: Side Entry** | | | 14.25 | 486.96 | 2,921.72 | 0.00 | 2,921.72 |

∞

 **VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Total: 1st Floor** | | 84.08 | 1,626.06 | 9,756.17 | | 0.00 | 9,756.17 |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. Commercial Supervision / Project Management - per hour | 32.00 HR | 84.26 | 0.00 | 539.26 | 3,235.58 | (0.00) | 3,235.58 |
| *4 hours for 8 days needed for supervision of the project.* | | | | | | | |
| This line item is for one foreman during the duration of the repairs to ensure that the work is  being done correctly and that the work is progressing correctly.  Xactware/Xactimate specifically states that general overhead expenses are those "that cannot be attributed to individual projects  and include any and all expenses necessary for the general contractor to operate their business." However , Job related overhead  are expenses that can be attributed to a project , but cannot be attributed to a specific task and include and all necessary  expenses to complete the project other than direct materials and labor.  Xactware/Xactimate provides examples of such job related overhead items to include project managers or foremen and states that  such expenses should be added as a separate line item to the estimate. | | | | | | | |
| 57. Roofing - General Laborer - per hour | 64.00 HR | 59.12 | 0.00 | 756.74 | 4,540.42 | (0.00) | 4,540.42 |
| *General site and driveways cleanup* | | | | | | | |
| 58. Boom or spider lift - 50'-60' reach (per day) | 1.00 DA | 596.49 | 0.00 | 119.30 | 715.79 | (0.00) | 715.79 |
| 59. Equipment Operator - per hour | 34.83 HR | 80.00 | 0.00 | 557.28 | 3,343.68 | (0.00) | 3,343.68 |
| *15 min per square to load materials.* | | | | | | | |
| 60. Roofer - per hour | 69.66 HR | 155.00 | 0.00 | 2,159.46 | 12,956.76 | (0.00) | 12,956.76 |
| *2 men on roof unloading material, 15 minutes per square each man.* | | | | | | | |
| 61. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | 725.00 | 0.00 | 435.00 | 2,610.00 | (0.00) | 2,610.00 |
| 62. Scaffold - per section (per day) | 64.00 DA | 26.65 | 0.00 | 341.12 | 2,046.72 | (0.00) | 2,046.72 |
| *8 units per 8 days* | | | | | | | |
| 63. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| AS INCURRED | | | | | | | |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: General Conditions** | | | 0.00 | 4,908.16 | 29,448.95 | 0.00 | 29,448.95 |
| **Line Item Totals: HAMPTON_HEIGHTS_FELL** | | | 2,314.96 | 24,491.50 | 146,948.21 | 0.00 | 146,948.21 |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,274.97 | SF Walls | 1,437.72 | SF Ceiling | 4,712.69 | SF Walls and Ceiling |
| 1,437.72 | SF Floor | 159.75 | SY Flooring | 241.42 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 282.08 | LF Ceil. Perimeter |
| | | | | | |
| 1,437.72 | Floor Area | 1,532.00 | Total Area | 3,274.97 | Interior Wall Area |
| 17,428.71 | Exterior Wall Area | 263.50 | Exterior Perimeter of Walls | | |
| | | | | | |
| 19,584.43 | Surface Area | 195.84 | Number of Squares | 1,195.20 | Total Perimeter Length |
| 368.37 | Total Ridge Length | 190.65 | Total Hip Length | | |

 **VPA Public Claims Adjusting**

PH 480.855.8783 I FAX 4810.885.8784 I TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 120,141.75 |
| Material Sales Tax | 2,314.96 |
| Subtotal | 122,456.71 |
| Overhead | 12,245.75 |
| Profit | 12,245.75 |
| **Replacement Cost Value** | **$146,948.21** |
| **Net Claim** | **$146,948.21** |

Hanz Flechas

 **VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8%) | Storage Rental Tax (8%) | Local Food Tax (4%) |
|---|---|---|---|---|---|
| Line Items | 12,245.75 | 12,245.75 | 2,314.96 | 0.00 | 0.00 |
| **Total** | **12,245.75** | **12,245.75** | **2,314.96** | **0.00** | **0.00** |

 **VPA Public Claims Adjusting**

PH 480.855.8783 I FAX 4810.885.8784 I TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

## Recap by Room

**Estimate: HAMPTON_HEIGHTS_FELL**

| Area: Roof level | | |
|---|---|---|
| Main Roof | 85,530.10 | 71.19% |
| Shed | 2,024.83 | 1.69% |
| **Area Subtotal:  Roof level** | 87,554.93 | 72.88% |
| **Area: 1st Floor** | | |
| Womens Bathroom | 897.55 | 0.75% |
| Front Entry | 4,727.97 | 3.94% |
| Side Entry | 2,420.51 | 2.01% |
| **Area Subtotal:  1st Floor** | 8,046.03 | 6.70% |
| **General Conditions** | 24,540.79 | 20.43% |
| **Subtotal of Areas** | 120,141.75 | 100.00% |
| **Total** | 120,141.75 | 100.00% |

 **VPA Public Claims Adjusting**

PH 480.855.8783 | FAX 4810.885.8784 | TOLL FREE 800.466.8231
www.vpa.claims.

CORPORATE OFFICE
201 E. Main Street Suite 400,
Lexington KY 40507

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CLEANING | 445.28 | 0.30% |
| CONTENT MANIPULATION | 118.24 | 0.08% |
| GENERAL DEMOLITION | 15,412.74 | 10.49% |
| DRYWALL | 1,973.76 | 1.34% |
| ELECTRICAL | 787.49 | 0.54% |
| HEAVY EQUIPMENT | 3,382.89 | 2.30% |
| FINISH CARPENTRY / TRIMWORK | 899.85 | 0.61% |
| HEAT, VENT & AIR CONDITIONING | 1,907.87 | 1.30% |
| LABOR ONLY | 2,696.32 | 1.83% |
| PAINTING | 4,491.64 | 3.06% |
| ROOFING | 86,320.07 | 58.74% |
| SCAFFOLDING | 1,705.60 | 1.16% |
| O&P Items Subtotal | 120,141.75 | 81.76% |
| Material Sales Tax | 2,314.96 | 1.58% |
| Overhead | 12,245.75 | 8.33% |
| Profit | 12,245.75 | 8.33% |
| **Total** | **146,948.21** | **100.00%** |

1st Floor



Womens Bathroom

Front Entry



Side Entry

N

1st Floor

Roof level



Roof level

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| HAMPTON HEIGHTS FELLOWSHIP INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION FILE NO.:** |
| | ) | <u>**26-A-00224-9**</u> |
| CHURCH MUTUAL INSURANCE COMPANY, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT

COMES NOW, Plaintiff, **Hampton Heights Fellowship Inc.**, by and through the undersigned counsel, and hereby propounds the following First Set of Interrogatories and Request for Production of Documents to the Defendant, **Church Mutual Insurance Company, S.I.**, to be answered separately and fully, in writing, under oath, and in accordance with the Georgia Civil Practice Act, O.C.G.A. §§ 9-11-33 and 9-11-34.

### GENERAL INSTRUCTIONS

1.  You are required to answer and verify the following interrogatories and requests for production of documents within forty-five (45) days of the date of service.

2.  Each paragraph below shall operate and be construed independently; and, unless otherwise indicated, no paragraph limits the scope of any other paragraph.

3.  In answering these discovery requests, you are required to furnish all information available to You (not merely such information as you know of your own personal knowledge), including information in the possession of your attorneys and accountants, other persons

directly or indirectly employed by or connected with you or your attorneys or accountants, or anyone else acting on your behalf or otherwise subject to your control.

4.      Your obligation to answer these discovery requests is intended to be continuing in nature; therefore, you are required by O.C.G.A. § 9-11-26 and instructed by the Plaintiff to reasonably & promptly amend or supplement your response if you learn that any prior response is in some material respect incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to Plaintiff during the discovery process or in writing.

5.      You are instructed that a failure by you to make, amend, or supplement a response in a timely manner or to otherwise comply with O.C.G.A. § 9-11-26 may result in sanctions against You.

6.      The singular includes the plural number, and vice versa. The masculine includes the feminine and neutral genders. The past tense includes the present tense where the clear meaning is distorted by a change of tense.

7.      Each document request shall be deemed to call for the production of the original document or documents. If the original is not available, then a copy shall be produced if it differs in any respect from the original or from other copies (e.g., by reason of handwritten, typed, or printed notes or comments having been added to the copy that do not appear on the original).

8.      If a request seeks a document that, to your knowledge, does not exist, please state that the document does not exist.

9.      Without interfering with the readability of a document, please identify by Bates number or other means the request(s) to which the document is responsive.

10.   For each document responsive to any request that is withheld under a claim of privilege, you are required by Uniform Superior Court Rule 5.5 to provide a privilege log containing the following information:

a)    The date the document was prepared or created;

b)    The name and title of the author or authors of the document;

c)    A summary of the subject matter of the document;

d)    The identity of each person or persons (other than those giving solely stenographic or clerical assistance) who assisted the author or authors in creating the document;

e)    The identity of each person to whom the document or the contents of the document have been communicated (either intentionally or inadvertently), the date(s) of such communication, the title of each such person, and the date of such communication;

f)    A statement of the basis on which privilege is claimed; and

g)    The identity and title, if any, of the person or persons providing the information requested in subsections (a) through (f) above.

## DEFINITIONS

As used in these interrogatories, the terms listed below are defined as follows:

1.    "Document(s)" or "documentation" means any writing of any kind, including originals and all non-identical copies (whether different from the originals by reason of any notation made on such copies or otherwise), including without limitation correspondence, memoranda, notes, desk calendars, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, offers, notations of any sort of conversation, telephone calls, meetings or other

communications, bulletins, magazines, publications, printed matter, photographs, computer printouts, teletypes, faxes, invoices, worksheets and all drafts, alterations, modifications, changes and amendments of any of the foregoing, tapes, tape recordings, transcripts, graphic or aural records or representations of any kind, memorialized depictions of the Property or of Communications relating to the Claim, and electronic, mechanical or electric records or representations of any kind which You have knowledge or which are now or were formally in your actual or constructive possession, custody or control.

2.    "Claim" or "Policyholder's Claim" shall refer to Claim No. 000-01-284233, which was drafted by the Insurance Company and issued to the Policyholder for direct physical loss or direct physical damage to the Property.

3.    "Communication" shall mean and include any oral or written utterance, notation, or statement of any nature whatsoever, including but not limited to correspondence, personal conversation, telephone calls, dialogues, discussions, interviews, consultations, telegrams, telexes, cables, memoranda, agreements, notes, and oral, written, or other understandings or agreements. This shall include all written, recorded, or signed statements of any party, including the Policyholder, any adjuster, subcontractor, witnesses, investigators, or agents, representative, or employee of the parties concerning the subject matter of this action.

4.    "Identify" shall mean:

    a.    when used to refer to a document, means to state the following:

        i.    The subject of the document;

        ii.    The title of the document;

        iii.    The type of document (e.g., letter, memorandum, telegram, chart);

iv. The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date with reference to other events;

v. The identity of the person or persons who wrote, contributed to, prepared or originated such document; and

vi. The present or last known location and custodian of the document.

b. when used in reference to a *person*, "identify" means to state to the fullest extent possible the person's name, present or last known address, present or last known telephone number(s), and, if a natural person, the person's employer and position of employment at the time(s) in question.

c. when used in reference to a *conversation* or *communication*, "identify" means to state the date and length of the communication, the identity of all parties to the communication, the identity of all other witnesses to the communication, the place where the communication took place (if the communication did not take place in person, set forth the location of each party to and each witness to the communication), and the general subject matter(s) of the communication.

d. when used in reference to a *claim*, "identify" means to state the date and location the claim arose, the location the claim was defended, the names of the parties involved, the case style, the amount in controversy, and the general nature of the claim.

e. "Relating to" any given subject means any document, communication, or statement that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with,

touches upon, or is in any manner whatsoever pertinent to that subject and supports, evidences, describes, mentions, refers to, contradicts or comprises the subject.

5.    "Including" shall mean "including, but not limited to."

6.    "And" and "or" shall be construed conjunctively or disjunctively as required by the context within the scope of a discovery request so as not to exclude any information that might be deemed outside the scope of the request or by any other construction.

7.    "Person(s)" shall mean and include a natural person, firm, association, organization, partnership, business trust, corporation (public or private), or government entity.

8.    "Parties" includes all named parties in this litigation and their agents, employees, servants, officers, and directors.

9.    "Plaintiff" and "Policyholder" mean the above-captioned Plaintiff or the Policyholder listed on 0173484 25-455404 and his/her/its employees, representative, agents, employees, servants, officers, and directors.

10.    "Property" or "Insured Property" means the property located at 3516 Highway 20 W, Hampton, GA 30228.

11.    "You," "Your," "Defendant," and "Insurance Company" means Defendant Insurance Company and its employees, representatives, agents, employees, servants, officers, directors, adjusters, branch claims representatives, regional or home office claims auditors or claims examiners, all claims managers and claims supervisors at any level, executive officers of the company, and all members of any review or claims committee, and each person presently or formerly acting or authorized to act on Defendant's behalf.

12.    "Policy" means Policy No. 0173484 25-455404 issued by Church Mutual Insurance Company, S.I..

13.   "Broker" means an insurance broker, excess/surplus lines broker, licensed insurance agent, managing general agent, or other insurance intermediary involved in the purchase, sale, negotiation, or placement of the Policy.

14.   "Coverage Letter(s)" means the correspondence from You to Policyholder dated anytime, regarding Your position as to coverage for the Loss.

15.   "Loss" means the event on or around January 12, 2024, in which Policyholder suffered property damage and has consequently incurred extra expenses such as additional living expenses, business income losses, and other losses afforded coverage for under the Policy.

16.   "Possession, custody or control" includes the joint or several possession, custody, or control not only by the person to whom these interrogatories are addressed, but also the joint or several possession, custody, or control by each or any other person acting, or purporting to act on behalf of, the Person, whether as an employee, attorney, accountant, agent, sponsor, spokesman, or otherwise.

## INTERROGATORIES

### 1.

Identify any and all Persons involved in any way whatsoever in the investigation, adjustment, and handling of Plaintiff's claim for insurance benefits arising from the Loss on or about January 12, 2024, and for each, please include his/her name, place of employment, address, and telephone number; his/her title, license(s), and certification(s); the date his/her involvement in this claim commenced; the date his/her involvement in this claim concluded; and a description his/her involvement in this claim.

This interrogatory seeks information about every individual involved in the Claim including, but not limited to, Persons employed by the Defendant or retained by Defendant through

a third-party entity. For Defendant's employees specifically, this Interrogatory seeks the name of every employee of Defendant who had anything to do with the Claim.

2.

If any Person identified in Your answer to Interrogatory No. 1 is or was Your employee, agent, or representative, please state whether said Person has been promoted, demoted, terminated, or transferred from January 12, 2024 to present; describe in detail the change in employment status of each such Person, including the circumstances of the Person's employment before and after the change in status; and provide the last-known residence address and telephone number or place of current employment of each such former employee.

3.

Describe each and every investigative step conducted by You, or by anyone on Your behalf, regarding Plaintiff's Claim, beginning with the date and method You received notice of the subject Claim, and identify any and all documents and correspondence (paper or electronic) generated, obtained, or otherwise placed in Your possession, in the course of Your investigation.

4.

Identify each and every person that You expect to call as an expert witness at trial, and for each, please state: the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; a summary of the grounds for each opinion; the data or other information considered by the expert in forming their opinions; whether a written report has been prepared; and identify the data or other information considered by the expert in forming their opinions & all documents You furnished to the expert.

5.

If You have retained or employed an expert in conjunction with the Claim who is not expected to be called as a witness at trial, please identify said expert(s), and for each, please state their address and contact information.

6.

Please state the date and manner in which You received notice of the Claim; the date and manner in which You acknowledged receipt of the Claim; the date and manner in which You commenced investigation of the Claim; the date and manner in which You requested from the Plaintiff all items, statements, and forms that You reasonably believed, at the time, would be required from the Plaintiff; the date and manner in which You notified the Plaintiff in writing of the acceptance or rejection of the claim; and the date, amount, and reason for any insurance proceed payments You have made to the Plaintiff.

7.

Have You extended coverage for any part of Plaintiff's Claim for insurance benefits, or have You denied or rejected Plaintiff's Claim? If You extended coverage for any part of Plaintiff's Loss, please state with specificity the provisions, endorsements, or any other part of the Policy governing Plaintiff's Loss that supports Your extension of coverage; please state with specificity Your reasons for denying or rejecting any part of Plaintiff's Claim; and include all facts and policy provisions that supported Your decision to deny or reject Plaintiff's Claim. This Interrogatory seeks the above information even if coverage was extended for the Loss but fell below the Plaintiff's deductible.

8.

Do You contend the damage to the Property can be repaired?  If so, please state with specificity the method of repair Defendant contends should be used to repair the Property. This request seeks any and all building codes (state, county, city, or municipal), industry standards, and industry practices employed in the investigation, evaluation, and determination of methods used to repair damages caused by the Loss that Defendant states could be used to repair the Property. If such information exists, please state: the name(s), address(es), and telephone number(s) of all Persons who have personal knowledge of any of these industry standards or practices; and identify all documents that support or explain any of these building codes, engineering industry standards, and practices.

If You do not have an answer to this Interrogatory, please affirmatively state none of the above was relied upon in determining if the damage sustained to the Property by the Loss is or was repairable.

9.

Does the Policy owe for anything less than a proper repair of the damaged Property caused by a covered loss? If the Policy does not owe for a proper repair, please state with specificity the provision of the Policy which does not provide for a proper repair.

10.

Please identify any and all written policies, procedures, guidelines, or other documents (including document(s) maintained in physical or electronic form) You maintained for Your internal or third party adjusters to use in the state of Georgia in connection with adjusting Wind losses that were in effect on January 12, 2024 through present.

11.

Please state with specificity the approximate date and event which caused You to anticipate litigation with respect to Plaintiff's cause of action and identify all documents that support or explain any of these facts.

12.

Identify any and all documents (including those maintained electronically) relating to the investigation, claim handling, and adjustment of Wind claims in the state of Georgia that are routinely generated throughout the handling and investigation of such claims (including, but not limited to, Investigation Reports; reserve sheets; electronic claims diaries or similar record logs; claims review reports; and/or any team report relative to this claim) for the two years preceding January 12, 2024 to the present, and state whether any such documents were generated during the investigation and handling of the Claim.

13.

Have any documents (including those maintained electronically) relating to the Claim been destroyed, lost, or disposed of? If so, please identify what, when and why the document was destroyed, and describe Your document retention policy.

14.

Do You contend the Property was damaged by any excluded peril? If so, state the specific provision in the Policy supporting the exclusion and how the exclusion impacted Your claim decision, state in detail Your factual basis for this contention, and identify any documents supporting Your contention.

15.

Do You contend the Plaintiff failed to satisfy any condition, covenant, or duty of the Policy or otherwise breached the Policy? If so, identify each specific condition, covenant, or duty of the Policy You contend the Plaintiff failed to satisfy or breach, and identify all the documents relating to Your assertion and all Persons with knowledge of such facts.

16.

Identify the underwriting documents created or acquired in the formation of the Policy for the Property including any risk reports for the Property that have been generated or obtained at any time, and state if any Notice(s) of Cancellation or Notice(s) of Non-Renewal of the Policy have been issued.

17.

Identify any and all photographs, audio recordings, video recordings, written statements taken, or other memorializing documentation obtained during the course of Your investigation of the Claim. In Your response, please describe in detail what each document depicts or memorializes and state the date when each such document or memorialization was obtained or generated.

18.

Identify any and all repair estimates, invoices, quotes, receipts, or other documentation reflecting the cost or methodology to repair the damages at issue in this Claim, even if said item never left Your possession. In Your response, please describe in detail what each document depicts, when it was generated or obtained, why it was generated or obtained, and state the date when the item was created, received, or requested.

19.

Please identify each Person who assisted You in any way to provide responses to these Interrogatories. For each identified Person, please include the Person's name, place of employment, address, telephone number and relationship to you.

20.

State the good faith factual basis for Your Affirmative Defenses(s), and identify the date, type of document, author(s), recipient(s), and present custodian of every document known or believed by You to refer or relate in any way to the facts You contend support Your Affirmative Defense(s) and comprehensively describe all basis (factual and otherwise), documents, notes, memorandum, reports, or other documentation supporting Your responses to the paragraphs of Plaintiff's Complaint.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1.

All documents responsive to Plaintiff's Interrogatories identified in Your responses to Plaintiff's Interrogatories or otherwise reviewed or relied upon in responding to Plaintiff's Interrogatories.

2.

The entire claim file, claims notes, or other similar records from the home, regional, or local offices; third party adjusters or adjusting firms; or ladder assist Persons retained by You regarding the Claim. This request includes, but it not limited to, copies of the file jackets; "field" files and notes; and drafts of documents contained in the file.

To the extent that this request seeks documents from third-party adjusters/adjusting firms, ladder assists, or other Persons retained by the Defendant, this request is only seeking such documents that have been provided to, or are in the control of, the Defendant.

3.

A certified copy of the Policy or insurance policies possessed by Defendant pertaining to the Property involved in this suit.

4.

All documents and tangible things supporting the method You contend could be used to properly repair the damages sustained to the Property as a result of the Loss.

5.

Your written procedures, policies, guidelines, or other similar documentation (including document(s) maintained in electronic form) that pertain to the handling of Wind claims in the state of Georgia for the year preceding January 12, 2024 to present.

6.

Any and all weather reports in Your possession which concern the Property, regardless of whether You relied upon them in making Your claims decision in this matter, for the two years preceding January 12, 2024 to present.

7.

The Operation Guides which relate to the handling of Wind claims in the state of Georgia in effect for the year preceding January 12, 2024 to present.

8.

The field notes, measurements, electronic diary, file materials, or other similar records (including all electronic and paper notes) created, obtained, or maintained by the claims personnel,

contractors, adjusters, engineers, or any other Person who physically inspected the Property or adjusted the Claim.

9.

The emails, instant messages, internal or external correspondence, or any other communication between Defendant and any agent, representative, employee, or other Person pertaining to the Claim.

10.

Defendant's internal newsletters, bulletins, publications, or other memoranda internally circulated which relates to the policies and procedures relied upon in the handling of Wind claims in the state of Georgia that were issued one year preceding January 12, 2024 through the present, including, but not limited to, memoranda issued to claims adjusters.

11.

The price guidelines, price indexes, or other similar information utilized in the creation of any repair estimates prepared, edited, requested, or relied upon by the Defendant. In the event published guidelines of "off the shelf" software (including, but not limited to, Xactimate software) were utilized to inform pricing decisions, You may respond by simply identifying the name, version, and/or edition of the published guidelines used.

12.

Any "Summary of Loss," "Pay sheet," "Payment Log," copy of issued payments, or other similar list or record of payments made by Defendant in relation to the Claim. This includes, but is not limited to, all payments issued to Plaintiff or Plaintiff's agents and representatives; all payments issued to independent adjusters, ladder assists, engineers, or other Persons retained in

Your adjustment of this claim; all copies of any and all checks issued; and all expenses incurred by You in Your adjustment of this claim.

13.

The documents reflecting reserves applied to the Claim.

14.

The contract or agreement between the Defendant and any third-party Person retained in the investigation and adjustment of the Claim. This request includes, but is not limited to, contracts or agreements with ladder assists, independent adjusters, contractors, engineers, meteorologists, or hygienists involved in any way throughout the Claim.

15.

All documents submitted to, or received from, each Person You expect to call as an expert witness at trial. This request includes, but is not limited to: any agreement exchanged or entered into between Defendant and the witness (including proposals not agreed upon and counteroffers to the same); all reports generated by the witness (including drafts); a current *curriculum vitae* for the witness; a list of all other publications authored by the witness; a list of all other cases in which the witness has testified as an expert at trial or by deposition; an invoice showing the compensation paid or owed to the witness; and all documents and tangible things consulted by and relied upon by the witness in forming his or her expert opinion.

16.

All documents submitted to, or received from, each Person Defendant hired or consulted as an expert witness which Defendant does not intend to call as an expert witness at trial in this case. This request includes, but is not limited to: any agreement exchanged or entered into between Defendant and the witness (including proposals not agreed upon and counteroffers to the same);

all reports generated by the witness (including drafts); a current *curriculum vitae* for the witness; a list of all other publications authored by the witness; a list of all other cases in which the witness has testified as an expert at trial or by deposition; an invoice showing the compensation paid or owed to the witness; and all documents and tangible things consulted by and relied upon by the witness in forming his or her expert opinion.

17.

All documents in Your possession concerning the underwriting of the Policy issued for the Property. This request includes, but is not limited to, any risk reports for the Property and any Notice(s) of Cancellation or Notice(s) of Non-Renewal of the Policy for the Property.

18.

All repair estimates, invoices, quotes, receipts, or other documentation Defendant reviewed throughout the adjustment of the Claim which reflect the cost to repair any agreed upon, contested, or suspected damages at issue in the Claim. This request is inclusive of documents not transmitted to the Plaintiff through the adjustment of the Claim.

19.

Any and all photographs, audio recordings, video recordings, written statements taken, or other memorializing documentation obtained during the course of Your investigation of the claim. This request seeks the requested documentation to be produced in a format most similar to the original, in the highest quality version available, and in a format which retains the original metadata.

20.

A copy of the license, registration, certification, or other similar documentation for all Persons retained, employed, or consulted by the Defendant to inspect the Property and/or adjust the Claim.

21.

All evidence You intend to introduce at the trial of this matter.

It is requested that the above-requested responses be made within forty-five (45) days of service of this request at the offices of The Huggins Law Firm, LLC, 110 Norcross Street, Roswell, GA 30075.

Respectfully submitted, this 12th day of January, 2026.

THE HUGGINS LAW FIRM, LLC

/s/ J. Remington Huggins
J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) foster@lawhuggins.com

*Attorneys for the Plaintiff*

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**26-A-00224-9**

1/8/2026 11:10 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **HAMPTON HEIGHTS FELLOWSHIP INC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | 26-A-00224-9 |
| **CHURCH MUTUAL INSURANCE COMPANY,** | ) | |
| a foreign corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing upon the Defendant Church Mutual Insurance Company, S.I. by serving them with the ***Summons, Complaint and Exhibits***, and ***Plaintiff's First Set of Interrogatories and Request for Production of Documents*** in accordance with the Court's rules to Defendant Church Mutual Insurance Company, S.I. at the address listed below:

**Corporation Service Company**
**Registered Agent for Defendant Church Mutual Insurance Company, S.I.**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

Respectfully submitted, this 8th day of January, 2026.

THE HUGGINS LAW FIRM, LLC

*/s/ J. Remington Huggins*
J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

*Attorneys for the Plaintiff*

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) foster@lawhuggins.com

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © Insurance Services Office, Inc., 2012

(2) Any loss, cost or expense arising out of any:

  (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  (a) Less than 26 feet long; and

  (b) Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

  (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

  (b) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

    **(1)** On premises you own or rent;

    **(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations;

    provided that:

      **(a)** The accident takes place in the "coverage territory" and during the policy period;

      **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

      **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

    **(1)** First aid administered at the time of an accident;

    **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

    **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

  **a. Any Insured**

    To any insured, except "volunteer workers".

  **b. Hired Person**

    To a person hired to do work for or on behalf of any insured or a tenant of any insured.

  **c. Injury On Normally Occupied Premises**

    To a person injured on that part of premises you own or rent that the person normally occupies.

  **d. Workers' Compensation And Similar Laws**

    To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

  **e. Athletics Activities**

    To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

  **f. Products-Completed Operations Hazard**

    Included within the "products-completed operations hazard".

  **g. Coverage A Exclusions**

    Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

  **a.** All expenses we incur.

  **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

  **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

  **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

  **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

     (1) "Bodily injury" or "personal and advertising injury":

       (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

       (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

       (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

       (d) Arising out of his or her providing or failing to provide professional health care services.

     (2) "Property damage" to property:

       (a) Owned, occupied or used by;

       (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

     you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   c. Any person or organization having proper temporary custody of your property if you die, but only:

     (1) With respect to liability arising out of the maintenance or use of that property; and

     (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V -- DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  (1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

  (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CMCG 04 01 02 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CATASTROPHIC VIOLENCE RESPONSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement broadens coverage. However, coverage for any injury, damage, or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and the coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement.

**SCHEDULE**

| | |
|---|---|
| **Violent Incident Aggregate Limit:** | $300,000 |
| **Each Violent Incident Limit:** | $100,000 |
| **Per Person Limit:** | $50,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following is added to **Section I - Coverages**:

**Catastrophic Violent Incident Response Coverage**

1. **Insuring Agreement**

   a. **Response Expenses**

   We will reimburse the Named Insured for "response expenses" that result from a "violent incident" to which this insurance applies.

   b. **Loss**

   We will pay for "loss" that results from a "violent incident" to which this insurance applies.

   c. The most we will reimburse for "response expenses" or pay for "loss" is limited as described in Paragraph **B.** of this endorsement.

   d. This insurance applies to "response expenses" and "loss" resulting from a "violent incident" only if:

   **(1)** The "violent incident" first commences during the policy period;

   **(2)** The "violent incident" takes place in the "coverage territory" on premises that you own or lease, or during activities that you sponsor; and

   **(3)** The "response expenses" or "loss" is incurred and reported to us within one year of the "violent incident".

2. **Exclusions**

   This insurance does not apply to:

   a. **Abuse or Sexual Misconduct**

   "Response expenses" or "loss" arising directly or indirectly out of:

   **(1)** Any actual or alleged "abuse" or "sexual misconduct"; or

   **(2)** Any allegations relating to "abuse" or "sexual misconduct" that:

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

(a) Any insured negligently employed, investigated, trained, supervised, reported to proper authorities or failed to so report, or retained a person whose conduct would be excluded by **(1)** above; or

(b) Are based on an alleged practice, custom or policy including, but not limited to, any allegation that a person's civil rights have been violated.

**b. Aircraft, Watercraft, Motorized Vehicles Or Equipment**

"Response expenses" or "loss" arising out of the ownership, maintenance, use or entrustment to others of any motorized vehicle or equipment including, but not limited to, any aircraft, watercraft, "auto", recreational vehicle, snowmobile, motorcycle, motorbike, golf cart, or self-propelled "mobile equipment".

**c. Defense Of A Claim**

The defense of any claim or "suit" against any insured for liability arising out of a "violent incident".

**d. Fungi Or Bacteria**

"Response expenses" or "loss" arising directly or indirectly out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, fungi or bacteria, by any insured or by any other person or entity. For the purposes of this exclusion, fungi means any type or form of fungus, including mold or mildew, any mycotoxins, spores, scents or byproducts produced or released by fungi.

**e. Governmental Services**

"Response expenses" or "loss" for any services provided by a governmental entity. This exclusion does not apply to services that are customarily charged by the providing governmental entity to the public.

**f. Nuclear, Biological Or Chemical Incidents**

"Response expenses" or "loss" arising directly or indirectly out of:

(1) A "violent incident" that is carried out by means of dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

(2) A release of radioactive material, and it appears that one purpose of the "violent incident" was to release such material;

(3) A "violent incident" carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(4) A release of pathogenic biological, poisonous biological or chemical materials, and it appears that one purpose of the "violent incident" was to release such materials.

**g. Perpetrators**

"Response expenses" or "loss" incurred by any perpetrator of, or any person participating in, the planning or execution of any "violent incident".

**h. Property Damage**

"Response expenses" or "loss" arising directly or indirectly out of damage to property including loss of use of property.

**i. Pollution, Asbestos, Lead Or Silica**

"Response expenses" or "loss" arising directly or indirectly out of any:

(1) Request, demand, order, statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", asbestos, asbestos fibers, asbestos dust, lead or silica, including asbestos, lead or silica contained in goods, products or materials; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants", asbestos, asbestos fibers, asbestos dust, lead or silica, including asbestos, lead or silica contained in goods, products or materials.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**j.  Third-Party Damages, Fines And Penalties**

Any fines, penalties, punitive damages, exemplary damages, multiple damages, or other non-compensatory damages imposed upon the insured as a result of a "violent incident".

**k.  War**

"Response expenses" or "loss" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or threatened attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**l.  Workers' Compensation And Similar Laws**

Any obligation of any insured under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

**B.** With respect to coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**SECTION III - LIMITS OF INSURANCE**

**1.** The limits shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made;

**c.** Perpetrators; or

**d.** The number of policy periods over which the "violent incident" takes place. If the "violent incident" takes place over more than one policy period, the limits of insurance applicable when the "violent incident" first commenced will apply.

**2.** The Violent Incident Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "response expenses" and "loss" arising out of all "violent incidents".

**3.** Subject to Paragraph **2.** above, the Each Violent Incident Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "response expenses" and "loss" arising out of any one "violent incident".

**4.** Subject to Paragraphs **2.** and **3.** above, the Per Person Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "loss" sustained by any one person.

**5.** The limits shown in the Schedule of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy is extended after issuance or an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**6.** If it is likely that the Violent Incident Aggregate Limit shown in the Schedule of this endorsement, or the Each Violent Incident Limit, will be exhausted before all "responses expenses" or "loss" are paid:

**a.** "Response expenses" and "loss" stemming from a single "violent incident" will be prioritized and payable in the following order:

**(1)** Medical expenses;

**(2)** Funeral expenses;

**(3)** Personal counseling services for an insured who has sustained "serious bodily   injury" or was held as a "hostage";

**(4)** Personal counseling services for the immediate family of an insured who has sustained "serious bodily injury" or was held as a "hostage";

**(5)** Group counseling services;

**(6)** "Loss of income";

**(7)** "Wages" of temporary personnel;

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

(8) Rental of comparable substitute premises;

(9) Additional expense for the transportation of your students;

(10) Security services; and

(11) Public relations consultant and related media and communication costs.

a. "Violent incidents" will be recognized in the order that they are reported to us in accordance with Paragraph **D.** Below.

b. Subject to Paragraph **a.** above, "response expenses" and "loss" arising from a "violent incident" will be paid in the order that they are reported to us in accordance with Paragraph **D.** below.

c. "Response expenses" and "loss" reported on the same day will be prorated if a reduction in "response expenses" and "loss" is warranted because the Violent Incident Aggregate Limit, or the Each Violent Incident Limit will be exhausted.

**C.** With respect to coverage provided under this endorsement, Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - Commercial General Liability Conditions** is replaced by the following:

**2. Duties In The Event Of A Catastrophic Violent Incident**

a. You must see to it that we are notified as soon as practicable of a "violent incident" which may result in "response expenses" or "loss". To the extent possible, notice should include:

(1) How, when and where the "violent incident" took place;

(2) The names and addresses of any injured persons and witnesses;

(3) The nature and location of any injury arising out of the "violent incident"; and

(4) Copies of police reports.

b. You and any other involved insured must:

(1) Immediately send us copies of pertinent correspondence, demands or service invoices received in connection with "response expenses" or "loss";

(2) Authorize us to obtain records and other information; and

(3) Cooperate with us in the investigation of a "violent incident".

**D.** With respect to coverage provided under this endorsement, Paragraph **4. Other Insurance** of **Section IV - Commercial General Liability Conditions,** is replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a "loss" or "response expense" we cover under this endorsement, our obligations is limited as follows:

a. **Primary Insurance**

This insurance is primary except when **b.** below applies. When this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

(1) This insurance is excess over:

(a) Any other insurance, whether primary, excess, contingent, or on any other basis;

(b) Medical expense insurance; or

(c) Insurance that covers rental of comparable substitute premises.

(2) When this insurance is excess over other insurance, we will pay only our share of the amount of the "loss" or "response expense", if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all such other insurance.

(3) We will share in the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the limits shown in the Schedule of this endorsement.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 04 01 02 20

   **c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E.** With respect to coverage provided under this endorsement, the following is added to **Section IV - Commercial General Liability Conditions:**

   **1. Liability Under Other Coverages Or Policies**

Payment of "response expenses" or "loss" under this endorsement is not an admission of liability under other coverages provided by this policy or other policies issued to you by us or our affiliates.

   **2. Loss Payable**

All claims will be payable upon receipt and acceptance by us of the following:

    **a.** For claims for "loss of income", written documentation provided by the employer of the person sustaining the "loss of income". If a person is self-employed, then such person must provide tax returns and other necessary records to document their "loss of income".

    **b.** For claims for other "loss" and "response expenses", service invoices or other pertinent documentation.

   **3. Concealment Or Fraud**

We will not provide coverage to you, or any other insured, who at any time:

    **a.** Engaged in fraudulent concealment; or

    **b.** Intentionally concealed or misrepresented a material fact concerning a "violent incident" or "loss" or "response expenses" incurred under this endorsement.

**F.** With respect to coverage provided under this endorsement, the **Definitions** section is amended as follows:

   **1.** "Abuse" means any physical or nonphysical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

   **2.** Care provider" means the "child", spouse, biological parent, foster parent, adoptive parent, stepparent or legal guardian who provides direct care to an insured.

   **3.** "Child" means a biological child, adopted child, foster child, stepchild or legal ward.

   **4.** "Hostage" means a person who is held captive by someone who threatens to inflict "serious bodily injury" and the circumstances of the threat are such that a reasonable person would conclude that the captive is at risk of "serious bodily injury".

   **5.** "Loss" means:

    **a.** Reasonable and necessary expenses incurred by or on behalf of the insured for:

     **(1)** Personal counseling services for up to 90 days after a "violent incident" for any insured who has sustained "serious bodily injury" or was held as a "hostage".

     **(2)** Personal counseling services for up to 90 days after a "violent incident" for the immediate family of any insured who has sustained "serious bodily injury" or was held as a "hostage".

     **(3)** Medical expenses including:

      **(a)** First aid administered at the time of the "violent incident";

      **(b)** Necessary medical, surgical, x-ray and dental services, including physical therapy and prosthetic devices; and

      **(c)** Necessary ambulance, including emergency airlift, hospital and professional nursing services.

     **(4)** Funeral expenses for a deceased insured for funeral services, preparation for burial, and burial including, but not limited to, payment for any lands, services, supplies and equipment incidental to such funeral services, preparation for burial and burial.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

    **b.** 60% of "loss of income" for:

       **(1)** An insured who sustains "serious bodily injury"; or

       **(2)** An insured held as a "hostage"; or

       **(3)** The "care provider" of an insured described in Paragraph **(1)** or **(2)** above.

       In the event that another policy, program or plan pays a portion of the "loss of income" but less than 60% of the "loss of income", then we will pay you the difference between that portion and the 60% of the "loss of income."

**6.** "Loss of income" means loss of actual gross income being paid on the date the person sustained "serious bodily injury" as a result of a "violent incident". "Loss of income" does not include:

    **a.** Any loss after the date on which an injured person dies; or

    **b.** Potential income that may have been received from overtime hours, on-call pay or similar types of compensation; or

    **c.** Compensation for paid sick leave, short-term disability, long-term disability, or family leave that was utilized because of the "serious bodily injury".

**7.** "Response expenses" means reasonable and necessary expenses incurred by you for the following:

    **a.** Public relations consultant and related media and communications costs for up to 30 days after a "violent incident";

    **b.** Security services for up to 15 days after a "violent incident";

    **c.** Security services and independent public relations consultant for up to 7 days before and/or 7 days after the first anniversary date of a "violent incident".

    **d.** Group counseling services for an insured for up to 60 days after the "violent incident";

    **e.** Group counseling services for an insured for up to 7 days before and/or 7 days after the first anniversary date of a "violent incident".

    **f.** Costs associated with rental of an equivalent alternate facility for up to 30 days after the "violent incident".

    **g.** "Wages" of temporary personnel hired to replace "employees" who have sustained "serious bodily injury" during a "violent incident" for up to 30 days after the "violent incident". Such "wages" shall not exceed the "wages" of the "employee" being replaced.

**8.** "Serious bodily injury" means:

    **a.** Death of a person;

    **b.** Other physical injury sustained by a person that causes serious impairment of body function, or permanent serious disfigurement. For the purpose of this definition, serious impairment of body function means an objectively manifested impairment of an important body function that affects the person's general ability to lead her or his normal life.

**9.** "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

    **a.** Molestation;

    **b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

    **c.** Harassment, sexual advances;

    **d.** Victimization, exploitation, requests for sexual favors;

    **e.** Coercion to engage in sexual activities;

    **f.** Exhibitionism, voyeurism;

    **g.** Verbal or non-verbal communication; or

    **h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**10.** "Temporary worker" is replaced by the following:

"Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions. "Temporary worker" does not include a substitute teacher.

**11.** "Violent incident" means an incident that:

   **a.** Is caused by an intentional or criminal act, or a series of related intentional or criminal acts;

   **b.** Involves the use of a physical object, instrument, device, tool or weapon for the purpose of injuring any person; and

   **c.** Results in two or more persons, other than the perpetrator, sustaining "serious bodily injury" or being held as "hostages".

A "violent incident" begins when the first act or the first of a series of related acts begins. A "violent incident" ends the earlier of the following times:

   **a.** When the act is concluded;

   **b.** When the last act in a series of acts is concluded; or

   **c.** When the premises have been secured by proper civil authority.

**12.** "Wages" means compensation you pay an "employee" for his or her work, including the cost of pension or retirement benefit plans or welfare benefit plans.

## H. TERRORISM

Any conditions, exclusions, or other provisions related to terrorism under the Commercial General Liability Coverage Part apply to "response expenses" and "loss" under this endorsement.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**COMMERCIAL GENERAL LIABILITY**
**CMCG 04 03 03 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS OF LIFE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

This endorsement broadens coverage.  However, coverage for any injury, damage, or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and the coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement.

### SCHEDULE

| | |
|---|---|
| **Loss of Life Per Person Limit** | $10,000 |
| **Loss of Life Per Accident Limit** | $20,000 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments**:

**1. Insuring Agreement**

    **a.** We will pay the applicable limit of insurance shown in the Schedule of this endorsement for the death of any person from accidental "bodily injury".  The accidental "bodily injury":

        **(1)** Must arise out of your premises or operations; and

        **(2)** Must be the result of an event external to a person which then directly and independently causes the death of that person.

    **b.** The applicable limit of insurance shown in the Schedule of this endorsement is the most we will pay as follows:

        **(1)** The Loss of Life Per Accident Limit is the most we will pay for all deaths as the result of any one accident.

        **(2)** Subject to the Loss of Life Per Accident Limit, the Loss of Life Per Person Limit is the most we will pay for the death of any one person.

    **c.** We will pay:

        **(1)** The parent or guardian of the deceased if the deceased was a minor;

        **(2)** A surviving spouse, if any; or

        **(3)** Any person authorized by law to receive payment.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2019

**COMMERCIAL GENERAL LIABILITY**
**CMCG 12 03 12 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RELIGIOUS INSTITUTIONS -
# GENERAL LIABILITY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

This endorsement broadens coverage.  However, coverage for any injury, damage, or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and the coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement.

**SCHEDULE**

The following Schedule is a general description of the amended coverages and limits of insurance provided by this endorsement.  Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties and what is and is not covered.

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Watercraft | |
| • Damage To Premise Rented To You - Fire, Lightning, Explosion, Smoke Or Leakage From Automatic Fire Protection Systems | Equal to the Each Occurrence Limit shown in the Declarations |
| • Personal And Advertising Injury For Insured's Media And Internet Type Businesses | |
| • Medical Payments Extension | |
| • Supplementary Payments - Coverages A And B<br>   o  Bail Bonds<br>   o  Earnings<br>   o  Loss To Property Of Others<br>      o  Each Occurrence | <br>Up to $2,500<br>Up to $500 per day<br><br>$1,000 |
| • Broaden Definition Of Named Insured<br>   o  Unnamed Subsidiaries<br>   o  Religious Leaders, Officers And Members | |
| • Automatic Additional Insureds<br>   o  Persons Or Organizations As Required By Written Contract Or Agreement<br>   o  Lessors Of Leased Equipment<br>   o  Mortgagees, Assignees Or Receivers<br>   o  Owners, Managers Or Lessors Of Premises<br>   o  Governmental Entities - Permits Or Authorizations Relating To Premise<br>   o  Governmental Entities - Permits Or Authorizations Relating To Operations | |
| • Incidental Medical Malpractice | |

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Newly Formed Or Acquired Entities | 180th day |
| • Duties In The Event Of Occurrence, Claim Or Suit | |
| • Primary And Noncontributory - Other Insurance Condition | |
| • Waiver Of Right Of Recovery By Written Contract Or Agreement | |
| • Liberalization | |
| • Unintentional Failure To Disclose Hazards | |
| • Bodily Injury - Mental Anguish | |
| • Social Event Food Coverage | |

**A. Watercraft**

   1. Provisions **(2)(a)** and **(2)(b)** of Exclusion **g. Aircraft, Auto or Watercraft** under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability,** are replaced by the following:

   This exclusion does not apply to:

   **(2)** A watercraft you do not own that is:

   **(a)** Less than 60 feet long; and

   **(b)** Not being used to carry persons or property for a charge.

   2. The following is added to Exclusion **g. Aircraft, Auto or Watercraft:**

   This exclusion does not apply to:

   A rowing shell or scull, canoe, rowboat, or similar human-powered watercraft owned or used by or rented to the insured regardless of its length.

   3. **Section II - Who Is An Insured** is amended to include as an insured any person or organization legally responsible for the use of any watercraft you own, provided the actual use is with your permission.

**B. Damage To Premises Rented To You - Fire, Lightning, Explosion, Smoke Or Leakage From Automatic Fire Protection Systems**

   If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

   1. The fourth from the last paragraph of Exclusion **j. Damage To Property** under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems) to premises, including the contents of such premises, rented to you for a period of 30 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

   2. The last paragraph of **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

   3. Paragraph **6.** under **Section III - Limits Of Insurance,** is replaced by the following:

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit which is equal to the Each Occurrence Limit shown in the Declarations is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

    4.   Paragraph **a.** of "insured contract" in the **Definitions** section is replaced by the following:

        **a.**  A contract for a lease of premises.  However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**C. Personal And Advertising Injury**

    **1.**  Subparagraph **(1)** of Exclusion **j. Insureds in Media And Internet Type Businesses** under Paragraph **2. Exclusions** of Section I - Coverages B - Personal Injury and Advertising Injury Liability is deleted.

    **2.**  Exclusion **k. Electronic Chatrooms Or Bulletin Boards** under Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability** is deleted and replaced with the following:

        "Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.  However, this exclusion does not apply to internet instruction and coursework which is part of the Named Insured's curriculum over which the insured exercises control.

**D. Medical Payments Extension**

    If **Coverage C - Medical Payments** is not otherwise excluded from this Coverage Part, then Subparagraph **a.(3)(b)** of Paragraph **1. Insuring Agreement** under **Section I - Coverage C - Medical Payments** is deleted and replaced by the following:

    **(b)** The expenses are incurred and reported to us within three years of the date of the accident; and

**E. Supplementary Payments - Coverages A And B**

    **1.**  Paragraph **1.b.** of **Section I - Supplementary Payments - Coverages A and B** is deleted and replaced by the following:

        **b.**  Up to the amount shown in the Schedule of this endorsement for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

    **2.**  Paragraph **1.d.** of **Section I - Supplementary Payments - Coverages A and B** is deleted and replaced by the following:

        **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earning up to the per day amount shown in the Schedule of this endorsement because of time off from work.

    **3.**  The following is added to **Section I - Supplementary Payments - Coverages A and B**.

        We will pay for loss to property of others while in your temporary care, custody or control, not to exceed the Loss to Property of Others Each Occurrence limit shown in the Schedule of this endorsement caused by persons participating in an activity organized by you. Loss shall mean damage or destruction, but does not include disappearance, theft or loss of use.  This insurance does not apply:

        **a.**  If coverage is provided by the Property Coverage Part (if any) of this policy; or

        **b.**  If the loss is covered by any other valid and collectible insurance.

**F. Broadened Definition Of Who Is An Insured**

    **1. Unnamed Subsidiaries**

        **a.**  The following is added to Paragraph **2.** of **Section II - Who Is An Insured:**

            Any of your subsidiaries, other than a partnership, joint venture or limited liability company, that is not shown as a Named Insured in the Declarations is an insured if:

            **(1)** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

            **(2)** Such subsidiary is not an insured under similar other insurance.

            No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

            **(1)** Before you maintained an ownership interest of more than 50% in such subsidiary; or

Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

(2) After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

b. Subject to **1.a.** above, the following are also insureds:

(1) If the subsidiary is an organization, the subsidiary's "executive officers" and directors are insureds, but only with respect to their duties as the subsidiary's officers or directors. The subsidiary's stockholders are also insureds, but only with respect to their liability as stockholders.

(2) If the subsidiary is a trust, the subsidiary's trustees are also insureds, but only with respect to their duties as trustees.

2. **Religious Leaders, Officers And Members**

a. Paragraph **2.a., Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except members of your religious organization who are not paid a fee, salary or other compensation or "volunteer workers".

b. **Section II - Who Is An Insured** is amended to include the following as insureds:

(1) Any:

(a) Religious leaders; or

(b) Trustee, official or member of the board of governors of your religious organization;

but only with respect to their duties as such.

(2) Any member of your religious organization, but only with respect to their liability for your activities or activities they perform on your behalf.

G. **Automatic Additional Insured**

**Section II - Who Is An Insured** is amended to include the following as additional insureds:

1. **Persons Or Organizations As Required By Written Contract Or Agreement - Exception For Law Enforcement**

Any person or organization that is not otherwise an insured under this Coverage Part and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

a. Occurs subsequent to the signing of that contract or agreement;

b. Is caused, in whole or in part, by your acts or omissions or the acts or omissions of any person or organization acting on your behalf; and

c. Arises out of your operations or the ownership, maintenance or use of premises you own or rent.

The most we will pay on behalf of the additional insured is the amount of insurance:

a. Required by the contract or agreement you have entered into with the additional insured; or

b. Available under the applicable limit of insurance;

whichever is less.

Coverage under this provision does not apply to any:

a. Law enforcement officer;

b. Public safety organization; or

c. Public entity;

that you contract with to enforce the law and protect persons or property for you or on your behalf.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 12 03 12 19

**2. Lessors Of Leased Equipment**

**a.** Any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**(1)** Only applies to the extent permitted by law; and

**(2)** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**b.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement you have entered into with the additional insured; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**3. Mortgagees, Assignees Or Receiver**

**a.** Any person(s) or organization(s) that is a mortgagee, assignee or receiver and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you.

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**c.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**4. Owners, Managers Or Lessors Of Premises**

**a.** Any person(s) or organization(s) that is a premises owner, manager or lessor, but only with respect to liability or "bodily injury", "property damage", or "personal and advertising injury" caused in whole or in part by your and those acting on your behalf in connection with the ownership, maintenance or use of that part of any premises leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) that is a premises owner, manager or lessor as describe above.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**5. Governmental Entities - Permits Or Authorizations Relating To Premises**

**a.** Any state or governmental agency or subdivision or political subdivision that issued a permit or authorization with respect to premises owned or occupied by, or rented or loaned to you, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**(1)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**(2)** The construction, erection or removal of elevators; or

**(3)** The ownership, maintenance or use of any elevators covered by this insurance.

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**6. Governmental Entities - Permits Or Authorizations Relating To Operations**

**a.** Any state or governmental agency or subdivision or political subdivision that has issued a permit or authorization with respect to operations performed by you or on your behalf, subject to the following provisions:

**(1)** This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

However:

**(a)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(b)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 12 03 12 19

      **(2)** This insurance does not apply to:

        **(a)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

        **(b)** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

  **b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

    If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **(1)** Required by the contract or agreement; or

    **(2)** Available under the applicable limits of insurance;

    whichever is less.

The addition of the above automatic additional insureds shall not increase the applicable limits of insurance.

**H. Incidental Medical Malpractice**

  **1.** The following is added to Paragraph **2.a.(1)** of **Section II - Who Is An Insured**:

    Unless you are in the business or occupation of providing professional health care services, Paragraphs **2.a.(1)(a)** through **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide:

    **a.** "Incidental medical services" by any "employee" of yours who is a nurse, nurse assistant, emergency medical technician or paramedic; or

    **b.** First aid, including first aid provided by a good Samaritan, by any of your "employees" or "volunteer workers", other than a doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid, including first aid provided by a Good Samaritan, during their work hours for you will be deemed to be acting within the scope of their employment or volunteer duties related to the conduct of your business.

  **2.** The following is added to Subparagraph **(1)** of Paragraph **4.b., Excess Insurance,** under **Section IV - Commercial General Liability Conditions**:

    **(1)** This insurance is excess over:

      Any other valid and collectible insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" or "volunteer workers" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" or first aid to any person.

  **3.** With respect to Incidental Medical Malpractice, the following is added to "occurrence" of the **Definitions** section.

    An act or omission committed in providing or failing to provide "incidental medical services" or first aid to a person, unless you are in the business or occupation of providing professional health care services. This includes first aid provided by a good Samaritan. All related acts or omissions committed in providing or failing to provide "incidental medical services" or first aid to any one person will be considered one "occurrence".

  **4.** The following are added to the **Definitions** section:

    "Incidental medical services" means:

    **a.** Medical, surgical, dental, laboratory or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

    **b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

**I. Newly Formed Or Acquired Entities**

  **1.** Paragraph **3.a** of **Section II - Who Is An Insured** is replaced by the following:

    **a.** Coverage under this provision is afforded only until the day shown in the Schedule of this endorsement after you acquire or form the organization or the end of the policy period, whichever is earlier;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**2.** The following is added to Paragraph 3 of **Section II - Who Is An Insured**:

Coverage under this provision is afforded only if you acquire or form the organization during the policy period.

**J. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

The following is added to Paragraph **2.a.** of **Section IV - Commercial General Liability Conditions:**

This condition applies only when the "occurrence" or offense which may result in a claim is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership; or

**(3)** An "executive officer" or insurance manager, if you are a corporation.

**K. Primary And Noncontributory - Other Insurance Condition**

The following is added to Paragraph **4. Other Insurance** of **Section IV - Commercial General Liability Conditions** and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**1.** The additional insured is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**L. Waiver Of Right Of Recovery By Written Contact Or Agreement**

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**, of **Section IV - Commercial General Liability Conditions:**

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against that person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided that the injury or damage occurs subsequent to the execution of the written contract or agreement.

**M. Additional Commercial General Liability Conditions**

The following conditions are added to **Section IV - Commercial General Liability Conditions:**

**1. Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**2. Unintentional Failure To Disclose Hazards**

It is agreed that, based on our reliance on your representations as to existing hazards, if you should unintentionally fail to disclose all such hazards prior to the beginning of the policy period of this Coverage Part, we shall not deny coverage under this Coverage Part because of such failure.

**N. Definitions**

**Bodily Injury - Mental Anguish**

The definition of "bodily injury" in the **Definitions** section is deleted and replaced by the following:

"Bodily injury" means bodily injury, sickness or disease sustained by a person including mental anguish, humiliation or death resulting from bodily injury, sickness or disease.

**O. Social Event Food Coverage**

**1.** With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed, in connection with the conduct of any of the following operations, when conducted by you or on your behalf:

**a.** A regularly-scheduled ministry social event for which food is provided free of charge;

**b.** Any coffee shop, snack bar or other food-related operations that are provided on your premises free of charge;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

CMCG 12 03 12 19

    **c.**  An incidental ministry fundraising project (lasting no more than two weeks);

    **d.**  Fair stand; or

    **e.**  A charitable food pantry or bank that is operated on your premises.

**2.**  Paragraph **a.** of the definition of "Products-completed operations hazard" in the **Definitions** section is replaced by the following:

"Products-completed operations hazard":

    **a.**  Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 21 04 03 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I:**

  **2. Exclusions:**

  This insurance does not apply to:

  **Asbestos**

  **a.** Under any Liability Coverage, "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected:

   **(1)** Ingestion, inhalation, absorption, presence or exposure or threat of exposure to asbestos in any form or goods, products or structures containing any form of asbestos;

   **(2)** Use of any form of asbestos in construction or manufacturing any goods, products or structures;

   **(3)** Removal of any form of asbestos from any goods, products or structures;

   **(4)** Discharge, dispersal, seepage, migration, release or escape of any form of asbestos; or

   **(5)** Manufacture, intellectual development, sale, transportation, storage, or disposal of any form of asbestos or goods, products or structures containing any form of asbestos.

  **b.** Any loss, cost or expense arising out of any:

   **(1)** Request, demand, order or statutory or regulatory requirements that any insured or others identify, abate, test for, sample, monitor, clean up, remove, cover, contain, treat, detoxify, decontaminate, neutralize, or mitigate; or in any way respond to or assess the effects of any form of asbestos; or repair, replace or improve any property as a result of such effects; or

   **(2)** Claim or "suit" by or on behalf of a government authority for damages because of identification of, abatement of, testing for, sampling, monitoring, clean up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing, mitigating, in any way responding to or assessing the effects of any form of asbestos or repairing, replacing or improving any property as a result of such effects.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2019

**COMMERCIAL GENERAL LIABILITY**
**CMCG 21 05 03 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

LIQUOR LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions of Section I:**

  **2. Exclusions:**

    This insurance does not apply to:

    **Lead**

    **a.** Under any Liability Coverage, "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected:

      **(1)** Ingestion, inhalation, absorption, presence or exposure or threat of exposure to any form of lead or goods, products or structures containing any form of any form of lead;

      **(2)** Use of any form of lead in constructing or manufacturing any goods, products or structures;

      **(3)** Removal of any form of lead from any goods, products or structures;

      **(4)** Discharge, dispersal, seepage, migration, release or escape of any form of lead; or

      **(5)** Manufacture, intellectual development, sale, transportation, storage or disposal of any form of lead or goods, products, or structures containing any form of lead.

    **b.** Any loss, cost or expense arising out of any:

      **(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of, any form of lead;

      **(2)** Claim or "suit" by or on behalf of a government authority for damages because of identification of, abatement of, testing for, sampling, monitoring, cleaning up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing, mitigating, in any way responding to or assessing the effects of any form of lead or repairing, replacing, or improving any property as a result of such effects.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2019

**COMMERCIAL GENERAL LIABILITY**
**CMCG 21 14 03 19**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - RELIGIOUS INSTITUTIONS - AFFILIATED ENTITY PERSONAL AND ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

    **2.** Exclusions:

    This insurance does not apply to:

    **Affiliated Entity Personal And Advertising Injury**

    Injury, including consequential "bodily injury", arising out of one or more of the following offenses:

      **a.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor, occupies, when such offense is alleged against an insured by an "affiliated entity"; or

      **b.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, when such offense is alleged against an insured by an "affiliated entity".

**B.** The following definition is added to the **Definitions** section:

    "Affiliated entity" means any Named Insured, or any other entity or organization with which the Named Insured is, has been, is claimed to be, or is claimed to have been affiliated or associated, or which any Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, camps, conference centers, and any other similar entity or organization.  "Affiliated entity" includes all "insured persons", employees, members, or volunteers of such entity or organization and all "insured persons", employees, members, or volunteers of any Named Insured.

**C.** The definition of "executive officers and directors" in the **Definitions** section is replaced by the following:

    "Executive officers and directors" means:

    Any past, present or future:

    **1.** Religious leaders;

    **2.** Trustee, official, director or member of the board of governors of your religious organization; or

    **3.** Person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document

    but only with respect to their duties as such.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**COMMERCIAL GENERAL LIABILITY**
**CMCG 21 18 03 19**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ABUSIVE BEHAVIOR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages:**

   **2.** Exclusions:

     This insurance does not apply to:

     **Abusive Behavior**

     Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

     **(1)** Actual, alleged, or threatened "abusive behavior" of any person; or

     **(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "abusive behavior".

**B.** For the purposes of this endorsement, the following definition is added to the Definitions section:

   "Abusive behavior" means any physical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 21 19 03 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - NONPHYSICAL ABUSIVE BEHAVIOR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages**:

    **2.** Exclusions:

        This insurance does not apply to:

        **Nonphysical Abuse**

        Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

        **(1)** Actual, alleged, or threatened "nonphysical abusive behavior" of any person; or

        **(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "nonphysical abusive behavior".

**B.** For the purposes of this endorsement, the following definition is added to the **Definitions** section:

    "Nonphysical abusive behavior" means any nonphysical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 21 24 03 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SEXUAL MISCONDUCT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages**:

**2.** Exclusions:

This insurance does not apply to:

**Sexual Misconduct**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

**(1)** Actual, alleged, or threatened "sexual misconduct" of any person; or

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "sexual misconduct".

**B.** For the purposes of this endorsement, the following definition is added to the **Definitions** section:

"Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

**a.** Molestation;

**b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

**c.** Harassment, sexual advances;

**d.** Victimization, exploitation, requests for sexual favors;

**e.** Coercion to engage in sexual activities;

**f.** Exhibitionism, voyeurism;

**g.** Verbal or non-verbal communication; or

**h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

   **2. Exclusions**

    This insurance does not apply to:

    **Communicable Disease**

    "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

    **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

    **b.** Testing for a communicable disease;

    **c.** Failure to prevent the spread of the disease; or

    **d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

   **2. Exclusions**

    This insurance does not apply to:

    **Communicable Disease**

    "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

    **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

    **b.** Testing for a communicable disease;

    **c.** Failure to prevent the spread of the disease; or

    **d.** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2008

COMMERCIAL GENERAL LIABILITY
CG 21 71 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

© Insurance Services Office, Inc., 2015

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   b. The act resulted in damage:

      (1) Within the United States (including its territories and possessions and Puerto Rico); or

      (2) Outside of the United States in the case of:

         (a) An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

         (b) The premises of any United States mission; and

   c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

   Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

D. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

# CYBER LIABILITY AND DATA BREACH RESPONSE COVERAGE FORM

## THIS COVERAGE FORM PROVIDES CLAIMS-MADE COVERAGE.
## PLEASE READ THE ENTIRE FORM CAREFULLY.

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section III - Who Is An Insured.**

Other words and phrases that appear in quotation marks have special meaning.  Refer to **Section VIII - Definitions.**

This Coverage Form includes coverage on a claims-made basis and such coverage applies only to "claims" first made and reported to the insured during the policy period or the Supplemental Extended Reporting Period (if applicable) and reported to us in accordance with the terms of this Coverage Form.  Amounts incurred as "claims expenses" will reduce and may exhaust the Limits of Liability as defined in **Section IV - Limits Of Liability And Coverage.**  "Claims expenses" will also be applied against the retention.

## SCHEDULE

The following is a summary of the Insuring Agreements and Limits provided by this Coverage Form and applicable Retentions. Refer to the specific coverage within this Coverage Form to determine the scope of the insurance protection.

| DESCRIPTION OF COVERAGE | LIMIT | RETENTION |
|---|---|---|
| **BREACH RESPONSE SERVICES** | | |
| The following limits are in addition to the Cyber Liability Coverage Aggregate Limit of Liability | | |
| • Breach Response Services (All Legal, Computer Expert and Public Relations/Crisis Management Services) Aggregate Limit | $25,000 | $2,500 |
| • Notified Individuals | 5,000 Individuals | None |
| **DESCRIPTION OF COVERAGE** | **LIMIT OF LIABILITY** | **RETENTION** |
| **FIRST PARTY LOSS AND LIABILITY COVERAGES** | | |
| Cyber Liability Coverage Aggregate Limit Of Liability | $50,000 | |
| | | |
| The following limits are part of and not in addition to the Cyber Liability Coverage Aggregate Limit of Liability | | |
| **First Party Loss** | | |
| • Business Interruption Loss | $10,000 | $5,000 |
| • Cyber Extortion Loss | $10,000 | $2,500 |
| • Data Recovery Costs | $10,000 | $2,500 |
| **Liability** | | |
| • Data And Network Liability | $50,000 | None |
| • Regulatory Defense And Penalties | $10,000 | None |
| • Payment Card Liabilities And Costs | $5,000 | None |
| • Media Liability | $50,000 | None |
| **eCrime** | | |
| • Fraudulent Instruction | $10,000 | $2,500 |
| • Funds Transfer Fraud | $10,000 | $2,500 |
| • Telephone Fraud | $10,000 | $2,500 |
| **Criminal Reward** | $10,000 | None |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

 Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**SECTION I - INSURING AGREEMENTS**

We have issued this policy:

1. In reliance upon the statements contained in the information and materials provided to us in connection with the underwriting and issuance of this Coverage Form; and

2. In consideration of the payment of the premium.

Coverage is provided under the following insuring agreements for which Limits are shown in the Schedule of this form.

**A. Breach Response Services**

We will provide "breach response services" to the "insured organization" because of an actual or reasonably suspected "data breach" or "security breach" that the insured first discovers during the policy period.

**B. First Party Loss**

**1. Business Interruption Loss**

We will indemnify the "insured organization" for "business interruption loss" that the "insured organization" sustains as a result of a "security breach" that the insured first discovers during the policy period.

**2. Cyber Extortion Loss**

We will indemnify the "insured organization" for "cyber extortion loss" incurred by the "insured organization" as a direct result of an "extortion threat" first made against the "insured organization" during the policy period.

**3. Data Recovery Costs**

We will indemnify the "insured organization" for "data recovery costs" incurred by the "insured organization" as a direct result of a "security breach" that the insured first discovers during the policy period.

**C. Liability**

**1. Data And Network Liability**

We will pay "damages" and "claims expenses" which the insured is legally obligated to pay because of any "claim" first made against the insured during the policy period for:

**a.** A "data breach";

**b.** A "security breach";

**c.** The "insured organization's" failure to timely disclose a "data breach" or "security breach"; or

**d.** Failure by the insured to comply with that part of a "privacy policy" that specifically:

**(1)** Prohibits or restricts the "insured organization's" disclosure, sharing or selling of "personally identifiable information";

**(2)** Requires the "insured organization" to provide an individual access to "personally identifiable information" or to correct incomplete or inaccurate "personally identifiable information" after a request is made; or

**(3)** Mandates procedures and requirements to prevent the loss of "personally identifiable information";

Provided the "insured organization" has in force, at the time of such failure, a "privacy policy" that addresses those subsections above that are relevant to such "claim".

**2. Regulatory Defense And Penalties**

We will pay "penalties" and "claims expenses" which the insured is legally obligated to pay because of a "regulatory proceeding" first made against any insured during the policy period for a "data breach" or "security breach".

**3. Payment Card Liabilities And Costs**

We will indemnify the "insured organization" for "payment card liability and costs" which the insured is legally obligated to pay because of a "claim" first made against any insured during the policy period.

**4. Media Liability**

We will pay "damages" and "claims expenses" which the insured is legally obligated to pay because of any "claim" first made against the insured during the policy period for "media liability".

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**D. eCrime**

We will indemnify the "insured organization" for any direct financial loss incurred by the "insured organization" as a direct result from:

1. "Fraudulent instruction";

2. "Funds transfer fraud"; or

3. "Telephone fraud";

that the insured first discovers during the policy period.

**E. Criminal Reward**

We will indemnify the "insured organization" for "criminal reward funds".

**SECTION II - EXCLUSIONS**

This coverage does not apply to any "claim" or "loss":

**A. Bodily Injury Or Property Damage**

For, arising out of or resulting from:

1. Physical injury, sickness, disease or death of any person, including any mental anguish or emotional distress resulting from such physical injury, sickness, disease or death; or

2. Physical injury to or destruction of any tangible property, including the loss of use thereof; provided that electronic data will not be considered tangible property for purposes of this exclusion.

**B. Trade Practices And Antitrust**

For, arising out of or resulting from any actual or alleged false, deceptive or unfair trade practices; antitrust violation; restraint of trade; unfair competition (except as provided in the Media Liability insuring agreement); false, deceptive or misleading advertising or violation of the Sherman Antitrust Act, the Clayton Act or the Robinson-Patman Act.

This exclusion will not apply to:

1. The provisions of "breach response services"; or

2. Coverage for a "data breach" or "security breach";

Provided no member of the "control group" participated or colluded in such "data breach" or "security breach".

**C. Gathering Or Distribution of Information**

For, arising out of or resulting from:

1. The actual or alleged unlawful collection or retention of "personally identifiable information" or other personal information by or on behalf of the "insured organization"; or

2. The distribution of unsolicited email, text messages, direct mail, facsimiles or other communications, wiretapping, audio or video recording or telemarketing, if such distribution, wiretapping, recording or telemarking is done by or on behalf of the "insured organization".

This exclusion will not apply to "claims expenses" incurred in defending the insured against allegations of unlawful collection of "personally identifiable information" or audio or video recording.

**D. Prior Known Acts And Prior Notice Claims**

For, arising out of or resulting from:

1. Any act, error, omission, incident or event committed or occurring prior to the inception date of this Coverage Form if any member of the "control group" on or before the inception date of this Coverage Form knew or could have reasonably foreseen that such act, error or omission, incident or event might be expected to be the basis of a "claim" or "loss";

2. Any "claim", "loss", incident or circumstance for which notice has been provided under any prior policy or endorsement of which this Coverage Form is a renewal or replacement.

**E. Racketeering, Benefit Plans, Employment Liability And Discrimination**

For, arising out of or resulting from any of the following:

1. Any actual or alleged violation of the Organized Crime Control Act of 1970 (commonly known as Racketeer Influenced and Corrupt Organizations Act or RICO), as amended;

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

2. Any actual or alleged acts, errors or omissions related to any of the "insured organization's" pension, healthcare, welfare, profit sharing, mutual or investment plans, funds or trusts, including any violation of any provision of the Employee Retirement Income Security Act of 1974 (ERISA);

3. Any employer-employee relations, policies, practices, acts or omissions; any actual or alleged refusal to employ any person or misconduct with respect to employees; or

4. Any actual or alleged discrimination;

However, this exclusion does not apply to any otherwise covered "claim" under **Section I - Insuring Agreements, A. Breach Response Services** or Paragraphs **1., 2.** or **3.** of **Section I - Insuring Agreements, C. Liability, 1. Data and Network Liability**, provided that no member of the "control group" participated or colluded in such "data breach".

**F. Sale Of Ownership Of Securities And Violation of Securities Laws**

For, arising out of resulting from any of the following:

1. The ownership, sale, purchase of or the offer to sell or purchase stock or other securities; or

2. Any actual or alleged violation of any securities law, regulation or legislation.

**G. Criminal, Intentional Or Fraudulent Acts**

Arising out of or resulting from any criminal, dishonest, fraudulent or malicious act, error or omission or intentional or knowing violation of the law, if committed by an insured, or by others if the insured colluded or participated in any such conduct or activity.

This exclusion will not apply to:

1. "Claims expenses" incurred in defending any "claim" alleging the foregoing until such time as there is a final nonappealable adjudication; or

2. A "claim" or "loss" against a natural person insured if such insured did not personally commit, participate in or know about any act, error, omission, incident or event giving rise to such "claim" or "loss".

For purposes of this exclusion, only acts, errors, omissions or knowledge of a member of the "control group" will be imputed to the "insured organization".

**H. Patent, Software Copyright Or Misappropriation Of Information**

For, arising out of or resulting from any actual or alleged:

1. Infringement, misuse or abuse of patent or patent rights;

2. Infringement of copyright arising from or related to software code or software products other than infringement resulting from a theft or "unauthorized access or use" of software code by a person who is not a past, present or future employee, director, officer, partner or independent contractors of the "insured organization"; or

3. Use or misappropriation of any ideas, trade secrets or third party corporate information by, or on behalf of, the "insured organization", or by any other person or entity if such use or misappropriation is done with the knowledge, consent or acquiescence of a member of the "control group".

**I. Governmental Actions**

In connection with or resulting from a "claim" brought by or on behalf of any state, federal, local or foreign governmental entity, in such entity's regulatory or official capacity;

This exclusion will not apply to the coverage provided under **Section I - Insuring Agreements, C. Liability, 2. Regulatory Defense And Penalties.**

**J. Other Insureds**

For, arising out of or resulting from a "claim" by or on behalf of one or more insureds under this Coverage Form against any other insured(s) under this Coverage Form.

This exclusion does not apply to a "claim" made by an individual that is not a member of the "control group" under **Section I - Insuring Agreements, C. Liability, 1. Data And Network Liability**

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**K. Related Enterprises**

For, arising out of or resulting from any "claim" made by any business enterprise in which any insured has greater than a fifteen percent (15%) ownership interest or made by any parent company or other entity which owns more than fifteen percent (15%) of the Named Insured.

**L. Trading Losses, Loss of Money And Discounts**

For, arising out of or resulting from any of the following:

1. Any trading losses, trading liabilities or change in value of accounts;

2. Any loss, transfer or theft of monies, securities or tangible property of the insured or others in the care, custody or control of the "insured organization";

3. The monetary value of any transactions or electronic fund transfers by or on behalf of the insured which is lost, diminished or damaged during transfer from, into or between accounts; or

4. The value of coupons, price discounts, prizes, awards, or any other valuable consideration given in excess of the total contracted or expected amount.

This exclusion will not apply to coverage provided under **Section I - Insuring Agreements, D. eCrime.**

**M. Media-Related Exposures**

With respect to the Media Liability insuring agreement, for, arising out of or resulting from:

1. Any contractual liability or obligation, excluding a "claim" for misappropriation or ideas under implied contract;

2. The actual or alleged obligation to make licensing fees or royalty payments;

3. Any costs or expenses incurred or to be incurred by the insured or others for the reprinting, reposting, recall, removal or disposal of any "media material" or any other information, content or media, including any media or products containing such "media material", information, content or media;

4. Any "claim" brought by or on behalf of any intellectual property licensing bodies or organizations;

5. The actual or alleged inaccurate, inadequate or incomplete description of the price of goods, products or services; cost guarantees; cost representations or contract price estimates; the authenticity of any goods, products or services or the failure of any goods or services to conform with any represented quality or performance;

6. Any actual or alleged gambling, contest, lottery, promotional game or other game of chance; or

7. Any "claim" made by or on behalf of any independent contractor, joint venture or venture partner arising out of or resulting from disputes over ownership of rights in "media material" or services provided by such independent contractor, joint venture or venture partner.

**N. First Party Loss**

With respect to the Media Liability insuring agreement, for, arising out of or resulting from:

1. Seizure, nationalization, confiscation or destruction of property or data by order of any governmental or public authority;

2. Costs or expenses incurred by the insured to identify or remediate software program errors or vulnerabilities or update, replace, restore, assemble, reproduce, recollect or enhance data or "computer systems" to a level beyond that which existed prior to a "security breach" or "extortion threat";

3. Failure or malfunction of satellites or of power, utility, mechanical or telecommunications (including internet) infrastructure or services that are not under the "insured organization's" direct operational control; or

4. Fire, flood, earthquake, volcanic eruption, explosion, lightning, wind, hail, tidal wave, landslide, act of God or other physical event.

**O. War And Civil War**

For, arising out of or resulting from, directly or indirectly occasioned by, happening through or in consequence of: war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority; provided that this exclusion will not apply to cyber terrorism.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

For purposes of this exclusion, cyber terrorism means the premeditated use of disruptive activities, or threat to use disruptive activities, against a computer system or network with the intention to cause harm, further social, ideological, religious, political or similar objectives, or to intimidate any person(s) in furtherance of such objectives.

**P. Asbestos, Pollution And Contamination**

Either in whole or in part, directly or indirectly arising out of or resulting from or in consequence of, or in any way involving:

1. Asbestos, or any materials containing asbestos in whatever form or quantity;

2. The actual, potential, alleged or threatened formation, growth, presence, release or dispersal of any fungi, molds, spores or mycotoxins of any kind; any action taken by any party in response to the actual, potential, alleged or threatened formation, growth, presence, release or dispersal of fungi, molds, spores or mycotoxins of any kind, such action to include investigating, testing for, detection of, monitoring of, treating, remediating or removing such fungi, molds, spores or mycotoxins; and any governmental or regulatory order, requirement, directive, mandate or decree that any party take action in response to the actual, potential, alleged or threatened formation, growth, presence, release or dispersal of fungi, molds, spores or mycotoxins of any kind, such action to include investigating, testing for, detection of, monitoring of, treating, remediating or removing such fungi, molds, spores or mycotoxins;

   We will have no duty or obligation to defend any insured with respect to any "claim" or governmental or regulatory order, requirement, directive, mandate or decree which either in whole or in part, directly or indirectly, arises out of or results from or in consequence of, or in any way involves the actual, potential, alleged or threatened formation, growth, presence, release or dispersal of any fungi, molds, spores or mycotoxins of any kind;

3. The existence, emission or discharge of any electromagnetic field, electromagnetic radiation or electromagnetism that actually or allegedly affects the health, safety or condition of any person or the environment, or that affects the value, marketability, condition or use of any property; or

4. The actual, alleged or threatened discharge, dispersal, release or escape of pollutants; or any governmental, judicial or regulatory directive or request that the insured or anyone acting under the direction or control of the insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants. Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant including gas, acids, alkalis, chemicals, heat, smoke, vapor, soot, fumes or waste. Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed.

**Q. Sanction Limitation**

No insurer or reinsurer shall be deemed to provide coverage and no insurer or reinsurer shall be liable to pay any "claim" or provide any benefit hereunder to the extent that the provision of such cover, payment of such "claim" or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, law or regulations of the European Union, United Kingdom or United States of America.

**SECTION III - WHO IS AN INSURED**

**A.** If you are designated in the Declarations as:

1. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

2. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

3. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

4. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

5. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**B.** Each of the following is also an insured:

1. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

   **a.** "Bodily injury" or "personal and advertising injury":

   **(1)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   **(2)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **a.(1)** above;

   **(3)** For which there is any obligation to share "damages" with or repay someone else who must pay "damages" because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

   **(4)** Arising out of his or her providing or failing to provide professional health care services.

   **b.** "Property damage" to property:

   **(1)** Owned, occupied or used by;

   **(2)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

   you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

2. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

3. Any person or organization having proper temporary custody of your property if you die, but only:

   **a.** With respect to liability arising out of the maintenance or use of that property; and

   **b.** Until your legal representative has been appointed.

4. Your legal representative if you die, but only with respect to duties as such.  That representative will have all your rights and duties under this Coverage Part.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION IV - LIMITS OF LIABILITY AND COVERAGES

**A.** The limits shown in the Schedule of this form and the rules above fix the most we will pay regardless of the number of:

1. Insureds; or

2. Claims made.

**B. Limits of Liability**

The Cyber Liability Coverage Aggregate Limit Of Liability shown in the Schedule of this form is our combined total limit of liability for all "loss", other than "breach response services", payable under this Coverage Form.

The limit of liability payable under each insuring agreement will be an amount equal to the Cyber Liability Coverage Aggregate Limit Of Liability unless another amount is shown in the Schedule of this form. The amount shown is the aggregate sublimit payable under this Coverage Form pursuant to such insuring agreement and is part of, and not in addition to, the Cyber Liability Coverage Aggregate Limit Of Liability.

We will not be obligated to pay any "damages", "penalties", "payment card liability and costs" or "claims expenses" or to undertake or continue defense of any "claim", suit or proceeding after the Cyber Liability Coverage Aggregate Limit of Liability has been exhausted or after deposit of the Cyber Liability Coverage Aggregate Limit of Liability in a court of competent jurisdiction.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**C. Breach Response Limits**

Coverage for "breach response services" under this Coverage Form is in addition to the Cyber Liability Coverage Aggregate Limit of Liability.

The Breach Response Services Aggregate Limit shown in the Schedule of this form is the aggregate limit of coverage for all services and costs covered under Parts **1.**, **2.**, **3.** and **7.** of the definition of "breach response services" in **Section VIII - Definitions**.

The Notified Individuals Limit shown in the Schedule of this form is the maximum total number of notified individuals to whom notification, call center and credit or identity monitoring will be provided or attempted for all incidents or series of related incidents giving rise to an obligation to provide "breach response services".

If the total number of individuals to be notified under this Coverage Form exceeds the Notified Individuals Limit shown in the Schedule of this form, the insured will be responsible for notifying and providing call center services and credit or identity monitoring services to such additional individuals. All excess notifications will be provided by the same service provider that provides notification services covered under this Coverage Form, and the costs will be allocated between us and the insured pro rata based on the number of covered and non-covered notifications.

## SECTION V - RETENTIONS

**A.** The retention amounts shown in the Schedule of this form apply separately to each incident, event or related incidents or events giving rise to a "claim" or "loss". The retention shall be satisfied by monetary payments by the Named Insured of covered "loss" under each insuring agreement. If any "loss" arising out of an incident or "claim" is subject to more than one retention, the retention for each applicable insuring agreement will apply to such "loss", provided that the sum of such retention amounts will not exceed the largest applicable retention amount.

**B.** The Breach Response Services Retention shown in the Schedule of this form applies separately to each incident, event or related incidents or events giving rise to legal, forensic or public relations or crisis management services and costs covered under Parts **1.**, **2.**, **3.** and **7.** of the definition of "breach response services" in **Section VIII - Definitions**. The retention shall be satisfied by monetary payments by the Named Insured for such services and costs.

**C.** Coverage for "business interruption loss" will apply after the "waiting period" has elapsed and we will then indemnify the Named Insured for all "business interruption loss" sustained during the "period of restoration" in excess of the retention. This retention will be reduced on a dollar-for-dollar basis by the amount of "income loss" that was sustained by the "insured organization" during the "waiting period".

**D.** Satisfaction of the applicable retention is a condition precedent to the payment of any "loss" under this Coverage Form, and we will be liable only for the amounts in excess of such retention. The Named Insured will make direct payments within the retention to appropriate other parties designated by us.

## SECTION VI - CONDITIONS

**A. Notice of Claim or Loss**

If any "claim" is made against the insured, the insured shall forward as soon as practicable to us written notice of such "claim". In no event shall we be given notice of a "claim" later than 60 days after the expiration date of the policy period or the end of the Supplemental Extended Reporting Period, if applicable.

With respect to "breach response services", the insured must notify us of any actual or reasonably suspected "data breach" or "security breach" as soon as practicable after discovery by the insured, but in no event later than 60 days after the end of the policy period. Notice of an actual or reasonably suspected "data breach" or "security breach" in conformance with this paragraph will also constitute notice of a circumstance that could reasonably be the basis for a "claim".

With respect to "cyber extortion loss", the Named Insured must notify us as soon as practicable after discovery of an "extortion threat" but no later than 60 days after the end of the policy period. The Named Insured must obtain our consent prior to incurring "cyber extortion loss".

With respect to "data recovery costs" and "business interruption loss", the Named Insured must notify us as soon as practicable after discovery of the circumstance, incident or event giving rise to such loss. The Named Insured will provide us a proof of "data recovery costs" and "business interruption loss". All loss described in this paragraph must be reported, and all proofs of loss must be provided, to us no later than six (6) months after the end of the policy period.

The Named Insured must notify us of any "loss" covered under the eCrime insuring agreement as soon as practicable, but in no event later than 60 days after the end of the policy period.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Any "claim" arising out of a "loss" that is covered under the Breach Response Services, any First Party or eCrime insuring agreements and that is reported to us in conformance with the foregoing will be considered to have been made during the policy period.

**B. Notice of Circumstance**

If, during the policy period, the insured becomes aware of any circumstance that could reasonably be the basis for a "claim" (other than a "data breach" or "security breach" noticed under the Data Breach Response insuring agreement), the insured may give written notice to us as soon as practicable during the policy period. Such notice must include:

1. The specific details of the act, error, omission or event that could reasonably be the basis for a "claim";
2. The injury or damage which may result or has resulted from the circumstance; and
3. The facts by which the insured first became aware of the act, error, omission or event.

Any subsequent "claim" made against the insured arising out of any circumstance which is the subject of the written notice will be deemed to have been made at the time written notice complying with the above requirements was first given to us.

**C. Defense of Claims**

Except with respect to coverage under the Payment Card Liabilities And Costs insuring agreement, we have the right and duty to defend any covered "claim" or "regulatory proceeding". Defense counsel will be mutually agreed by the Named Insured and us but, in the absence of such agreement, our decision will be final.

With respect to the Payment Card Liabilities And Costs insuring agreement, coverage will be provided on an indemnity basis and legal counsel will be chosen by us in consultation with the Named Insured.

**D. Settlement of Claims**

If the insured refuses to consent to any settlement recommended by us and acceptable to the claimant, our liability for such "claim" will not exceed:

1. The amount for which the "claim" could have been settled, less the remaining retention; plus
2. The "claims expenses" incurred up to the time of such refusal; plus
3. 60% of any "claims expenses" incurred after the date such settlement or compromise was recommended to the insured; plus
4. 60% of any "damages", "penalties" and "payment card liability and costs" above the amount for which the "claim" could have been settled. The remaining 40% of such "claims expenses" and "damages" must be borne by the insured at their own risk and uninsured;

And we will have the right to withdraw from further defense of such "claim".

We agree that the insured may settle any "claim" where the "damages"; "penalties"; "payment card liability and costs" and "claims expenses" do not exceed the retention, provided that the entire "claim" is resolved and the insured obtains a full release on behalf of all insureds from all claimants

**E. Assistance and Cooperation**

We will have the right to make any investigation we deem necessary, and the insured will cooperate with us in all investigations, including investigations regarding coverage under this Coverage Form and the information and materials provided to us in connection with the underwriting and issuance of this Coverage Form. The insured will execute or cause to be executed all papers and render all assistance as is requested by us. The insured agrees not to take any action which in any way increases our exposure under this Coverage Form. Expenses incurred by the insured in assisting and cooperating with us do not constitute "claims expenses" under the Coverage Form.

The insured will not admit liability, make any payment, assume any obligations, incur any expense, enter into any settlement, stipulate to any judgment or award or dispose of any "claim" without our written consent, except as specifically provided in Paragraph **D. Settlement of Claims** above. Compliance with a "breach notice law" will not be considered an admission of liability.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**F. Subrogation**

If any payment is made under this Coverage Form and there is available to us any of the insured's rights of recovery against any other party, then we will maintain all such rights of recovery. The insured will do whatever is reasonably necessary to secure such rights and will do nothing after an incident or event giving rise to a "claim" or "loss" to prejudice such rights. If the insured has waived its right to subrogate against a third party through written agreement made before an incident or event giving rise to a "claim" or "loss" has occurred, then we waive our rights to subrogation against such third party. Any recoveries will be applied first to subrogation expenses, second to "loss" paid by us and lastly to the retention. Any additional amounts recovered will be paid to the Named Insured.

**G. Other Insurance**

1. This insurance is excess over any other valid and collectible insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Form.

   When this insurance is excess, we will have no duty under this Coverage Form to defend the "insured organization" against any "suit" if any other insurer has a duty to defend the "insured organization" against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the "insured organization's" rights against all those other insurers.

2. When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

   **a.** The total amount that all such other insurance would pay for the "loss" in the absence of the insurance provided under this Coverage Form; and

   **b.** The total of all deductible and self-insured amounts under all that other insurance.

**H. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**I. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**J. Representation by the Insured**

This condition applies if you have completed an application and it is used as the basis for our issuing this policy.

You represent that all information and statements contained in the "application" are true, accurate and complete. All such information and statements are the basis for our issuing this policy and will be considered as incorporated into and shall constitute a part of this policy. Misrepresentation of any material fact may be grounds for the rescission of this policy.

**K. Named Insured As Agent**

The Named Insured will be considered the agent of all "insured organizations" and will act on behalf of all "insured organizations" with respect to the giving of or receipt of all notices pertaining to this Coverage Form and the acceptance of any endorsements to this Coverage Form. The Named Insured is responsible for the payment of all premiums and retentions and for receiving any return premiums.

**L. Territory**

This insurance applies to "claims" made, acts committed or "loss" occurring anywhere in the world.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 03 04 20

**M. Antistacking**

In consideration of the premium charged for this Coverage Form, it is hereby understood and agreed that notwithstanding anything to the contrary contained in this Coverage Form, in the event any incident, event or related incidents or events giving rise to a "claim" or an obligation to provide "breach response services" triggers coverage under this Coverage Form and any other endorsement issued by us, our liability under this Coverage Form and such other endorsement(s) combined will not exceed the amount of the largest endorsement aggregate limit of liability or applicable sublimits of liability.

## SECTION VII - EXTENDED REPORTING PERIODS

**A. Basic Extended Reporting Period**

1. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 60 days. A "claim" first made and reported by the insured during this 60-day period will be considered to have been received within the policy period. However, the 60-day Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance purchased by the insured, or that would be covered but for exhaustion of the Aggregate Limit of Insurance applicable to such "claims".

2. The Basic Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" to which the following applies:

   **a.** The "claim" is first made and reported to us during the Basic Extended Reporting Period; and

   **b.** The "claim" must be for any act, error or omission committed before the end of the policy period.

**B. Supplemental Extended Reporting Period**

1. A Supplemental Extended Reporting Period is available if this policy is canceled or not renewed by either you or us, but only by endorsement and for an extra charge. The Supplemental Extended Reporting Period starts when the Basic Extended Reporting Period set forth in Paragraph **A.** ends. The Supplemental Extended Reporting Period is available unless:

   **a.** We cancel this policy for nonpayment of premium; or

   **b.** You fail to pay any amounts owed us.

2. In order to obtain a Supplemental Extended Reporting Period, you must give us a written request for the Supplemental Extended Reporting Period Endorsement together with the full payment of the additional premium for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

3. The Supplemental Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" to which the following applies:

   **a.** The "claim" is first made and reported to us during the Supplemental Extended Reporting Period; and

   **b.** The "claim" must be for any act, error or omission committed before the end of the policy period.

4. Once in effect, the Supplemental Extended Reporting Period may not be canceled. The premium for the Supplemental Extended Reporting Period Endorsement will be deemed to be fully earned as of the date it is purchased.

**C.** There is no separate or additional Cyber Liability Coverage Aggregate Limit of Liability, any aggregate sublimit of liability or Breach Response limits for the Basic Extended Reporting Period or the Supplemental Extended Reporting Period. The limits of insurance available during the Basic Extended Reporting Period, and the Supplemental Extended Reporting Period if purchased, shall be the remaining amount, if any, of the Cyber Liability Coverage Aggregate Limit of Liability, any aggregate sublimit of liability or Breach Response limits for the respective insuring agreement, at the time this policy was canceled or nonrenewed.

## SECTION VIII - DEFINITIONS

**A.** "Application" means the signed application for this policy or any policy that this policy renews, replaces or succeeds in time, including any attachments and other materials submitted with or requested in conjunction with the signed application.

**B.** "Breach notice law" means any statute or regulation that requires notice to persons whose personal information was accessed or reasonably may have been accessed by an unauthorized person. "Breach notice law" also includes any statute or regulation requiring notice of a "data breach" to be provided to governmental or regulatory authorities.

**C.** "Breach Response Services" means the following fees and costs in response to an actual or reasonably suspected "data breach" or "security breach":

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

1.  For an attorney to provide necessary legal advice to the "insured organization" to evaluate its obligations pursuant to "breach notice laws" or a "merchant services agreement" and in connection with providing the "breach response services" described below;

2.  For a computer security expert to determine the existence, cause and scope of an actual or reasonably suspected "data breach", and if such "data breach" is actively in progress on the "insured organization's" "computer systems", to assist in containing it;

3.  For a Payment Card Industry (PCI) Forensic Investigator to investigate the existence and extent of an actual or reasonably suspected "data breach" involving payment card data and for a Qualified Security Assessor to certify and assist in attesting to the "insured organization's" PCI compliance as required by a "merchant services agreement";

4.  To notify those individuals whose "personally identifiable information" was potentially impacted by a "data breach";

5.  To provide a call center to respond to inquiries about a "data breach";

6.  To provide a credit monitoring, identity monitoring or other solution approved by us to individuals whose "personally identifiable information" was potentially impacted by a "data breach"; and

7.  For public relations and crisis management directly related to mitigating harm to the "insured organization" which are approved in advance by us in our discretion.

"Breach response services" will be provided by providers chosen by us in consultation with the insured, will be subject to the terms and conditions of this Coverage Form and will not include any internal salary or overhead expenses of the "insured organization".

D.  "Business interruption loss" means the actual sustained "income loss", "forensic expenses" and "extra expense" incurred during the "period of restoration" as a result of the actual interruption of the "insured organization's" business operations caused by a "security breach".  Coverage for "business interruption loss" will apply only after the "waiting period" has elapsed.

"Business interruption loss" does not include:

1.  Loss arising out of any liability to any third party;

2.  Legal costs or legal expenses;

3.  Loss incurred as a result of unfavorable business conditions;

4.  Loss of market or any other consequential loss; or

5.  "Data recovery costs".

E.  "Claim" means:

1.  A written demand received by any insured for "money" or services;

2.  With respect to coverage provided under Part **a. of Section I - Insuring Agreements, C. Liability, 1. Data and Network Liability** only, a demand received by any insured to fulfill the "insured organization's" contractual obligation to provide notice of a "data breach" pursuant to a "breach notice law"; and

3.  With respect to coverage provided under **Section I - Insuring Agreements, C. Liability, 2. Regulatory Defense And Penalties** only, institution of a "regulatory proceeding" against any insured.

Multiple "claims" arising from the same or a series of related, repeated or continuing acts, errors, omissions or events will be considered a single "claim" for the purposed of this Coverage Form.  All such "claims" shall be deemed to have been made at the time of the first such "claim".

F.  "Claims expenses" means:

1.  All reasonable and necessary legal costs and expenses resulting from the investigation, defense and appeal of a "claim" if incurred by us or the insured with our prior written consent; and

2.  The premium cost for appeal bonds for covered judgments or bonds to release property used to secure a legal obligation, if required in any "claim" against an "insured" provided that we shall have no obligation to appeal or to obtain bonds.

"Claims expenses" do not include any salary, overhead, other charges by the insured for any time spent in cooperating in the defense and investigation of any "claim" or circumstance that might lead to a "claim" under this Coverage Form or costs to comply with any regulatory orders, settlements or judgments.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**G.** "Computer systems" means computers, any software residing on such computers and associated devices or equipment:

    **1.** Operated by and either owned by or leased to the "insured organization", or

    **2.** With respect to coverage provided under **Section I - Insuring Agreements, A. Breach Response** and **C. Liability** only, operated by a third party pursuant to written contract with the "insured organization" and used for providing hosted computer application services to the "insured organization" or for processing, maintaining, hosting or storing the "insured organization's" electronic data.

**H.** "Control group" means any principal, partner, corporate officer, director, general counsel (or most senior legal counsel) or risk manager of the "insured organization" and any individual in a substantially similar position.

**I.** "Criminal reward funds" means any amount offered and paid by the "insured organization" with our prior written consent for information that leads to the arrest and conviction of any individual(s) committing or trying to commit any illegal act related to any coverage under this Coverage Form.

"Criminal reward funds" does not include any amount based upon information provided by the insured, the insured's auditors or any individual hired or retained to investigate the illegal acts.

All "criminal reward funds" offered pursuant to this Coverage Form must expire no later than six (6) months following the end of the policy period.

**J.** "Cyber extortion loss" means:

    **1.** Any "extortion payment" that has been made by or on behalf of the "insured organization" with our prior written consent to prevent or terminate an "extortion threat"; and

    **2.** Reasonable and necessary expenses incurred by the "insured organization" with our prior written consent to prevent or respond to an "extortion threat".

**K.** "Damages" means a monetary judgment, award or settlement, including any award of prejudgment or post-judgment interest; but "damages" does not include:

    **1.** Future profits, restitution, disgorgement of unjust enrichment or profits by an insured or the costs of complying with orders granting injunctive or equitable relief;

    **2.** Return or offset of fees, charges or commissions charged by or owed to an insured for goods or services already provided or contracted to be provided;

    **3.** Taxes or loss of tax benefits;

    **4.** Fines, sanctions or penalties;

    **5.** Punitive or exemplary damages or any damages which are a multiple of compensatory damages, unless insurable by law in any applicable venue that most favors coverage for such punitive, exemplary or multiple damages;

    **6.** Discounts, coupons, prizes, awards or other incentives offered to the insured's customers or clients;

    **7.** Liquidated damages, but only to the extent that such damages exceed the amount for which the insured would have been liable in the absence of such liquidated damages agreement;

    **8.** Fines, costs or other amounts an insured is responsible to pay under a "merchant services agreement"; or

    **9.** Any amounts for which the insured is not liable or for which there is no legal recourse against the insured.

**L.** "Data" means any software or electronic data that exists in "computer systems" and that is subject to regular back-up procedures.

**M.** "Data breach" means the theft, loss or "unauthorized disclosure" of "personally identifiable information" or "third party information" that is in the care, custody or control of:

    **1.** The "insured organization"; or

    **2.** A third party for whose theft, loss or "unauthorized disclosure" of "personally identifiable information" or "third party information" the "insured organization" is liable.

**N.** "Data recovery costs" means the reasonable and necessary costs incurred by the "insured organization" to regain access to, replace or restore "data", or if "data" cannot reasonably be accessed, replaced or restored, then the reasonable and necessary costs incurred by the "insured organization" to reach this determination.

"Data recovery costs" does not include:

    **1.** The monetary value of profits, royalties, lost market share related to "data", including but not limited to trade secrets or other proprietary information, or any other amount pertaining to the value of "data";

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

     2.   Legal costs or legal expenses;

     3.   Loss arising out of any liability to any third party; or

     4.   "Cyber extortion loss".

**O.** "Digital currency" means a type of digital currency that:

     1.   Requires cryptographic techniques to regulate the generation of units of currency and verify the transfer thereof;

     2.   · Is both stored and transferred electronically; and

     3.   Operates independently of a central bank or other central authority.

**P.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**Q.** "Employee" includes a leased worker. "Employee" does not include a temporary worker.

For this definition, leased worker means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

For this definition, temporary worker means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Extortion payment" means "money", "digital currency", marketable goods or services demanded to prevent or terminate an "extortion threat".

**S.** "Extortion threat" means a threat to:

     1.   Alter, destroy, damage, delete or corrupt "data";

     2.   Perpetrate the "unauthorized access or use" of "computer systems";

     3.   Prevent access to "computer systems" or "data";

     4.   Steal, misuse or publicly disclose "data", "personally identifiable information" or "third party information";

     5.   Introduce malicious code into "computer systems" or to third party computer systems from "computer systems"; or

     6.   Interrupt or suspend "computer systems";

unless an "extortion payment" is received from or on behalf of the "insured organization".

**T.** "Extra expense" means reasonable and necessary expenses incurred by the "insured organization" during the "period of restoration" to minimize, reduce or avoid an "income loss", over and above those expenses the "insured organization" would have incurred had no "security breach" occurred.

**U.** "Financial institution" means a bank, credit union, saving and loan association, trust company or other licensed financial service, securities broker-dealer, mutual fund, liquid assets fund or similar investment company where the "insured organization" maintains a bank account.

**V.** "Forensic expenses" means reasonable and necessary expenses incurred by the "insured organization" to investigate the source or cause of a "business interruption loss".

**W.** "Fraudulent instruction" means the transfer, payment or delivery of "money" or "securities" by an insured as a result of fraudulent written, electronic, telegraphic, cable, teletype or telephone instructions provided by a third party, that is intended to mislead an insured through the misrepresentation of a material fact which is relied upon in good faith by such insured.

"Fraudulent instruction" does not include loss arising out of:

     1.   Fraudulent instructions received by the insured which are not first authenticated via a method other than the original means of request to verify the authenticity or validity of the request;

     2.   Any actual or alleged use of credit, debit, charge, access, convenience, customer identification or other cards;

     3.   Any transfer involving a third party who is not a natural person insured, but had authorized access to the insured's authentication mechanism;

     4.   The processing of, or the failure to process, credit, check, debit, personal identification number debit, electronic benefit transfers or mobile payments for merchant accounts;

     5.   Accounting or arithmetical errors or omissions or the failure, malfunction, inadequacy or illegitimacy of any product or service;

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

6. Any liability to any third party or any indirect or consequential loss of any kind;

7. Any legal costs or legal expenses; or

8. Proving or establishing the existence of "fraudulent instruction".

**X.** "Funds transfer fraud" means the loss of "money" or "securities" contained in a "transfer account" at a "financial institution" resulting from fraudulent written, electronic, telegraphic, cable, teletype or telephone instructions by a third party issued to a "financial institution" directing such institution to transfer, pay or deliver "money" or "securities" from any account maintained by the "insured organization" at such institution without the "insured organization's" knowledge or consent.

"Funds transfer fraud" does not include any loss arising out of:

1. The type or kind covered by the "insured organization's" financial institution bond or commercial crime policy;

2. Any actual or alleged fraudulent, dishonest or criminal act or omission by, or involving, any natural person insured;

3. Any indirect or consequential loss of any kind;

4. Punitive, exemplary or multiplied damages of any kind or any fines, penalties or loss of any tax benefit;

5. Any liability to any third party, except for direct compensatory damages arising directly from "funds transfer fraud";

6. Any legal costs or legal expenses; or proving or establishing the existence of "funds transfer fraud";

7. The theft, disappearance, destruction of, unauthorized access to or unauthorized use of confidential information, including a PIN or security code;

8. Any forged, altered or fraudulent negotiable instruments, securities, documents or instructions; or

9. Any actual or alleged use of credit, debit, charge, access, convenience or other cards or the information contained on such cards.

**Y.** "Income loss" means an amount equal to:

1. The net profit or loss before interest and tax that the "insured organization" would have earned or incurred; and

2. Continuing normal operating expenses incurred by the "insured organization" (including payroll), but only to the extent that such operating expenses must necessarily continue during the "period of restoration".

**Z.** "Insured organization" means the Named Insured and any "subsidiaries" of the Named Insured.

**AA.** "Loss" means:

1. "Breach response services";

2. "Business interruption loss";

3. "Claims expenses";

4. "Criminal reward funds";

5. "Cyber extortion loss";

6. "Damages";

7. "Data recovery costs";

8. "Payment card liability and costs";

9. "Penalties";

10. Loss covered under the eCrime insuring agreement; and

11. Any other amounts covered under this Coverage Form.

Multiple "losses" arising from the same or a series of related, repeated or continuing acts, errors, omissions or events will be considered a single "loss" for the purposes of this Coverage Form.

With respect to the Breach Response and First Party Loss insuring agreements, all acts, errors, omissions or events (or series of related, repeated or continuing acts, errors, omissions or events) giving rise to a "loss" or multiple "losses" in connection with such insuring agreements will be deemed to have been discovered at the time the first such act, error, omission or event is discovered.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**BB.** "Management control" means:

1. Owning, directly or indirectly, more than fifty percent (50%) of the outstanding securities, representing the present right to vote for the election of an entity's directors, members of the board of managers, management committee members or persons serving in a functionally equivalent role for such an entity operating or organization outside of the United States; or

2. Having the right, pursuant to a written contract or bylaws, charter, operating agreement or similar documents of an entity to elect, appoint or designate a majority of:

   **a.** The Board of Directors of a corporation;

   **b.** The Management Committee of a joint venture or partnership;

   **c.** The Management Board of a limited liability company; or

   **d.** Persons serving in a functionally equivalent role for such an entity operating or organized outside of the United States.

**CC.** "Media liability" means one or more of the following acts committed by, or on behalf of, the "insured organization" in the course of creating, displaying, broadcasting, disseminating or releasing "media material" to the public:

1. Defamation, libel, slander, product disparagement, trade libel, infliction of emotional distress, outrage, outrageous conduct or other tort related to disparagement or harm to the reputation or character of any person or organization;

2. A violation of the rights of privacy of an individual, including false light, intrusion upon seclusion and public disclosure of private facts;

3. Invasion of or interference with an individual's right of publicity, including commercial appropriation of name, persona, voice or likeness;

4. Plagiarism, piracy or misappropriation of ideas under implied contract;

5. Infringement of copyright;

6. Infringement of domain name, trademark, trade name, trade dress, logo, title, metatag, slogan, service mark or service name;

7. Improper deep-linking or framing;

8. False arrest, detention or imprisonment;

9. Invasion of or interference with any right to privacy occupancy, including trespass, wrongful entry or eviction; or

10. Unfair competition, if alleged in conjunction with any of the acts listed in Paragraph **5.** or **6.** above.

**DD.** "Media material" means any information, including words, sounds, numbers, images or graphics, but does not include computer software or the actual goods, products or services described, illustrated or displayed in such "media material".

**EE.** "Merchant services agreement" means any agreement between an insured and a "financial institution", credit/debit company, credit/debit card processor or independent service operator enabling an insured to accept credit card, debit card, prepaid card or other payment cards for payments or donations.

**FF.** "Money" means a medium of exchange in current use authorized or adopted by a domestic or foreign government as part of its currency.

**GG.** "Payment card liability and costs" means the monetary amount owed by the "insured organization" under the terms of a "merchant services agreement" as a direct result of a "data breach". With our prior consent, "payment card liability and costs" includes reasonable and necessary legal costs and expenses incurred by the "insured organization" to appeal or negotiate an assessment of such monetary amount.

"Payment card liability and costs" does not include any charge backs, interchange fees, discount fees or other fees unrelated to a "data breach".

**HH.** "Penalties" means:

1. Any monetary civil fine or penalty payable to a governmental entity that was imposed in a "regulatory proceeding"; and

2. Amounts which the insured is legally obligated to deposit in a fund as equitable relief for the payment of consumer claims due to an adverse judgment or settlement of a "regulatory proceeding" (including such amounts required to be paid into a Consumer Redress Fund);

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

3. "Penalties" do not include:

   a. Costs to remediate or improve "computer systems";

   b. Costs to establish, implement, maintain, improve or remediate security or privacy practices, procedures, programs or policies;

   c. Audit, assessment, compliance or reporting costs; or

   d. Costs to protect the confidentiality, integrity and/or security of "personally identifiable information" or other information.

4. The insurability of "penalties" will be in accordance with the law in the applicable venue that most favors coverage for such "penalties".

II. "Period of restoration" means the 180-day period of time that begins upon the actual and necessary interruption of the "insured organization's" business operations.

JJ. "Personally identifiable information" means:

1. Any information concerning an individual that is defined as personal information under any "breach notice law"; and

2. The individual's drivers' license or state identification number, social security number, unpublished telephone number and credit, debit, or other financial account numbers in combination with associated security codes, access codes, passwords or PINs; if such information allows an individual to be uniquely and reliably identified or contacted or allows access to the individual's financial account or medical record information.

"Personally identifiable information" does not include information that is lawfully made available to the general public.

KK. "Privacy policy" means the "insured organization's" public declaration of its policy for collection, use, disclosure, sharing, dissemination, correction or supplementation of, and access to "personally identifiable information".

LL. "Regulatory proceeding" means a request for information, civil investigative demand or civil proceeding brought by or on behalf of any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

MM. "Securities" means negotiable and non-negotiable instruments or contracts representing with "money" or tangible property that has intrincis value.

NN. "Security breach" means a failure of computer security to prevent:

1. "Unauthorized access or use" of "computer systems", including "unauthorized access or use" resulting from the theft of a password from a "computer system" or from any insured;

2. A denial of service attack affecting "computer systems";

3. With respect to coverage under the Liability insuring agreements, a denial of service attack affecting computer systems that are not owned, operated or controlled by an insured; or

4. Infection of "computer systems" by malicious code or transmission of malicious code from "computer systems".

OO. "Subsidiary" means any corporation, limited liability company, joint venture or partnership while the Named Insured has "management control" over such entity, if the Named Insured:

1. Had "management control" over such entity on the inception date of this Coverage Form or such entity was an insured under a policy issued by us of which this Coverage Form is a renewal;

2. Acquires "management control" after the inception date of this Coverage Form provided the revenues of the entity does not exceed fifteen percent (15%) of the "named insured's" annual revenues for the four quarterly periods directly preceding inception of the Coverage Form; or

3. Provided that this coverage only provides coverage for acts, errors, omissions, incidents or events that take place while the Named Insured has "management control" over such entity.

PP. "Telephone fraud" means the act of a third party gaining access to and using the "insured organization's" telephone system in an unauthorized manner.

QQ. "Third party information" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not insured under this Coverage Form which is not available to the public.

 Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**RR.** "Transfer account" means an account maintained by the "insured organization" at a "financial institution" from which the "insured organization" can initiate the transfer, payment or delivery of "money" or "securities".

**SS.** "Unauthorized access or use" means the gaining of access to or use of "computer systems" by an unauthorized person(s) or the use of "computer systems" in an unauthorized manner.

**TT.** "Unauthorized disclosure" means the disclosure of (including disclosure resulting from phishing) or access to information in a manner that is not authorized by the "insured organization" and is without knowledge of, consent or acquiescence of any member of the "control group".

**UU.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**VV.** "Waiting period" means the period that begins upon the actual interruption of the "insured organization's" business operations caused by a "security breach", and ends after the elapse of 12 hours.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 03 04 20

COMMERCIAL GENERAL LIABILITY
CMCG 01 36 04 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

COUNSELING SERVICES LIABILITY COVERAGE FORM

Subparagraph **n. Punitive Or Exemplary Damages** of Paragraph **2. Exclusion** under **Section I - Coverages** is deleted.

.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 20 03 03 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RELIGIOUS INSTITUTIONS - ADDITIONAL INSURED – MEMBERS OF THE CLERGY

This endorsement modifies insurance provided under the following:

CYBER LIABILITY AND DATA BREACH RESPONSE COVERAGE FORM

The following is added to Paragraph **B.** of **Section III – Who is an Insured.**

Each of the following is also an insured:

1.  Members of the clergy and "executive officers" are insureds but only with respect to their duties as such.

2.  Your directors, trustees, officials, elders, deacons, vestry members, council members and members of your board of education are insureds but only with respect to their duties as such.

3.  Any of your members are insureds but only with respect to their liability for your activities or activities they perform on your behalf.

Copyright, CM Regent Insurance Company, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**COMMERCIAL GENERAL LIABILITY**
**CMCG 00 05 03 19**

# LEGAL DEFENSE COVERAGE FORM - RELIGIOUS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II - Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section V - Definitions**.

## SCHEDULE

| | |
|---|---|
| **Legal Defense Aggregate Limit** | $15,000 |
| **Each Defensible Incident Limit** | $5,000 |
| **Deductible** | $250 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## SECTION I - COVERAGE

**1. Insuring Agreement**

  **a.** We will reimburse the insured for "legal defense expenses" incurred to defend an insured against a "suit" to which this insurance applies. However, we have no duty to defend any insured against a "suit".

  **b.** This coverage applies only when a claim is made against the insured and the insured's existing insurance coverage is denied or it is not applicable.

  **c.** No other obligation or liability to pay sums or perform acts or services is covered.

  **d.** The amount we will pay for "legal defense expenses" is limited as described in **Section III - Limit Of Insurance And Deductible**.

  **e.** This insurance applies only if the "suit" is made within the coverage territory and during the policy period.

  **f.** A "suit" will be deemed to have been made when notice of such "suit" is received and recorded by any insured or by us, whichever comes first.

**2. Exclusions**

This insurance does not apply:

  **a.** To any "legal defense expenses" incurred because of:

    **(1)** "Bodily injury" including mental or emotional distress;

    **(2)** "Personal and advertising injury";

    **(3)** Any actual or alleged act of "sexual misconduct ". This includes, but is not limited to, expenses related to any claim or "suit" arising out of or attributable to vicarious liability; negligence in hiring, employment, supervision, retention or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child), failure to warn, failure to investigate or failure to comply with any obligation to report and counseling;

    **(4)** Any actual or alleged acts, errors or omissions in providing or failing to provide any professional service;

    **(5)** "Property damage";

    **(6)** A dispute involving this contract or any other contract issued by us;

    **(7)** Any class action "suit";

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

(8) Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law;

(9) Any dispute between the insured and us;

(10) Any actual or alleged claim or injury for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement;

(11) An "Affiliated Entity Dispute" with an "Affiliated Entity"; or

(12) Any proceedings before an ecclesiastical body.

**b.** If any "legal defense expenses" are:

(1) An obligation of ours or any other insurance company under any other insurance policy or endorsement; or

(2) An obligation of any other person, group or organization (other than an insured) even if the obligation is only a partial obligation; or

(3) Your obligation in the form of a deductible or retention under this policy or any other policy we or any other carrier issue to you.

**c.** To any damages.

**d.** To a claim arising out of :

(1) Any actual or alleged error, misstatement, misleading statement, neglect or breach of duty, omission or act by any former, present or future duly elected director or duly elected or appointed officer of your organization in their position or capacity for the organization, or any matter claimed against them solely by reason of their serving in such position or capacity in any entity other than the organization, even if the organization directed or requested the insured person to serve in such other position or capacity.

(2) Acts or omissions in the administration of your employee benefits program(s).

(3) Any wrongful termination, discharge or dismissal of employment, whether actual or constructive, employment discrimination, because of race, color, sex, age, national origin, religion, or disability, harassment, sexual harassment, wrongful failure to employ or promote, wrongful discipline or demotion, employment related false arrest, wrongful detention or imprisonment, malicious prosecution, libel, slander, defamation of character, or invasion of privacy, wrongful denial of training, wrongful deprivation of career opportunity or breach of employment contract, coercing an employee to commit an unlawful act or omission within the scope of that person's employment, verbal, physical, mental or emotional abuse arising from discrimination.

(4) Any alleged or actual error or misstatement; misleading statement; neglect or breach of duty; or act or omission in the scope of their duties for an educational entity.

(5) Any actual or alleged error or misstatement, misleading statement, neglect or breach of duty, or act or omission in the discharge of their duties for you as "executive officers and directors".

(6) Any other matter claimed against your "executive officers and directors" solely and exclusively as your "executive officers and directors".

(7) Any actual or alleged error, misstatement, misleading statement, neglect or breach of duty, omission or act by any former, present or future director, officer, trustee, employee, volunteer or member of the staff, faculty or any duly constituted committee of the organization in their position or capacity for the organization or any matter claimed against them solely by reason of their serving in such position or capacity.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers and directors" are insureds, but only with respect to their duties as your "executive officers and directors". Your stockholders are also insureds, but only with respect to their liability as stockholders.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal and advertising injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

        **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

        **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

        **(d)** Arising out of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

        **(a)** Owned, occupied or used by;

        **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

      **(1)** With respect to liability arising out of the maintenance or use of that property; and

      **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Form.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However, coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE**

**1.** The limits of insurance shown in the Schedule of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** "Suits" brought; or

    **c.** Persons or organizations bringing "suits".

**2. Legal Defense Aggregate Limit**

The Legal Defense Aggregate Limit shown in the Schedule of this Coverage Form is the most we will pay as the sum of all "legal defense expenses" incurred as a result of all "suits" brought against any insured.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

3. **Each Defensible Incident Limit**

Subject to Paragraph **2.** above, the Each Defensible Incident Limit shown in the Schedule of this Coverage Form is the most we will pay as the sum of all "legal defense expenses" incurred as a result of all "suits" brought against any insured for any one "defensible incident".

4. **Deductible**

We will not reimburse the insured any "legal defense expenses" until the amount of the "legal defense expenses" exceeds the Deductible shown in the Schedule of this Coverage Form. We will then pay the amount of the "legal defense expenses" in excess of the Deductible shown in the Schedule of this Coverage Form up to the applicable limit of insurance.

The aggregate limit of insurance of this Coverage Form applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of insurance.

## SECTION IV - CONDITIONS

1. **Your Choice Of An Attorney**

You have the right to choose your own attorney, but your attorney must be licensed to provide legal services. Your attorney has the right to freely exercise his or her professional judgment in the defense of any "suit" against you.

2. **Bankruptcy**

Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Form.

3. **Duties In The Event Of A "Defensible Incident" Or "Suit"**

   a. You must see to it that we are notified within 60 days of your becoming aware of any "defensible incident" that may result in a "suit". To the extent possible, notice should include:

      (1) The nature of the "defensible incident"; and

      (2) How, when, and where the "defensible incident" took place.

   Notice of a "defensible incident" is not notice of a "suit".

   b. If "suit" is brought against the insured, you must:

      (1) Notify us within 60 days of the date the "suit" is brought against the insured.

      (2) As soon as practicable, send us written notice of the "suit". This notice should include the nature of the "defensible incident" and how, when and where the "defensible incident" took place.

      (3) Give us the name, address and other information sufficient to identify the attorney or firm who will be defending you in the "suit".

4. **Representations**

By accepting this endorsement, you agree:

   a. The statements in the Declarations are accurate and complete;

   b. Those statements are based upon representations you made to us; and

   c. We have issued this endorsement in reliance upon your representation.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after the "suit" is brought to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 05 03 19

## SECTION V - DEFINITIONS

1. "Affiliated entity" means any Named Insured, or any other entity, or organization with which the Named Insured is, has been, is claimed to be, or is claimed to have been affiliated or associated, or which any Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, camps, conference centers, and any other similar entity or organization. "Affiliated entity" includes all "insured persons", employees, members, or volunteers of such entity or organization and all "insured persons", employees, members, or volunteers of any Named Insured.

2. "Affiliated entity dispute" means any "claim" arising out of, resulting from or in any way involving any allegation or "claim" made against an insured by or on behalf of any actual or alleged "affiliated entity" that arises out of one or more of the following:

   a. Ownership, title, control, use, or return of real or personal property, donations, or financial assets;

   b. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies;

   c. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   d. Access to financial or other records;

   e. The authority or control over business affairs of an insured;

   f. The appointment or election of "insured persons" or other positions;

   g. The interpretation or application of articles of incorporation, charters, association agreements, constitutions, bylaws or other governing documents, or any amendments thereto;

   h. Ecclesiastical, doctrinal, religious or philosophical teachings, beliefs, practices, or policies.

   However, "affiliated entity dispute" does not include any "claim" seeking monetary damages made against an insured by an employee, member or volunteer of the Named Insured who is not an "insured person".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

5. "Defensible incident" means any acts, omissions or failures of any insured. Every such act, omission or failure involving substantially the same general circumstances shall be considered one "defensible incident" subject to the Each Defensible Incident Limit Of Insurance in force at the time the first such "defensible incident" covered by this policy occurred.

   "Defensible incident" includes, but is not limited to:

   a. "Suits" resulting from:

      (1) Spiritual or religious beliefs;

      (2) Religious doctrine;

      (3) Congregational worship;

      (4) Denominational teachings;

      (5) Particular practice(s), position, stance or course of action within your faith-based beliefs;

      (6) Religious publications in printed or electronic format including email, internet websites or social media sites;

      (7) Oral communication such as sermons, individual or group discussions and study groups;

      (8) Federal, state, local or agency enforcement of directives or laws in direct conflict with the religious beliefs of the religious institution such as gender discrimination; or

      (9) Emotional injury ;

   b. Governmental review of 501(c)3 corporation status; or

   c. Participation in protests, rallies and other demonstrations supporting the religious beliefs of the religious institution.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

"Defensible incident" does not include:

   **a.** Any deliberate acts, omissions or failures for purposes of causing a "suit" to be filed against you; or

   **b.** Any act by person(s) who personally participated or alleged to have personally participated in any act of "sexual misconduct ".

**6.** Emotional injury means mental anguish or emotional distress, including but not limited to grief, suffering or mental injury sustained by a person other than as a result of a physical injury.

**7.** "Executive officers and directors" means:

   **a.** Any past, present or future:

     **(1)** Religious leaders;

     **(2)** Trustee, official, director or member of the board of governors of your religious organization; or

     **(3)** Person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document

     but only with respect to their duties as such.

   **b.** In the event of death, incapacity or bankruptcy, the estate, heirs, legal representatives or assigns of the individual, but only with respect to their duties as such.

**8.** "Law enforcement inquiry" means an investigation undertaken by law enforcement officials and directed against a person suspected of committing a criminal offense under federal, state or local law, including any related prosecution for such alleged offense.

**9.** "Legal Defense Expenses" means the cost of reasonable and customary attorney's fees for legal services rendered in defending "suits" brought against you and includes attorney's expenses in relation to those services. Reasonable and customary attorney's fees and expenses means the rates which are actually paid by us to attorneys retained by us in the ordinary course of business in the defense of similar actions in the community where the claim arose or is being defended. We shall have the option to audit "legal defense expenses" on behalf of the insured.

**10.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**11.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**12.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**13.** "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

   **a.** Molestation;

   **b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

   **c.** Harassment, sexual advances;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 05 03 19

    **d.**  Victimization, exploitation, requests for sexual favors;

    **e.**  Coercion to engage in sexual activities;

    **f.**  Exhibitionism, voyeurism;

    **g.**  Verbal or non-verbal communication; or

    **h.**  Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

**14.** "Suit" means a proceeding in a court of proper jurisdiction. "Suit" includes:

    **a.**  A civil proceeding;

    **b.**  An arbitration proceeding to which you must submit or do submit with our consent;

    **c.**  Any other alternative dispute resolution proceeding to which you submit with our consent;

    **d.**  Any "law enforcement inquiry"; or

    **e.**  An administrative hearing to which you must submit or do submit with our consent.

All "suits", countersuits, counterclaims, "law enforcement inquiries" and similar proceedings substantially related to the same "defensible incident" shall be considered one "suit".

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 00 08 12 19

# SEXUAL MISCONDUCT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II - Who Is An Insured**.

Words and phrases that appear in quotation marks have special meaning. Refer to **Section V - Definitions**.

Except to the extent that insurance is provided by this Sexual Misconduct Coverage Form, the Policy to which this Coverage Form is attached does not apply to nor do we have any duty to defend any claim or "suit" seeking damages based upon, attributable to or arising out of any actual or alleged "sexual misconduct".

### SCHEDULE

| | |
|---|---|
| **Sexual Misconduct Each Claim Limit** | $100,000 |
| **Sexual Misconduct Aggregate Limit** | $300,000 |
| **Innocent Party Defense Expense Aggregate Limit** | $10,000 |
| **Public Image Restoration Expense Aggregate Limit** | $10,000 |
| **Sexual Misconduct Each Claim Deductible** | N/A |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## SECTION I - COVERAGES

**A. Sexual Misconduct Coverage**

    **1. Insuring Agreement**

        **a.** We will pay those sums the insured becomes legally obligated to pay as damages arising out of, resulting from, relating to, involving, or in any way connected with "sexual misconduct" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking such damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We do not have a duty to defend or indemnify any insured who commits or is alleged to have taken part in the "sexual misconduct". We may, at our discretion, investigate and settle any claim or "suit" that may result. But:

            **(1)** The amount we will pay for damages is limited as described in **Section III - Limits Of Insurance And Deductible**; and

            **(2)** Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Sexual Misconduct Coverage.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments, Innocent Party Defense Expense Coverage or Public Image Restoration Expense Coverage.

        **b.** This insurance applies to injury arising out of "sexual misconduct" only if the "sexual misconduct":

            **(1)** Takes place in the "coverage territory";

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

      **(2)** Results from the insured's alleged negligent hiring or retention, investigation, supervision or training of an insured, reporting to the proper authorities or failure to report to the proper authorities' person(s) who committed "sexual misconduct", and

      **(3)** First occurs during the policy period.

  **c.** Multiple acts of "sexual misconduct" of any one person by one or more perpetrators will be deemed to have first occurred at the time of the first act of such "sexual misconduct" and shall be subject to the coverage and limits in effect at the time of the first act of "sexual misconduct".

  **d.** All claims arising out of, resulting from, relating to, or in any way connected with any act of "sexual misconduct" or "related acts of sexual misconduct" will be treated as one claim and will be considered to have occurred on the date the first such act of "sexual misconduct" occurred.

**2. Exclusions**

This insurance does not apply to:

  **a. Abusive Behavior**

    Injury arising out of:

    **(1)** The actual, alleged or threatened "abusive behavior" by anyone of any person; or

    **(2)** The negligent:

      **(a)** Employment;

      **(b)** Investigation;

      **(c)** Supervision;

      **(d)** Reporting to the proper authorities, or failure to so report; or

      **(e)** Retention;

      of any person for whom any insured is or ever was legally responsible, and whose conduct would be excluded by Paragraph **(1)** above.

  **b. Contractual Liability**

    Damages the insured is obligated to pay by reason of the assumption of liability in any oral or written contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

  **c. Violation Of Law**

    Any claim or injury based on, attributable to or arising out of any actual or alleged violation of a penal statute, regulation or ordinance committed by or with the knowledge or consent of any insured.

  **d. Intentional Acts**

    Any person who personally participated in any actual or alleged "sexual misconduct".

  **e. Injunctive Or Other Non-Monetary Relief**

    Any claim, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

  **f. Third Party Damages, Fines And Penalties**

    Any fines, penalties, punitive damages, exemplary damages, multiple damages or other non-compensatory damages imposed upon any insured as a result of "sexual misconduct".

  **g. Workers' Compensation And Similar Laws**

    Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**h. Employer's Liability**

Any claim or injury based on, attributable to or arising out of injury to:

**(1)** An employee or co-employee of the insured arising out of and in the course of employment by any insured; or

**(2)** The spouse, child, parent, brother or sister of that employee as a consequence of **(1)** above.

This exclusion applies:

**(1)** Whether any insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Employment**

Any claim or injury based on, attributable to or arising out of any:

**(1)** Refusal to employ;

**(2)** Termination of employment;

**(3)** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, "sexual misconduct" or other employment related practices policies, policies, acts, errors or omissions; or

**(4)** Consequential damages as a result of Paragraphs **i.(1), i.(2)** or **i.(3)** above.

This exclusion applies where any insured is liable either as an employer or in any other capacity or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraphs **i.(1), i.(2), i.(3) or i.(4)** above.

**3. Supplementary Payments**

We will pay with respect to any claim we investigate or settle or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 per day because of time off from work.

**d.** All court costs taxed against the insured in the "suit." However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the Limits of Insurance.

## B. Innocent Party Defense Expense Coverage

**1.** If we elect not to defend an "innocent party" against a "suit", we will only reimburse the "innocent party" for his or her "innocent party defense expenses" if there is a "final adjudication" in the "suit" that such "innocent party" did not commit, direct, participate in, have knowledge of, or consent to "sexual misconduct".

**2.** The amount we will pay for "innocent party defense expenses" is limited as described in **Section III - Limits Of Insurance And Deductibles**.

Our obligation to reimburse for "innocent party defense expenses" ends when the Innocent Party Defense Expense Aggregate Limit has been used up in the payment or reimbursement of "innocent party defense expenses".

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**C. Public Image Restoration Coverage**

We will reimburse you for the "public image restoration expenses" resulting directly from any "adverse publicity".

The amount we pay for "public image restoration expenses" is limited as described in **Section III - Limits Of Insurance And Deductibles**.

We will not pay for any "public image restoration expenses" incurred by any insured which are related to any legal action.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Any of your past, present or future lawfully elected or appointed officials, commissioners, trustees, directors or "executive officers" of your boards, committees or commissions, but only with respect to their duties as such.

   b. Any of your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for claims made or "suits" brought:

      (1) By you, your partners or members (if you are a partnership or joint venture), or by a co-"employee" for damages arising out of and in the course of his or her employment or performing duties related to the conduct of your business;

      (2) By the spouse, child, parent, brother or sister of that co-"employee" because of Paragraph **(1)** above; or

      (3) For which there is any obligation to share damages with or repay someone else who must pay damages because of a claim or "suit" described in Paragraph **(1)** or **(2)** above.

   c. With respect to the liability of insureds described above, the heirs, administrators, assigns and legal representatives of each insured in the event of death, incapacity or bankruptcy.

   d. Any of your "volunteer workers", but only while acting at your direction and within the scope of their duties for you.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage does not apply to "sexual misconduct" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 08 12 19

No person is an insured for any claim or "suit" arising out of "sexual misconduct" that is committed with such person's knowledge, consent, direction or participation.

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

1. The Limits of Insurance shown in the Schedule of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought;

   **c.** Persons or organizations making claims or bringing "suits";

   **d.** Acts of "sexual misconduct" or period of time over which such acts occur;

   **e.** Policies (whether concurrent or consecutive) issued by us during which such acts occur; or

   **f.** Persons acted upon.

2. **Sexual Misconduct Aggregate Limit**

   The Sexual Misconduct Aggregate Limit is the most we will pay under Sexual Misconduct Coverage for the sum of all damages arising from all "sexual misconduct".

3. **Sexual Misconduct Each Claim Limit**

   Subject to Paragraph **2.** above, the Sexual Misconduct Each Claim Limit is the most we will pay under Sexual Misconduct Coverage for the sum of all damages arising out of, resulting from, relating to, or in any way connected with any one claim. All injuries arising out of, resulting from, relating to, or in any way connected with an act of "sexual misconduct" or "related acts of sexual misconduct" will be considered one claim.

4. **Innocent Party Defense Expense Aggregate Limit**

   The Innocent Party Defense Expense Aggregate Limit is the most we will pay for the sum of all "innocent party defense expenses" to which this insurance applies.

5. **Public Image Restoration Expense Aggregate Limit**

   The Public Image Restorage Expense Aggregate Limit is the most we will pay for the sum of all "public image restoration expenses" to which this insurance applies.

   The Aggregate Limits of Insurance of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance.

6. **Sexual Misconduct Each Claim Deductible**

   **a.** Our obligation under the Sexual Misconduct Coverage to pay damages on your behalf applies only to the amount of damages in excess of the Sexual Misconduct Each Claim Deductible, if any, shown on the schedule of this Coverage Form. The Limits of Insurance will not be reduced by the amount of the such deductible.

   **b.** Sexual Misconduct Each Claim Deductible applies to the sum of all damages arising out of any one claim. All injuries arising out of an act of "sexual misconduct" or "related acts of sexual misconduct" will be considered one claim.

   **c.** The terms of this insurance, including those with respect to:

   **(1)** Our right and duty to defend the insured against any "suit" seeking damages; and

   **(2)** Your duties in the event of an incident, "sexual misconduct", claim or "suit"

   apply irrespective of the application of the Sexual Misconduct Each Claim Deductible.

   **d.** We may, at our sole discretion, pay any part or all of the Sexual Misconduct Each Claim Deductible to settle any claim or "suit" and, upon notification of the action taken, you must promptly reimburse us for such part of the Sexual Misconduct Each Claim Deductible as has been paid by us.

   No other deductible will apply to the coverage provided by this Coverage Form.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**SECTION IV - CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

**2. Duties In The Event Of Sexual Misconduct Claim Or Suit**

**a.** You must notify us as soon as practicable of "sexual misconduct" that may result in a claim or "suit". To the extent possible, notice should include:

(1) How, when and where the "sexual misconduct" took place;

(2) The names and addresses of any involved person(s) and witnesses;

(3) The nature of the harm resulting from the "sexual misconduct"; and

(4) Any other pertinent information about the "sexual misconduct".

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us in writing as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for damages we cover under this Coverage Form, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over any other primary insurance:

(a) For which you have been added as an additional insured by attachment of an endorsement; and

(b) That is available to you covering liability for damages we cover under this Coverage Form.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

CMCG 00 08 12 19

    **(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

    **(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceed the sum of:

        **(a)** The total amount that all such other insurance would pay for loss in the absence of this insurance; and

        **(b)** The total of all deductible and self-insured amounts under all that other insurance.

    **(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Paragraph **b.** and was not purchased specifically to apply in excess of the Limits of Insurance for this Coverage Form.

  **c.** **Method Of Sharing**

    **(1)** If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

    **(2)** If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

  **a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

  **b.** Premium shown in this Coverage Form as advance premium is a deposit premium only. At the close of each audit period we may compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

  **c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

  **a.** The statements in the Declarations are accurate and complete;

  **b.** Those statements are based upon representations you made to us; and

  **c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

  **a.** As if each Named Insured were the only Named Insured; and

  **b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Form, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Abusive behavior" means any physical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

2. "Adverse publicity" means a public report in the media of "sexual misconduct" by an individual under management control of the organization.

3. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

4. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

5. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

6. "Final adjudication" means:

   a. A plea of no contest; or

   b. A dismissal of the suit; or

   c. An actual trial involving the following:

      (1) A finding of facts;

      (2) A presentation of witnesses; and

      (3) A final resolution on the merits in which all appeals are exhausted.

7. "Innocent party" means an insured who is an individual and was found to have not committed, directed, participated in, had knowledge of, or consented to "sexual misconduct".

8. "Innocent party defense expense" means those reasonable and necessary expenses that result from the defense of a claim or "suit" including:

   a. Reasonable and customary attorney and paralegal fees and expenses;

   b. Costs of legal proceedings;

   c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

   "Innocent party defense expenses" does not include salaries and expenses of our employees, including our employed attorneys; salaries and expense of the insured's employees; or fees and expenses of independent adjusters we hire.

   Reasonable and customary attorney's fees and expenses means the rates which are actually paid by us to attorneys retained by us in the ordinary course of business in the defense of similar actions in the community where the claim arose or is being defended. We shall have the option to audit "innocent party defense expenses" on behalf of the insured.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business.

   "Leased worker" does not include a "temporary worker".

10. "Public image restoration expenses" means reasonable and necessary costs and fees charged by a public relations or crisis management firm engaged by you to restore your reputation, goodwill and third-party confidence in your product, services or facilities.

11. "Related acts of sexual misconduct" means all act of "sexual misconduct" that:

    a. Are causally connected by common facts, circumstances, transactions, events and/or decisions; or

    b. The same person commits or is a participant in committing, or multiple persons acting together commit or are participants in committing, regardless of the number of times an act of "sexual misconduct" occurs to the same person or the number of persons that are subjected to an act of "sexual misconduct" by the same person(s).

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 08 12 19

12. "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

   **a.** Molestation;

   **b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

   **c.** Harassment, sexual advances;

   **d.** Victimization, exploitation, requests for sexual favors;

   **e.** Coercion to engage in sexual activities;

   **f.** Exhibitionism, voyeurism;

   **g.** Verbal or non-verbal communication; or

   **h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

13. "Suit" means a civil proceeding in which damages because of injury to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

14. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

15. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**COMMERCIAL GENERAL LIABILITY**
**CMCG 00 10 03 20**

# COUNSELING SERVICES LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II - Who Is An Insured**.

Words and phrases that appear in quotation marks have special meaning. Refer to **Section V - Definitions**.

## SCHEDULE

| | |
|---|---|
| **Counseling Services Liability Each Claim Limit** | $1,000,000 |
| **Counseling Services Liability Aggregate Limit** | $3,000,000 |
| **Counseling Services Liability Each Claim Deductible** | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## SECTION I - COVERAGES

## COUNSELING SERVICES LIABILITY COVERAGE

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages arising out of, resulting from, relating to, involving, or in any way connected with injury due to a "counseling incident" or "related counseling incidents" arising out of your business to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for injury to which this insurance does not apply. We may, at our discretion, investigate any "counseling incident" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in **Section III - Limits Of Insurance**; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Coverage Form.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to injury caused by a "counseling incident" arising out of your business but only if:

    **(1)** The "counseling incident" was committed in the "coverage territory" during the policy period;

    **(2)** The counseling was performed by an insured as defined in **Section II - Who Is An Insured**; and

    **(3)** Prior to the policy effective date, no insured listed under **Section II - Who Is An Insured** and no "employee" authorized by you to give or receive notice of a "counseling incident" or claim, knew that injury had occurred in whole or in part.

        If such a listed insured or authorized "employee" knew, prior to the policy effective date that the injury occurred, then any continuation, change or resumption of the "counseling incident" during or after the policy period will be deemed to have been known prior to the policy period.

**2. Exclusions**

This insurance does not apply to:

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**a. Abuse or Sexual Misconduct**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part:

**(1)** Actual, alleged, or threatened "abuse" or "sexual misconduct" of any person; or

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "abuse or "sexual misconduct".

**b. Accreditation And Professional Boards**

Injury arising out of your acts or omission as a member of a formal accreditation, board, committee or similar body.

**c. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the occurrence which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

**d. Bodily Injury**

"Bodily injury" to:

**(1)** An employee of the insured arising out of and in the course of employment by the insured; or

**(2)** The spouse, child, parent, brother, or sister of that employee as a consequence of **(1)** above.

This Exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**e. Commitment to Institution**

Injury arising out of the commitment of a person to an institution.

**f. Contractual Liability**

Damages the insured is obligated to pay by reason of the assumption of liability in any oral or written contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**g. Counseling, Guidance Or Professional Services**

Any injury sustained by any person arising out of or resulting from:

**(1)** Counseling or guidance of a person in exchange for a payment or fee;

**(2)** "Counseling services" that provide advice or assistance regarding charitable contributions, finance, insurance, investment, law, real estate or tax; or

**(3)** Professional activities conducted by a psychiatrist, psychologist or clinical social worker.

**h. Criminal Acts**

Injury arising out of a criminal act, including but not limited to "sexual misconduct" or fraud, committed by the insured or any person for whom the insured is legally responsible.

**i. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

    **(a)** Employment by the insured; or

    **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

CMCG 00 10 03 20

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an insured contract.

**j. Employment**

Any claim or injury based on, attributable to or arising out of any:

**(1)** Refusal to employ;

**(2)** Termination of employment;

**(3)** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, "sexual misconduct" or other employment related practices policies, policies, acts, errors or omissions; or

**(4)** Consequential damages as a result of Paragraphs **(1)**, **(2)** or **(3)** above.

This exclusion applies where any insured is liable either as an employer or in any other capacity, or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraphs **(1)**, **(2)**, **(3)** or **(4)** above.

**k. Injunctive Or Other Non-Monetary Relief**

Any claim, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

**l. Intoxication**

Any loss or "suit" caused by a person under the influence of intoxicants or narcotics.

**m. Professional Services**

Any claim based on or arising out of the actual or alleged rendering of or failure to render any professional service, including but not limited to:

**(1)** Medical;

**(2)** Radiological;

**(3)** Surgical;

**(4)** Dental;

**(5)** Nursing; or

**(6)** Pharmacological.

This exclusion does not apply to "counseling services".

**n. Punitive Or Exemplary Damages**

Any claim for punitive damages, exemplary damages, or the multiplied portions of any damages including trebling of damages, pursuant to any statute or regulations requiring such awards.

**o. Violation Of Law**

Any claim or injury based on, attributable to or arising out of any actual or alleged violation of a penal statute, regulation or ordinance committed by or with the knowledge or consent of any insured.

**p. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**d.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**e.** Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

## SECTION II - WHO IS AN INSURED

Each of the following is an insured:

**1.** Any "counseling leaders" employed by you, but only with respect to "counseling services" provided by them within the scope of his or her duties for you.

**2.** Your "employee" or "volunteer worker", but only in acting under the direction and control of your "counseling leaders" and within the scope of his or her duties as your "employee" or "volunteer worker" in providing "counseling services".

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

**1.** The Limits of Insurance shown in the Schedule of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2. Counseling Services Liability Aggregate Limit**

The Counseling Services Liability Aggregate Limit is the most we will pay under Counseling Services Liability Coverage for the sum of all damages arising from all claims or "suits".

**3. Counseling Services Liability Each Claim Limit**

Subject to Paragraph **2.** above, the Counseling Services Liability Each Claim Limit is the most we will pay under Counseling Services Liability Coverage for the sum of all damages resulting from any "injuries" arising out of one claim. All injuries arising out of a "counseling incident" or  related counseling incidents , regardless of the number of "counseling incidents", period of time over which such counseling occurs, number of policies (whether concurrent or consecutive) issues by us during which such "counseling incident(s)" occur will be considered one claim.  Counseling which occurs over time will be considered one "counseling incident", even if it takes place during more than one policy period.

**4.** The limits of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**5. Counseling Services Liability Each Claim Deductible**

    **a.** Our obligation under the Counseling Services Liability Coverage to pay damages on your behalf applies only to the amount of damages in excess of the Counseling Services Liability Each Claim Deductible, if any, shown on the Schedule of this coverage form.  The Limits of Insurance will not be reduced by the amount of the such deductible.

    **b.** Counseling Services Liability Each Claim Deductible applies to the sum of all damages arising out of any one claim.  All "injuries" arising out a "counseling incident" or  related counseling incidents , regardless of the number of "counseling incidents", period of time over which such counseling occurs, or number of policies (whether concurrent or consecutive) issued by us during which such "counseling incident(s)" occur will be considered one claim.

    **c.** The terms of this insurance, including those with respect to:

        **(1)** Our right and duty to defend the insured against any "suit" seeking damages; and

        **(2)** Your duties in the event of a "counseling incident", claim or "suit"

    apply irrespective of the application of the Counseling Services Liability Each Claim Deductible.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 10 03 20

    **d.**  We may, at our sole discretion, pay any part or all of the Counseling Services Liability Each Incident Deductible to settle any claim or "suit" and, upon notification of the action taken, you must promptly reimburse us for such part of the Counseling Services Liability Each Incident Deductible as has been paid by us.

    **e.**  No other deductible will apply to the coverage provided by this Coverage Form.

## SECTION IV - CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

**2. Duties In The Event Of Any "Counseling Incident", Claim Or "Suit**

    **a.**  You must see to it that we are notified as soon as practicable of any "counseling incident" which may result in a claim or "suit". To the extent possible, notice should include:

        **(1)** How, when and where the "counseling incident" took place;

        **(2)** The names and addresses of any involved person(s) and witnesses;

        **(3)** The nature of the injury resulting from the "counseling incident"; and

        **(4)** Any other pertinent information about the "counseling incident".

    **b.**  If a claim is made or "suit" is brought against any insured, you must:

        **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

        **(2)** Notify us in writing as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.**  You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **d.**  No insureds will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

    **e.**  Notice of a  counseling incident  is not notice of a claim or  suit  and shall not relieve the insured of their duty to report any subsequent claim of "suit".

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for damages we cover under this Coverage Form, our obligations are limited as follows:

    **a. Primary Insurance**

      This insurance is primary except when Paragraph **b.** below applies.  If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary.  Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

    **b. Excess Insurance**

      **(1)** This insurance is excess over any other primary insurance:

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

(a) For which you have been added as an additional insured by attachment of an endorsement; and

(b) That is available to you covering liability for damages we cover under this Coverage Form.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceed the sum of:

(a) The total amount that all such other insurance would pay for loss in the absence of this insurance; and

(b) The total of all deductibles and self-insured amounts under all that other insurance.

(4) We will share the remaining damages, if any, with any other insurance that is not described in this Paragraph **b.** and was not purchased specifically to apply in excess of the Limits of Insurance for this Coverage Form.

**c. Method Of Sharing**

(1) If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

(2) If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.** Premium shown in this Coverage Form as advance premium is a deposit premium only. At the close of each audit period we may compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Form, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012
CMCG 00 10 03 20

**10. Limitation of Coverage**

If this Coverage Form is part of a policy which has other liability insurance, that other liability insurance does not apply to any injury caused by any "counseling incident" covered by this Coverage Form.

**SECTION V - DEFINITIONS**

1. "Abuse" means any physical or nonphysical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

2. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time. Bodily injury does not include emotional injury without corresponding bodily injury.

4. "Counseling incident" means any wrongful act or omission in the furnishing of  counseling services .

5. "Counseling leader" means an individual given authority by the insured to organize and/or render the "counseling services" provided by the insured organization.

6. "Counseling services" means

   **a.** Counseling or psychotherapy wherein knowledge and standards stemming from the disciplines of theology and the behavioral sciences are utilized in working with people, couples, families, other sets of people and cultural systems to reach a place of healing and development; or

   **b.** The provision of assistance or guidance in resolving personal or social problems and difficulties.

   "Counseling services" does not include:

   **a.** Counseling provided in exchange for a payment or fee;

   **b.** Professional activities conducted by a psychiatrist, psychologist or clinical social worker; or

   **c.** The rendering of legal, medical, or financial advice.

7. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in Paragraph **a.** above but is away for a short time on your business provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

8. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

   "Leased worker" does not include a "temporary worker".

10. "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

11. Related counseling incidents  means all "counseling incidents" that:

    **a.** Are causally connected by common facts, circumstances, transactions, events and/or decisions; and

    **b.** Committed by one or more insureds.

12. "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

    **a.** Molestation;

    **b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

    **c.** Harassment, sexual advances;

    **d.** Victimization, exploitation, requests for sexual favors;

    **e.** Coercion to engage in sexual activities;

    **f.** Exhibitionism, voyeurism;

    **g.** Verbal or non-verbal communication; or

    **h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

13. "Suit" means a civil proceeding in which damages because of injury caused by a "counseling incident" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

14. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

15. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 00 11 03 19

# HIRED AND NONOWNED AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section V** - Definitions.

This policy provides only those coverages where a covered autos symbol is shown in the Schedule below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the covered auto designation symbols next to the name of the coverage.**

| SCHEDULE | | |
|---|---|---|
| **Coverages** | **Covered Autos Symbol** | **Limit** |
| **Covered Autos Liability** | 8, 9 | $1,000,000    **Per Accident** |
| **Physical Damage Comprehensive Coverage** | 8 | **Actual Cash Value, Cost Of Repair, Or $250,000 Whichever Is Less, Minus**    $250    **Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning** |
| **Physical Damage Collision Coverage** | 8 | **Actual Cash Value, Cost Of Repair, Or $250,000 Whichever Is Less, Minus**    $500    **Deductible For Each Covered Auto** |

## SECTION I - COVERED AUTOS

The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage in the Schedule above designate the only "autos" that are covered "autos".

**A.  Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

**B. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

## SECTION II - COVERED AUTOS LIABILITY COVERAGE

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you hire or borrow except:

   (1) The owner or anyone else from whom you hire or borrow a covered "auto".

   (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

   (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

   (4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

   (5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

   c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **Coverage Extensions**

   a. **Supplementary Payments**

      We will pay for the "insured":

      (1) All expenses we incur.

      (2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

      (3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit Of Insurance.

      (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

      (5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011
CMCG 00 11 03 19

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit Of Insurance.

These payments will not reduce the Limit Of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit Of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**14. Sexual Misconduct**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

**(1)** Actual, alleged, or threatened "sexual misconduct" of any person

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed abuse or "sexual misconduct".

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the schedule of this coverage form.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1. We will pay for "loss" to a covered "auto" or its equipment under:**

**a.** Comprehensive Coverage

From any cause except:

**(1)** The covered "auto's" collision with another object; or

       **(2)** The covered "auto's" overturn.

  **b. Collision Coverage**

    Caused by:

     **(1)** The covered "auto's" collision with another object; or

     **(2)** The covered "auto's" overturn.

**2. Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

  **a.** Glass breakage;

  **b.** "Loss" caused by hitting a bird or animal; and

  **c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**3. Coverage Extensions**

  **a. Transportation Expenses**

    We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which this policy provides Comprehensive Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

  **b. Loss Of Use Expenses**

    For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

     **(1)** Other than collision only if the schedule of this form indicates that Comprehensive Coverage is provided for any covered "auto";

     **(2)** Collision only if the schedule of this form indicates that Collision Coverage is provided for any covered "auto".

    However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

  **a.** Nuclear Hazard

    **(1)** The explosion of any weapon employing atomic fission or fusion; or

    **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

  **b.** War Or Military Action

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

  **a.** Wear and tear, freezing, mechanical or electrical breakdown.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011
CMCG 00 11 03 19

      **b.**  Blowouts, punctures or other road damage to tires.

      This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

  **4.**  We will not pay for "loss" to any of the following:

      **a.**  Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

      **b.**  Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

      **c.**  Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

      **d.**  Any accessories used with the electronic equipment described in Paragraph **c.** above.

  **5.**  Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

      **a.**  Permanently installed in or upon the covered "auto";

      **b.**  Removable from a housing unit which is permanently installed in or upon the covered "auto";

      **c.**  An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

      **d.**  Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

  **6.**  We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C.**  **Limits Of Insurance**

  **1.**  The most we will pay for:

      **a.**  "Loss" to any one covered "auto" is the lesser of:

         **(1)**  The actual cash value of the damaged or stolen property as of the time of the "loss"; or

         **(2)**  The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

         **(3)**  The limit shown in the schedule of this form.

      **b.**  All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

         **(1)**  Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

         **(2)**  Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

         **(3)**  An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

  **2.**  An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

  **3.**  If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D.**  **Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the schedule of this form. Any Comprehensive Coverage deductible shown in the schedule of this form does not apply to "loss" caused by fire or lightning.

**SECTION IV - BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A.**  **Loss Conditions**

  **1.**  **Appraisal For Physical Damage Loss**

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

   **(1)** How, when and where the "accident" or "loss" occurred;

   **(2)** The "insured's" name and address; and

   **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

   **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

   **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

   **(4)** Authorize us to obtain medical records or other pertinent information.

   **(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

   **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

   **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

   **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

   **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment - Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** The insurance provided by this Coverage Form is excess over any other collectible insurance.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, we will pay only our share. Our share is the proportion that the Limit Of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We may compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

    **(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less, provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit Of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit Of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V - DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

    **1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

    **2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

    **1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **a.** That are, or that are contained in any property that is:

        **(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

        **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

        **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

    **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

    **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit Of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

    **4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **a.** Power cranes, shovels, loaders, diggers or drills; or

        **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

5. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Sexual misconduct" means any actual, alleged or threatened conduct or activity, whether permitted or unpermitted or welcome or unwelcome, by any person, whether an adult or minor, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, flows from, results from, relates to, involves, or is in any way connected with any conduct or activity that is of a sexual nature and includes, but is not limited to:

   a. Molestation;

   b. Sexual assault, sexual battery, sexual touching, sexual contact; sexual intercourse;

   c. Harassment, sexual advances;

   d. Victimization, exploitation, requests for sexual favors;

   e. Coercion to engage in sexual activities;

   f. Exhibitionism, voyeurism;

   g. Verbal or non-verbal communication; or

   h. Showing, distributing to others, or requesting any text, pictures, drawings, audio, video or digital recording.

O. "Suit" means a civil proceeding in which:

   1. Damages because of "bodily injury" or "property damage"; or

   2. A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

      a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

      b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

**P.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**Q.** "Trailer" includes semitrailer.

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

COMMERCIAL GENERAL LIABILITY
CMCG 01 22 02 20

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

For a covered "auto" licensed or principally garaged in Georgia, this endorsement modifies insurance provided under the following:

HIRED AND NONOWNED AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Subparagraph **1. Expected Or Intended Injury** under Paragraph **B. Exclusions** of Section **II - Covered Autos Liability Coverage** is replaced by the following:

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

However, this exclusion does not apply for coverage up to the minimum limit specified by the Georgia Motor Vehicle Safety Responsibility Act.

**B.** Paragraph **B.6.** of **Section III - Physical Damage Coverage** is deleted.

**C.** Paragraph **A. Loss Conditions** of **Section IV – Business Auto Conditions** is amended as follows:

**1.** The last sentence of Subparagraph **1. Appraisal For Physical Damage Loss** Condition is replaced by the following:

We do not waive any of our rights under this policy by agreeing to an appraisal.

**2.** Subparagraph **2.a.** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

**a.** In the event of "accident", claim, "suit" or "loss", we or our representative must receive prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

The requirement for giving notice of a claim, if not satisfied by the "insured" within 30 days of the date of the "accident", may be satisfied by an injured third party who, as the result of such "accident", has a claim against the "insured". However, in this event, notice of a claim given by an injured third party must be mailed to us.

**D.** Subparagraph **2. Concealment, Misrepresentation Or Fraud under** Paragraph **B. General Conditions** of **Section IV – Business Auto Conditions** is replaced by the following:

We will not pay for any "loss" or damage in any case of:

**a.** Concealment or misrepresentation of a material fact; or

**b.** Fraud;

committed by you or any other "insured", at any time, and relating to coverage under this policy.

Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CMCG 99 01 03 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ THIS CAREFULLY.**

# VOLUNTEERS AS INSUREDS ENDORSEMENT

This endorsement modifies insurance provided under the following:

HIRED AND NONOWNED AUTO COVERAGE FORM

The following is added to the **Section II – Covered Autos Liability Coverage,** Paragraph **A.1. Who Is An Insured** provision:

Anyone volunteering services to you is an "insured" while using a covered "auto" with your expressed knowledge and authorization, in the course of your business, and within the scope of their duties for you

Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

POLICY NUMBER: 0173484 25-455404

**CRIME AND FIDELITY**
**CR DS 01 08 13**

# CRIME AND FIDELITY COVERAGE
# PART DECLARATIONS
# (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☒ Primary        ☐ Excess        ☐ Coindemnity        ☐ Concurrent

| Employee Benefit Plan(s) Included As Insureds: |
| --- |
| |

| Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
| --- | --- | --- |
| 1. Employee Theft | $10,000 | None |
| 2. Forgery Or Alteration | Not Covered | |
| 3. Inside The Premises – Theft Of Money And Securities | $1,000 | $250 |
| 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property | Not Covered | |
| 5. Outside The Premises | $1,000 | $250 |
| 6. Computer And Funds Transfer Fraud | Not Covered | |
| 7. Money Orders And Counterfeit Money | Not Covered | |
| If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted. | | |

| If Added By Endorsement: | | |
| --- | --- | --- |
| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
| | | |
| Endorsements Forming Part Of This Coverage Part When Issued: See Schedule of Forms and Endorsements | | |

**Cancellation Of Prior Insurance Issued By Us:**

By acceptance of this Coverage Part you give us notice cancelling prior policy Numbers
       ; the cancellation to be effective at the time this Coverage Part becomes effective.

**Countersignature Of Authorized Representative**

Name:

Title:

Signature:

Date:

© Insurance Services Office, Inc.,  2012                    CR DS 01 08 13     □

# COMMERCIAL CRIME COVERAGE FORM
## (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. Definitions.

### A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.:**

#### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

#### 2. Forgery Or Alteration

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.,** on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

#### 3. Inside The Premises – Theft Of Money And Securities

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

#### 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

b. Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

c. Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

We will pay for:

a. Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

b. Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer And Funds Transfer Fraud**

a. We will pay for:

(1) Loss resulting directly from a fraudulent:

(a) Entry of "electronic· data" or "computer program" into; or

(b) Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **6.a.(1)(a)** and **6.a.(1)(b)**:

(i) "Money", "securities" or "other property" to be transferred, paid or delivered; or

(ii) Your account at a "financial institution" to be debited or deleted.

(2) Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

b. As used in Paragraph **6.a.(1),** fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software service contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

**7. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

a. Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

b. "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

1. This insurance does not cover:

a. **Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

(1) You; or

(2) Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Or Personal Information**

Loss resulting from:

**(1)** The disclosure or use of another person's or organization's confidential or personal information; or

**(2)** The disclosure of your confidential or personal information. However, this Paragraph **1.d.(2)** does not apply to loss otherwise covered under this insurance that results directly from the use of your confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**e. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**f. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**i. Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k. Virtual Currency**

Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**l. War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

---

CR 00 21 11 15        © Insurance Services Office, Inc., 2015        Page 3 of 15

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** Insuring Agreement **A.1.** does not cover:

**a. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b. Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c. Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.** Insuring Agreements **A.3.**, **A.4.** and **A.5.** do not cover:

**a. Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c. Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

**(a)** On the basis of unauthorized instructions; or

**(b)** As a result of a threat including, but not limited to:

**(i)** A threat to do bodily harm to any person;

**(ii)** A threat to do damage to any property;

**(iii)** A threat to introduce a denial of service attack into any "computer system";

**(iv)** A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

**(v)** A threat to contaminate, pollute or render substandard your products or goods; or

**(vi)** A threat to disseminate, divulge or utilize:

**i.** Your confidential information;

**ii.** Confidential or personal information of another person or organization; or

**iii.** Weaknesses in the source code within any "computer system".

**(2)** However, this exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Authorized Access**

Loss resulting from a fraudulent:

**(1)** Entry of "electronic data" or "computer program" into; or

**(2)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.6.b.**

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

**(1)** Transfer, pay or deliver "money", "securities" or "other property"; or

**(2)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.6.a.(2)** or **A.6.b.**

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**c. Consolidation – Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**e. Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

**(2)** Give us a detailed, sworn proof of loss within 120 days;

**(3)** Cooperate with us in the investigation and settlement of any claim;

**(4)** Produce for our examination all pertinent records;

**(5)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(6)** Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

**f. Employee Benefit Plans**

The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.**, subject to the following:

**(1)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**(2)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(3)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(4)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**(5)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

© Insurance Services Office, Inc., 2015
CR 00 21 11 15

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs **k.(1)** and **k.(2):**

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Settlement Of Loss**

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B,** $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A.** The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**Example Number 2**

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

 © Insurance Services Office, Inc., 2015

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

### Settlement Of Loss

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B**, $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A**, **B**, **C** and **D**.

### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

### Policy C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Policy D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Settlement Of Loss

The amount of loss sustained under Policy **A** is $350,000; under Policy **B**, $250,000; under Policy **C**, $600,000; and under Policy **D**, $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D**, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

### I. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

    **(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

    **(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

    **(a)** If loss covered under this condition is also partially covered under Condition **E.1.k.,** the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

    **(b)** For loss covered under this condition that is not subject to Paragraph **l.(3)(a),** the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

        **(i)** This insurance as of its effective date; or

        **(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

    **(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

    **(b)** You have other insurance covering the same loss other than that described in Paragraph **m.(1)(a),** we will only pay for the amount of loss that exceeds:

        **(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

        **(ii)** The Deductible Amount shown in the Declarations;

    whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

    **(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

    **(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

© Insurance Services Office, Inc., 2015

CR 00 21 11 15

**p. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation -- Settlement**

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

**(1) Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(a)** At face value in the "money" issued by that country; or

**(b)** In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(2) Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(a)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(i)** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

**(ii)** Limit of Insurance applicable to the "securities".

**(3) Property Other Than Money And Securities**

**(a)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

**(iii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(b) We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **s.(3)(a):**

  (i) Until the lost or damaged property is actually repaired or replaced; and

  (ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

  If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(c) We will, at your option, pay for loss or damage to such property:

  (i) In the "money" of the country in which the loss or damage was sustained; or

  (ii) In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

(d) Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

  **a. Termination As To Any Employee**

  This Insuring Agreement terminates as to any "employee":

  **(1)** As soon as:

    (a) You; or

    (b) Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

    learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

  **(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

    We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

  **b. Territory**

  We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

  **a. Deductible Amount**

  The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

  **b. Electronic And Mechanical Signatures**

  We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

  **c. Proof Of Loss**

  You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

  **d. Territory**

  We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

  **a. Armored Motor Vehicle Companies**

  Under Insuring Agreement **A.5.,** we will only pay for the amount of loss you cannot recover:

    **(1)** Under your contract with the armored motor vehicle company; and

    **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

  **b. Special Limit Of Insurance For Specified Property**

  We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

    **(1)** Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

(2) Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.6.**

    **a. Special Limit Of Insurance For Specified Property**

    We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

    **b. Territory**

    We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

**F. Definitions**

**1.** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

**2.** "Computer system" means:

    **a.** Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

    **b.** Systems and applications software; and

    **c.** Related communications networks;

    by which "electronic data" is collected, transmitted, processed, stored or retrieved.

**3.** "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

**4.** "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

**5.** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**6.** "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**7.** "Employee":

    **a.** Means:

    **(1)** Any natural person:

      **(a)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

      **(b)** Whom you compensate directly by salary, wages or commissions; and

      **(c)** Whom you have the right to direct and control while performing services for you;

    **(2)** Any natural person who is furnished temporarily to you:

      **(a)** To substitute for a permanent "employee", as defined in Paragraph **7.a.(1)**, who is on leave; or

      **(b)** To meet seasonal or short-term work load conditions;

      while that person is subject to your direction and control and performing services for you;

    **(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7.a.(2)**;

    **(4)** Any natural person who is:

      **(a)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

**(b)** Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties;

**(7)** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

**(8)** Any natural person who is your "manager", director or trustee while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph 7.a.

**8.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**9.** "Financial institution" means:

**a.** With regard to Insuring Agreement **A.3.**:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company.

**b.** With regard to Insuring Agreement **A.6.**:

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

**c.** Other than Insuring Agreements **A.3.** and **A.6.**, any financial institution.

**10.** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution" as defined in Paragraph **F.9.a.**

**11.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**12.** "Fraudulent instruction" means:

**a.** With regard to Insuring Agreement **A.6.a.(2)**:

**(1)** A computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

**(2)** A written instruction (other than those covered under Insuring Agreement **A.2.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

**b.** With regard to Insuring Agreement **A.6.b.**:

A computer, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

**13.** "Manager" means a natural person serving in a directorial capacity for a limited liability company.

**14.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value;

   b. Traveler's checks and money orders held for sale to the public; and

   c. In addition, includes:

      (1) Under Insuring Agreements **A.1.** and **A.2.**, deposits in your account at any "financial institution"; and

      (2) Under Insuring Agreement **A.6.**, deposits in your account at a "financial institution" as defined in Paragraph **F.9.b.**

17. "Occurrence" means:

   a. Under Insuring Agreement **A.1.**:

      (1) An individual act;

      (2) The combined total of all separate acts whether or not related; or

      (3) A series of acts whether or not related;

      committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

   b. Under Insuring Agreement **A.2.**:

      (1) An individual act;

      (2) The combined total of all separate acts whether or not related; or

      (3) A series of acts whether or not related;

      committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

   c. Under all other Insuring Agreements:

      (1) An individual act or event;

      (2) The combined total of all separate acts or events whether or not related; or

      (3) A series of acts or events whether or not related;

      committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

18. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

19. "Premises" means the interior of that portion of any building you occupy in conducting your business.

20. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

   a. Caused or threatened to cause that person bodily harm; or

   b. Committed an obviously unlawful act witnessed by that person.

21. "Safe burglary" means the unlawful taking of:

   a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

   b. A safe or vault from inside the "premises".

22. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

23. "Theft" means the unlawful taking of property to the deprivation of the Insured.

24. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

   a. By means of computer, telefacsimile, telephone or other electronic instructions; or

   b. By means of written instructions (other than those covered under Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

25. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

© Insurance Services Office, Inc., 2015

CRIME AND FIDELITY
CR 01 32 08 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

**A.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud;

committed by you or any other insured, at any time, and relating to coverage under this insurance.

© ISO Properties, Inc., 2006

CRIME AND FIDELITY
CR 25 47 09 17

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# U.S. DEPARTMENT OF LABOR – ERISA PLAN COVERAGE AMENDMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY

With regard to coverage provided for "employee benefit plans", the provisions of the Coverage Form or Policy to which this endorsement is attached apply, unless modified by this endorsement.

**A.** Under Section **D. Exclusions:**

**1.** In Section **D.1.:**

**a.** The **Acts Committed By You, Your Partners Or Your Members** Exclusion is replaced by the following:

**Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest or fraudulent act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons, except while handling "money", "securities" or "other property" of an "employee benefit plan".

**b.** The **Confidential Or Personal Information** Exclusion is replaced by the following:

**Confidential Or Personal Information**

Loss resulting from:

**(1)** The disclosure or use of another person's or organization's confidential or personal information, except as provided in Paragraph **(2)**.

**(2)** The disclosure of your or an "employee benefit plan" participant's confidential or personal information. However, this Paragraph **(2)** does not apply to loss otherwise covered under Insuring Agreement **A.1.** that results directly from the use of your or an "employee benefit plan" participant's confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information, retirement or health savings account information or any other type of nonpublic information.

**2.** In Section **D.2.:**

**a.** The **Trading** Exclusion is deleted.

**b.** The **Warehouse Receipts** Exclusion is deleted.

**B.** Paragraph **(2)** of the **Employee Benefit Plans** Condition is replaced by the following:

**(2)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee" whether identified or not, sole proprietor, partner or "member" acting alone or in collusion with other persons while such "employee", sole proprietor, partner or "member" is handling "money", "securities" or "other property" of an "employee benefit plan".

**C.** Paragraph **a.** of the definition of "occurrence" is replaced by the following:

**a.** Under Insuring Agreement **A.1.:**

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

© Insurance Services Office, Inc., 2017